| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **All-City Towing LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 1, 2026**     X **/s/ Jeff Piller**
                                          Signature of individual signing on behalf of debtor

                                          **Jeff Piller**
                                          Printed name

                                          **Member/Manager**
                                          Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | All-City Towing LLC | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AKF Inc. dba FundKite<br>Att: Current Officer<br>88 Pine Street, 24th Floor<br>New York, NY 10005 | | Purchased receipts | | $1,042,910.50 | Unknown | Unknown |
| Ascentium Capital LLC<br>Att: Current Officer<br>23970 HWY 59 N<br>Kingwood, TX 77339 | ToddChase@AscentiumCapital.com | 2021 Kalyn TL Versa Max | | $100,000.00 | $77,660.83 | $22,339.17 |
| Aurum Funding Source<br>Att: Current Officer<br>2002 Coney Island<br>Brooklyn, NY 11223 | subs@aurumfundingsource.com | All personal property. | | $472,509.28 | Unknown | Unknown |
| Capital One<br>Att: Current Officer<br>P.O. Box 30285<br>Salt Lake City, UT 84130 | | Business credit card<br>Spark Pro Credit Card - Visa Signature Business | | | | $200,000.00 |
| Cintas<br>P.O. Box 88005<br>Chicago, IL 60680-1005 | | Uniforms | | | | $35,406.57 |
| Kelly Barnes<br>802 W. Essex Ln<br>Milwaukee, WI 53205 | | | Contingent<br>Disputed | | | $0.00 |
| Marlin Leasing Corp.<br>Att: Current Officer<br>300 Fellowship Rd<br>Mount Laurel, NJ 08054 | | Paid in full. | Disputed | $0.00 | Unknown | Unknown |

| Debtor | All-City Towing LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Marques Jackson<br>3066 North 54th St<br>Milwaukee, WI 53210 | | | Contingent<br>Disputed | | | $0.00 |
| MCA Servicing Company<br>Att: Current Officer<br>9821 E Bay Harbor Dr. 706<br>Miami Beach, FL 33154 | infor@mcaservcingcompany.com | All present and future assets. | Disputed | $447,444.00 | $0.00 | $447,444.00 |
| Menards<br>P.O. Box 17708<br>Portland, ME 04112 | | Business credit card | | | | $10,000.00 |
| NBL SPV II LLC<br>Att: Current Officer<br>200 S Orange Avenue, Suite 1175<br>Orlando, FL 32801 | | All personal property. | | $5,100,000.00 | Unknown | Unknown |
| Old National Bank<br>Att: Current Officer<br>792 Wisconsin Business Banking<br>Milwaukee, WI 53202 | | 2022 Peterbilt 389 VIN: 1NPXX4TX0MD830979<br>2022 Century 9055T Wrecker | | $311,339.28 | $55,000.00 | $256,339.28 |
| Panthers Capital<br>Att: Current Officer<br>185 Carrier St<br>Liberty, NY 12754 | | All assets now owned or hereafter acquired. | | $672,000.00 | Unknown | Unknown |
| TVT Capital Source LLC<br>Att: Current Officer<br>395 S Main Street, Suite 201<br>Alpine, UT 84004 | | All current assets of the Debtor. | | $608,750.00 | Unknown | Unknown |
| U.S. Small Business Administration<br>Att: Current Officer<br>2 North St., Suite 320<br>Birmingham, AL 35203 | | All personal property. | | $500,000.00 | $0.00 | $500,000.00 |