**Fill in this information to identify the case:**

Debtor name    **All-City Towing LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WISCONSIN

Case number (if known)    **26-20523-rmb**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Amended 20 Largest Unsecured Creditors**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 2, 2026**      X **/s/ Jeff Piller**
_____
Signature of individual signing on behalf of debtor

**Jeff Piller**
Printed name

**Member/Manager**
Position or relationship to debtor

Official Form 202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name **All-City Towing LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) **26-20523-rmb**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $ ____4,330,441.70

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $ ____4,330,441.70

### Part 2:   Summary of Liabilities

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ ____12,118,918.71

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$ ____245,406.57

4.   **Total liabilities** ...........................................................................
    Lines 2 + 3a + 3b

$ ____12,364,325.28

Fill in this information to identify the case:

Debtor name **All-City Towing LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) **26-20523-rmb**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | $410.23 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Associated Bank Account** | **Checking** | 9333 | $234.23 |
| 3.2. | **Associated Bank** | **Checking** | 8492 | $164,930.26 |
| 3.3. | **Chase Bank** | **Checking** | 4854 | $0.00 |
| 3.4. | **Chase Bank** | **Checking** | 5327 | $0.00 |
| 3.5. | **U.S. Bank** | **Checking** | 6017 | $224.75 |
| 3.6. | **U.S. Bank** | **Checking** | 0713 | $0.00 |

Name

| | | | | |
|---|---|---|---|---|
| 3.7. | **U.S. Bank** | **Checking** | 9396 | $0.00 |
| 3.8. | **Old National Bank** | **Checking** | 7893 | $0.00 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$165,799.47**

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.      **Accounts receivable**

        11a. 90 days old or less:    **447,000.00**    -    **0.00**   = ....    **$447,000.00**

                                 face amount                    doubtful or uncollectible accounts

12.      **Total of Part 3.**

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.     **$447,000.00**

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Office furniture located at**<br>**1213 W. Mallory Ave., Milwaukee, WI 53221**<br>**2073 County Rd W. Grafton, WI 53024** | Unknown | N/A | $6,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office computers  located at**<br>**1213 W Mallory Ave., Milwaukee, WI 53221**<br>**2073 County Rd W Grafton, WI 53024** | Unknown | N/A | $6,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.     $12,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2020 HINO**<br>**5PVNJ8JN8L5S4302;**<br>**2020 HINO**<br>**5PVNJ8JN3I5S54305** | Unknown | N/A | $50,000.00 |
| 47.2. **2024 International MV607**<br>**3HAEVTAR3RL875414**<br>**Century 5130**<br>**51030IH235874** | Unknown | N/A | $295,000.00 |

| | | | | |
|---|---|---|---|---|
| 47.3. | **2023 Escalade**<br>**1FT8W2Bm1PEC12660** | Unknown | N/A | $55,000.00 |
| 47.4. | **2021 Peterbilt 389**<br>**1NPXL49XXmD714786**<br>**2021 Cottrell CX-09LSFA**<br>**5EOAA1643MG529201** | Unknown | N/A | $85,000.00 |
| 47.5. | **2020 Peterbilt**<br>**1XPXD49X2LD711429** | Unknown | N/A | $40,000.00 |
| 47.6. | **2021 Landoll 440B**<br>**1LH440WH9M1B30587**<br>**440B-53 Slide Axle Trailer** | Unknown | N/A | $45,000.00 |
| 47.7. | **2021 Kalyn TL Versa Max**<br>**5DDKE23XM1067535** | Unknown | N/A | $40,000.00 |
| 47.8. | **2021 Kenworth T370 4Car Tandem**<br>**2NKHLJ9X6MM452378** | Unknown | N/A | $35,000.00 |
| 47.9. | **2008 Mack CXU**<br>**2016 Ram 5500**<br>**2019 Chevrolet Silverado GM515** | Unknown | N/A | $60,000.00 |
| 47.10. | **2021 HINO 258**<br>**2022 Chevrolet Silverado** | Unknown | N/A | $90,000.00 |
| 47.11. | **Mega Hurricane Compressor** | Unknown | N/A | $40,000.00 |
| 47.12. | **2021 Peterbilt 389 Truck**<br>**1NPXLP9X4MD714882**<br>**2021 Cotrell CX-09LSFA**<br>**Car Haul Trailer**<br>**SE0AA164MG529201** | Unknown | N/A | $85,000.00 |
| 47.13. | **2022 Kenworth T880**<br>**1NKZX40X5PJL44768** | Unknown | N/A | $220,000.00 |
| 47.14. | **2022 Peterbilt 389**<br>**1NPXX4TX0MD830979**<br>**2022 Century 9055T Wrecker** | Unknown | N/A | $375,000.00 |
| 47.15. | **2020 Hino Flatbed & 2018 T880 50/60**<br>**Rotator**<br>**5PVNJ8JPXL5S53069**<br>**2018 T880 60 Ton Rotator**<br>**1NKZX4TX7JJ182602** | Unknown | N/A | $425,000.00 |

| 47.16 · | **2023 Bobcat TL619 Telehandler**<br>**B5AY11531**<br>**Bobcat 74' Industrial Grapple**<br>**AF0H11072**<br>**Virnig 84" Sweeper 217636** | **Unknown** | **N/A** | $55,000.00 |
|---|---|---|---|---|
| 47.17 · | **2020 Peterbilt 389**<br>**INPXX4TX9LD672915**<br>**Century 1150 Rotator**<br>**1150 0507 F19** | **Unknown** | **N/A** | $495,000.00 |
| 47.18 · | **2020 HINO L6**<br>**5PNVE8AN8M5T50002** | **Unknown** | **N/A** | $20,000.00 |
| 47.19 · | **2021 International MV607**<br>**1HTEUMMLXMH868720**<br>**21.5' Steel Century 12 Series LCG**<br>**Carrier**<br>**ST12L2E212089** | **Unknown** | **N/A** | $25,000.00 |
| 47.20 · | **2018 HINO 258**<br>**5PVNJ8JN5K4S53881**<br>**Century carrier**<br>**215L12s18544gc18** | **Unknown** | **N/A** | $25,000.00 |
| 47.21 · | **2023 HINO L6**<br>**5PVNJ7AN3P5T50631** | **Unknown** | **N/A** | $75,000.00 |
| 47.22 · | **2024 CHEVRON INTERNATIONAL**<br>**3HAEUMML4RL250410** | **Unknown** | **N/A** | $45,000.00 |
| 47.23 · | **2024 HINO L6 25500**<br>**5PVNJ7AN4R5T50754** | **Unknown** | **N/A** | $75,000.00 |
| 47.24 · | **2024 HINO L6**<br>**5PVNJ7AN8R5T50756** | **Unknown** | **N/A** | $75,000.00 |
| 47.25 · | **2025 International MV**<br>**3HAEUMML7SL54456** | **Unknown** | **N/A** | $75,000.00 |
| 47.26 · | **2012 Kenworth T800**<br>**1NKDX4TX4CJ312428**<br>**Century 1150 Rotator**<br>**1150R-0001-I13** | **Unknown** | **N/A** | $385,000.00 |
| 47.27 · | **2007 Hino Flatbed #1**<br>**5PVND8JP972S50534**<br>**Mileage 710,000** | **Unknown** | **N/A** | $18,000.00 |
| 47.28 · | **New Holland Skidsteer #3**<br>**N6M443919** | **Unknown** | **N/A** | $15,000.00 |

| 47.29· | **Chevrolet 2500 pickup #0** **1GCHK23226F136268** **Mileage 307,879** | **Unknown** | **N/A** | **$7,500.00** |
|---|---|---|---|---|
| 47.30· | **2004 Kenworth T3004Car #4** **2NKMHZ7X94M056964** **Mileage 249,484** | **Unknown** | **N/A** | **$25,000.00** |
| 47.31· | **2006 Peterbilt 378 Tractor #8** **1XPGDU9X46N658375** **Mileage 420,703** | **Unknown** | **N/A** | **$15,000.00** |
| 47.32· | **2014 Dodge Self Loader #13** **3C7WRNEL3EG134989** **Mileage 230,214** | **Unknown** | **N/A** | **$18,000.00** |
| 47.33· | **2016 Peterbilt 389 Tractor #18** **1NPXD49X9GD276649** | **Unknown** | **N/A** | **$5,000.00** |
| 47.34· | **2016 HINO FLATBED #20** **5PVNJ9JN8G4S52107** | **Unknown** | **N/A** | **$2,000.00** |
| 47.35· | **2016 HINO FLATBED #22** **5PVNJ8JN8G4S52108** | **Unknown** | **N/A** | **$15,000.00** |
| 47.36· | **2016 HINO FLATBED #26** **5PVNJ8JN6G4S52107** | **Unknown** | **N/A** | **$15,000.00** |
| 47.37· | **2017 HINO FLATBED #29** **5PVNJ8JN3H4S52504** | **Unknown** | **N/A** | **$20,000.00** |
| 47.38· | **2017 PETERBILT 389 TRACTOR #31** **1NKPD49X9HD357037** **2017 COTTRELL 7509 TRAILER #32** **5E0AZ1445HG943601** | **Unknown** | **N/A** | **$60,000.00** |
| 47.39· | **1991 PETERBILT 379 TRACOR #33** **1XP5DR9X6MN304648** | **Unknown** | **N/A** | **$5,000.00** |
| 47.40· | **2017 HINO FLATBED #34** **5PVNJ8JN2H4S52767** | **Unknown** | **N/A** | **$20,000.00** |
| 47.41· | **2017 HINO FLATBED #35** **5PVNJ8JN1H4S52940** | **Unknown** | **N/A** | **$20,000.00** |
| 47.42· | **2017 HINO FLATBED #36** **5PVNJ8JN2H4S52977** | **Unknown** | **N/A** | **$20,000.00** |

| | | | | |
|---|---|---|---|---|
| 47.43· | **2018 HINO FLATBED #39**<br>**5PVNJ8JN6J4S53250** | Unknown | N/A | $20,000.00 |
| 47.44· | **1996 PETERBILT 330 TRACTOR #40**<br>**1XPNHF7X8TN409664** | Unknown | N/A | $2,000.00 |
| 47.45· | **2015 PETERBILT 389 TRACTOR #41**<br>**1NPWD49X3FD252552**<br>**2015 COTTRELL 7509 #19**<br>**5E0AZ1445FG693001** | Unknown | N/A | $45,000.00 |
| 47.46· | **2017 DODGE CARAVAN #43**<br>**2C4RDGCG0HR554329** | Unknown | N/A | $3,000.00 |
| 47.47· | **2015 HINO FLATBED #54**<br>**5PVNJ8JN4F4S51889** | Unknown | N/A | $20,000.00 |
| 47.48· | **2013 DODGE CARAVAN #57**<br>**2C4RDGBG9DR695928** | Unknown | N/A | $3,000.00 |
| 47.49· | **2010 DODGE CARAVAN #56**<br>**2D4RN5D16AR348968** | Unknown | N/A | $3,000.00 |
| 47.50· | **2023 B/R EQUIPMENT TRAILER #85**<br>**7VLA1EH28PN001521** | Unknown | N/A | $4,000.00 |
| 47.51· | **2010 FREEDOM TRAILER #93**<br>**5WKBE1621A1006565** | Unknown | N/A | $5,000.00 |
| 47.52· | **2008 UTILITY 53' DRY VAN #94**<br>**1UYVS25348G454917** | Unknown | N/A | $6,500.00 |
| 47.53· | **2012 CHRYSLER TOWN AND COUNTRY**<br>**#96**<br>**2C4RC1BG5CR273427** | Unknown | N/A | $3,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**
     **Shop equipment and tools located at**
     **1213 W Mallory Ave., Milwaukee, WI 53221**
     **2073 County Rd. W, Grafton, WI 53024**                    Unknown   N/A   $20,642.23

51.  **Total of Part 8.**

     Add lines 47 through 50.  Copy the total to line 87.

|  |
|---|
| $3,705,642.23 |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.   **Notes receivable**<br>Description (include name of obligor) | |
| 72.   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.   **Interests in insurance policies or annuities** | |
| 74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Potential causes of action against against loan broker and firm: Covino Family Offices, LLC and Michael Covino related to loans and financing obtained on behalf of debtor.**<br><br>**Including breach of fiduciary duty, breach of implied duty of good fait, unjust enrichment, avoidance of transfers 11 U.S.C. 548 and 544, fraudulent transfers under applicable state statutes.** | **Unknown** |
| Nature of claim                    **Money Judgment** | |
| Amount requested                          **$0.00** | |

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                page 8

country club membership

| | |
|---|---|
| 78. | **Total of Part 11.** |
| | Add lines 71 through 77. Copy the total to line 90. |

$0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $165,799.47 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $447,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,705,642.23 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,330,441.70 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,330,441.70 |

Debtor name **All-City Towing LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) **26-20523-rmb**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **AKF Inc. dba FundKite**<br>Creditor's Name<br><br>**Att: Current Officer**<br>**88 Pine Street, 24th Floor**<br>**New York, NY 10005**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**8/8/2025 and 10/21/2025**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**Purchased receipts**<br><br><br>Describe the lien<br>**UCC-1 security interest**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$1,042,910.50** | **Unknown** |

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Allegiant Partners Incorporated**<br>Creditor's Name<br><br>**Att: Current Officer**<br>**123 SW Columbia St.**<br>**Bend, OR 97702**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**12/05/2023**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**2024 International MV607**<br>**3HAEVTAR3RL875414**<br>**Century 5130**<br>**51030IH235874**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$312,104.27** | **$295,000.00** |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Ally Financial** | **Describe debtor's property that is subject to a lien** | $46,536.48 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name
**Att: Current Officer**
**P.O. Box 380920**
**Bloomington, MN 55438**
Creditor's mailing address

**2023 Escalade**
**1FT8W2Bm1PEC12660**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**04/11/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **AMUR Equipment Finance, Inc.** | **Describe debtor's property that is subject to a lien** | $93,697.00 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name
**c/o Corporation Service Company, As Rep**
**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**2020 HINO**
**5PVNJ8JN8L5S4302;**
**2020 HINO**
**5PVNJ8JN3l5S54305**

**Describe the lien**
**UCC-1 security interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**aeffundings@amuref.com**
Creditor's email address, if known

**Date debt was incurred**
**3/24/2025**
**Last 4 digits of account number**
**8873**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ascentium Capital LLC** | **Describe debtor's property that is subject to a lien** | $77,660.83 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name
**Att: Current Officer**
**23970 HWY 59 N**
**Kingwood, TX 77339**
Creditor's mailing address

**2021 Kalyn TL Versa Max**
**5DDKE23XM1067535**

**Describe the lien**

**ToddChase@AscentiumCapital.com**

Creditor's email address, if known

**Date debt was incurred**

**1/31/2023**

**Last 4 digits of account number**

**1021**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Ascentium Capital LLC** | **Describe debtor's property that is subject to a lien** | $23,341.89 | $85,000.00 |
|-----|---------------------------|----------------------------------------------------------|------------|------------|

        Creditor's Name

**Att: Current Officer
23970 HWY 59 N
Kingwood, TX 77339**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**05/14/2020**

**Last 4 digits of account number**

**0352**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**2021 Peterbilt 389
1NPXL49XXmD714786
2021 Cottrell CX-09LSFA
5EOAA1643MG529201**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Ascentium Capital, LLC** | **Describe debtor's property that is subject to a lien** | $36,301.86 | $40,000.00 |
|-----|----------------------------|----------------------------------------------------------|------------|------------|

        Creditor's Name

**Att: Current Officer
P.O. Box 11407
Birmingham, AL 35246**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**5/26/2021**

**Last 4 digits of account number**

**6235**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**2020 Peterbilt
1XPXD49X2LD711429**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Ascentium Capital, LLC** | Describe debtor's property that is subject to a lien | $23,593.30 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name

**Att: Current Officer**
**P.O. Box 11407**
**Birmingham, AL 35246**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/28/2021**

**Last 4 digits of account number**
**5597**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2021 Landoll 440B**
**1LH440WH9M1B30587**
**440B-53 Slide Axle Trailer**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Aurum Funding Source** | Describe debtor's property that is subject to a lien | $472,509.28 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Att: Current Officer**
**2002 Coney Island**
**Brooklyn, NY 11223**

Creditor's mailing address

**subs@aurumfundingsourc**
**e.com**

Creditor's email address, if known

**Date debt was incurred**
**11/24/2025**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**All personal property.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.10 | **Balboa Capital** | Describe debtor's property that is subject to a lien | $33,376.14 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name

**Att: Current Officer**
**575 Anton Blvd. 12th Floor**
**Costa Mesa, CA 92626**

Creditor's mailing address

**2021 Kenworth T370 4Car Tandem**
**2NKHLJ9X6MM452378**

**Describe the lien**

---

|  | Creditor's email address, if known<br>_____ | Is the creditor an insider or related party?<br>■ No<br>☐ Yes |
|---|---|---|

**Date debt was incurred**<br>**10/15/2020**<br>**Last 4 digits of account number**

Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed

---

| 2.1<br>1 | **Beacon Funding<br>Corporation**<br><sub>Creditor's Name</sub><br>**Att: Current Officer<br>3400 Dundee Road, Suite<br>180<br>Northbrook, IL 60062**<br><sub>Creditor's mailing address</sub> | Describe debtor's property that is subject to a lien<br>**2021 HINO 258<br>2022 Chevrolet Silverado**<br><br>Describe the lien | $151,066.55 | $90,000.00 |
|---|---|---|---|---|

Creditor's email address, if known<br>_____

Is the creditor an insider or related party?<br>■ No<br>☐ Yes

Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**<br>**09/11/2023**<br>**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed

---

| 2.1<br>2 | **Beacon Funding<br>Corporation**<br><sub>Creditor's Name</sub><br>**Att: Current Officer<br>3400 Dundee Road, Suite<br>180<br>Northbrook, IL 60062**<br><sub>Creditor's mailing address</sub> | Describe debtor's property that is subject to a lien<br>**2008  Mack CXU<br>2016 Ram 5500<br>2019 Chevrolet Silverado GM515**<br><br>Describe the lien | $66,764.34 | $60,000.00 |
|---|---|---|---|---|

Creditor's email address, if known<br>_____

Is the creditor an insider or related party?<br>■ No<br>☐ Yes

Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**<br>**8/10/2023**<br>**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:<br>Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  5 of 19

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **C T Corporation System, as Rep.** |
| --- | --- |

Creditor's Name

**Att: Current Officer**
**P.O. Box 2576**
**Springfield, IL 62709**
Creditor's mailing address

**UCCSPREP@cscinfo.com**
Creditor's email address, if known

**Date debt was incurred**
**3/24/2025**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Notice only (Amur)**
**Filer reference: 3079 58893**

         **$0.00**          **$0.00**

**Describe the lien**
**UCC-1 security interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 4 | **C T Corporation System, as Rep.** |
| --- | --- |

Creditor's Name

**330 N Brand Blvd, Suite 700**
**Attn: SPRS**
**Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/31/2025**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Paid in full (Rowan Advance)**
**Filer reference: 103550527**

         **$0.00**          **$0.00**

**Describe the lien**
**UCC-1 security interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 5 | **C T Corporation System, as Rep.** |
| --- | --- |

**Describe debtor's property that is subject to a lien**

         **$0.00**          **$0.00**

---

Creditor's Name

**330 N Brand Blvd, Suite 700**
**Attn: SPRS**
**Glendale, CA 91203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/1/2025**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Paid in full (Square Advance)**
**Filer reference: 103555588**

**Describe the lien**
**UCC-1 security interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.16 | **C T Corporation System, as Rep.** | | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**330 N Brand Blvd, Suite 800**
**Attn: SPRS**
**Glendale, CA 91203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Notice only.**
**Filer reference: 105686936**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.17 | **CFG Merchant Solutions** | | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Att: Current Officer**
**180 Maiden Lane 15th Floor**
**New York, NY 10038**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**Notice only (Paid in Full)**

**Describe the lien**
**UCC-1 security interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No

---

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

**2.1 8**

**CHTD Company**
Creditor's Name

**Att: Current Officer**
**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Notice only**

**Describe the lien**
**UCC-1 security interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

| $0.00 | $0.00 |
|---|---|

---

**2.1 9**

**Corporation Service Company, As Rep.**
Creditor's Name

**P.O. Box 2576**
**Springfield, IL 62703**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Filer reference: 4578272**

**Describe the lien**
**UCC-1 security interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

| $0.00 | $0.00 |
|---|---|

---

**2.2 0**

**CT Corporation System, as Representative**

**Describe debtor's property that is subject to a lien**

| $0.00 | $0.00 |
|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 8 of 19

| Creditor's Name | |
|---|---|
| **Att: Current Officer** **330 N Brand Blvd, Suite 700** **Att: SPRS** **Glendale, CA 91203** | **Paid in full (Kapitus)** |

Creditor's mailing address

**Describe the lien**
**UCC-1 security interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/9/2024**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 1 | **Financial Pacific Leasing, Inc.** | **Describe debtor's property that is subject to a lien** | $50,035.43 | $40,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Mega Hurricane Compressor** | | |

**Att: Current Officer**
**3455 S 344th Way, Suite 300**
**Federal Way, WA 98001**
Creditor's mailing address

**Describe the lien**
**UCC-1 security interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**service@finpac.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/01/2024**

**Last 4 digits of account number**
**9301**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 2 | **First Corporate Solutions, Inc.** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Notice only (Paid in Full)** | | |

**Att: Current Officer**
**914 S Street**
**Sacramento, CA 95811**
Creditor's mailing address

**Describe the lien**
**UCC-1 security interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**onlinesupport@ficoso.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 9 of 19

**Date debt was incurred**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent

☐ Unliquidated

☑ Disputed

---

| 2.2 3 | | | | |
|---|---|---|---|---|

**HomeTrust Bank**

Creditor's Name

**Att: Current Officer**
**19520 W. Catawba Ave. Ste**
**111B**
**Cornelius, NC 28031**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/25/2020**

**Last 4 digits of account number**
**4288**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 Peterbilt 389 Truck**
**1NPXLP9X4MD714882**
**2021 Cotrell CX-09LSFA**
**Car Haul Trailer**
**SE0AA164MG529201**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| $64,607.72 | $85,000.00 |
|---|---|

---

| 2.2 4 | | | | |
|---|---|---|---|---|

**LEAF Capital Funding, LLC**

Creditor's Name

**Att: Current Officer**
**2005 Market Street, 14th**
**Floor**
**Philadelphia, PA 19103**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/28/2022 & 03/12/2025**

**Last 4 digits of account number**
**6001**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Kenworth T880**
**1NKZX40X5PJL44768**

**Describe the lien**
**UCC-1 security interest**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| $228,474.50 | $220,000.00 |
|---|---|

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 10 of 19

| 2.2 5 | **Marlin Leasing Corp.** | | |
|---|---|---|---|

**Marlin Leasing Corp.**
Creditor's Name

**Att: Current Officer
300 Fellowship Rd
Mount Laurel, NJ 08054**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
4/24/2024**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Paid in full.**

Describe the lien
**UCC-1 security interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$0.00**    **Unknown**

---

| 2.2 6 | **MCA Servicing Company** | | |
|---|---|---|---|

**MCA Servicing Company**
Creditor's Name

**Att: Current Officer
9821 E Bay Harbor Dr. 706
Miami Beach, FL 33154**
Creditor's mailing address

**infor@mcaservicingcompany.com**
Creditor's email address, if known

**Date debt was incurred
10/24/2025**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All present and future assets.**

Describe the lien
**UCC-1 security interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$447,444.00**    **$0.00**

---

| 2.2 7 | **NBL SPV II LLC** | | |
|---|---|---|---|

**NBL SPV II LLC**
Creditor's Name

**Att: Current Officer
200 S Orange Avenue,
Suite 1175
Orlando, FL 32801**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**All personal property.**

Describe the lien
**UCC-1 security interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes

**$5,100,000.00**    **Unknown**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 11 of 19

| | |
|---|---|
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| **9/4/2025 & 9/30/2025** | ☐ No |
| **Last 4 digits of account number** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **6590** | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **Old National Bank** | Describe debtor's property that is subject to a lien | $311,339.28 | $375,000.00 |
|---|---|---|---|---|

Creditor's Name

**Att: Current Officer**
**792 Wisconsin Business Banking**
**Milwaukee, WI 53202**

Creditor's mailing address

**2022 Peterbilt 389**
**1NPXX4TX0MD830979**
**2022 Century 9055T Wrecker**

**Describe the lien**
**UCC-1 security interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**04/13/2022**

**Last 4 digits of account number**
**1902**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 9 | **Old National Bank** | Describe debtor's property that is subject to a lien | $462,396.49 | $425,000.00 |
|---|---|---|---|---|

Creditor's Name

**Att: Current Officer**
**792 Wisconsin Business Building**
**Milwaukee, WI 53202**

Creditor's mailing address

**2020 Hino Flatbed & 2018 T880 50/60 Rotator**
**5PVNJ8JPXL5S53069**
**2018 T880 60 Ton Rotator**
**1NKZX4TX7JJ182602**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/28/2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

---

| 2.3<br>0 | **Panthers Capital** | Describe debtor's property that is subject to a lien | $672,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Att: Current Officer**
**185 Carrier St**
**Liberty, NY 12754**

Creditor's mailing address

**All assets now owned or hereafter acquired.**

**Describe the lien**
**UCC-1 security interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/02/2025**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3<br>1 | **PNC Bank, N.A.** | Describe debtor's property that is subject to a lien | $72,193.94 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**Att: Current Officer**
**655 Business Center Drive,**
**Suite 250**
**Horsham, PA 19044**

Creditor's mailing address

**2023 Bobcat TL619 Telehandler**
**B5AY11531**
**Bobcat 74' Industrial Grapple**
**AF0H11072**
**Virnig 84" Sweeper 217636**

**Describe the lien**
**UCC-1 security interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02/15/2023**
**Last 4 digits of account number**
**4614**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3<br>2 | **Santandar** | Describe debtor's property that is subject to a lien | $289,552.06 | $495,000.00 |
|---|---|---|---|---|

Creditor's Name

**Att: Currnet Officer**
**3 Huntington Quadrangle**
**Ste. 101N**
**Melville, NY 11747**

Creditor's mailing address

**2020 Peterbilt 389**
**INPXX4TX9LD672915**
**Century 1150 Rotator**
**1150 0507 F19**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

---

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**10/15/2019**                                    ☐ No
**Last 4 digits of account number**              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**9001**

**Do multiple creditors have an**               **As of the petition filing date, the claim is:**
**interest in the same property?**              Check all that apply

☐ No                                             ☐ Contingent
☐ Yes. Specify each creditor,                    ☐ Unliquidated
including this creditor and its relative         ☐ Disputed
priority.

---

| 2.3 3 | **The Huntington National Bank** | | **Describe debtor's property that is subject to a lien** | $19,072.03 | $25,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Att: Current Officer**                          2018 HINO 258
**11100 Wayzata Blvd., Suite**                    5PVNJ8JN5K4S53881
**801**                                           Century carrier
**Minnetonka, MN 55305**                          215L12s18544gc18
_____
Creditor's mailing address

                                                 **Describe the lien**

**TCFCSCustomerService@t**
**cfbank.com**                                    **Is the creditor an insider or related party?**
_____
Creditor's email address, if known               ■ No
                                                 ☐ Yes

                                                 **Is anyone else liable on this claim?**
**Date debt was incurred**
**09/29/2021**                                    ■ No
**Last 4 digits of account number**              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**4651**

**Do multiple creditors have an**               **As of the petition filing date, the claim is:**
**interest in the same property?**              Check all that apply

■ No                                             ☐ Contingent
☐ Yes. Specify each creditor,                    ☐ Unliquidated
including this creditor and its relative         ☐ Disputed
priority.

---

| 2.3 4 | **The Huntington National Bank** | | **Describe debtor's property that is subject to a lien** | $98,238.10 | $75,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Att: Current Officer**                          2023 HINO L6
**11100 Wayzata Blvd, Suite**                     5PVNJ7AN3P5T50631
**700**
**Minnetonka, MN 55305**
_____
Creditor's mailing address                        **Describe the lien**

**TCFCSCustomerService@t**
**cfbank.com**                                    **Is the creditor an insider or related party?**
_____
Creditor's email address, if known               ■ No
                                                 ☐ Yes

                                                 **Is anyone else liable on this claim?**
**Date debt was incurred**
**12/1/2023**                                     ■ No
**Last 4 digits of account number**              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**4651**

**Do multiple creditors have an**               **As of the petition filing date, the claim is:**
**interest in the same property?**              Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 5 | **The Huntington National Bank** | | $35,383.01 | $25,000.00 |

Creditor's Name

**Att: Current Officer**
**11100 Wayzata Blvd., Suite 801**
**Minnetonka, MN 55305**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2021 International MV607**
**1HTEUMMLXMH868720**
**21.5' Steel Century 12 Series LCG Carrier**
**ST12L2E212089**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/8/2021**
**Last 4 digits of account number**
**4651**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **Toyota Industries Commercial Finance Inc** | | $26,328.59 | $20,000.00 |

Creditor's Name

**Att: Current Officer**
**P.O. Box 410**
**Wilmington, OH 45177**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2020 HINO L6**
**5PNVE8AN8M5T50002**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02/04/2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 7 | **Toyota Industries Commercial Finance Inc** | | $66,764.34 | $45,000.00 |

Creditor's Name

**Att: Current Officer**
**P.O. Box 410**
**Wilmington, OH 45177**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2024 CHEVRON INTERNATIONAL**
**3HAEUMML4RL250410**

**Describe the lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 15 of 19

Creditor's email address, if known

**Date debt was incurred**
**6/28/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 8 | **Toyota Industries Commercial Finance Inc** | | |
|---|---|---|---|

Creditor's Name

**Att: Current Officer**
**P.O. Box 410**
**Wilmington, OH 45177**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/20/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2025 International MV**
**3HAEUMML7SL54456**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$111,310.19     $75,000.00

---

| 2.3 9 | **Toyota Industries Commercial Finance Inc** | | |
|---|---|---|---|

Creditor's Name

**Att: Current Officer**
**P.O. Box 410**
**Wilmington, OH 45177**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**08/08/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2024 HINO L6 25500**
**5PVNJ7AN4R5T50754**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that all apply

$92,283.21     $75,000.00

---

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.40 | **Toyota Industries Commercial Finance Inc** | | $98,238.10 | $75,000.00 |

Creditor's Name

**Att: Current Officer**
**P.O. Box 410**
**Wilmington, OH 45177**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/06/2023**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2024 HINO L6**
**5PVNJ7AN8R5T50756**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.41 | **TVT Capital Source LLC** | | $608,750.00 | Unknown |

Creditor's Name

**Att: Current Officer**
**395 S Main Street, Suite 201**
**Alpine, UT 84004**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/24/2025**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All current assets of the Debtor.**

**Describe the lien**
**UCC-1 security interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.42 | **U.S. Small Business Administration** | | $500,000.00 | $0.00 |

Creditor's Name

**Att: Current Officer**
**2 North St., Suite 320**
**Birmingham, AL 35203**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**UCC-1 security interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**11/28/2021**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**8795**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.4 3 | **Zip's Truck Equipment Inc.** | **Describe debtor's property that is subject to a lien** | $384,645.28 | $385,000.00 |

Creditor's Name

**2012 Kenworth T800**
**1NKDX4TX4CJ312428**
**Century 1150 Rotator**
**1150R-0001-I13**

**Att: Current Officer**
**316 W. Milwaukee, P.O.**
**Box 511**
**New Hampton, IA 50659**

Creditor's mailing address

**Describe the lien**

**UCC-1 security interest**

**Is the creditor an insider or related party?**

**Carrie@zips.com**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**02/01/2024**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**6050**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $12,118,918.71

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **C T Corporation System, as Rep.**<br>**Att: Current Officer**<br>**P.O. Box 2576**<br>**Springfield, IL 62701** | Line   **2.20** | |
| **CHTD Company**<br>**Att: Current Officer**<br>**P.O. Box 2576**<br>**Springfield, IL 62708** | Line   **2.26** | 6296 |

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 18 of 19

| | |
|---|---|
| **Metschkin Law Group P.C.**<br>**Att: Oleg A. Mestechkin**<br>**17 State Street, 40th Floor**<br>**New York, NY 10004** | Line __2.1__ |
| **Newtek Business Services Holdco 6 Inc.**<br>**Att: Current Officer**<br>**200 S. Orange Avenue, Suite 1175**<br>**Orlando, FL 32801** | Line __2.27__ |
| **Newtek Small Business Finance, LLC**<br>**Att: Current Officer**<br>**1981 Marcus Avenue, Suite 130**<br>**New Hyde Park, NY 11042** | Line __2.27__ |
| **Old National Bank**<br>**Att: Current Officer**<br>**520 North Cass Ave**<br>**Westmont, IL 60559** | Line __2.28__ |
| **Old National Bank**<br>**Att: Current Officer**<br>**520 North Cass Ave**<br>**Westmont, IL 60559** | Line __2.29__ |
| **U.S. Attorney Eastern District of WI**<br>**c/o Civil process clerk**<br>**517 E. Wisconsin Ave, Ste. 530**<br>**Milwaukee, WI 53202** | Line __2.42__ |
| **U.S. Attorney General's Office**<br>**Att: Notice Department**<br>**950 Pennslyvania Ave, NW**<br>**Washington, DC 20530** | Line __2.42__ |

Debtor name     **All-City Towing LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF WISCONSIN

Case number (if known)     **26-20523-rmb**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $0.00 | $0.00 |

| | |
|---|---|
| **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice only.** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | $0.00 | $0.00 |

| | |
|---|---|
| **Wisconsin Department of Revenue**<br>**Attn: Bankrutpcy Notice Dept**<br>**819 N. 6th Street, #408**<br>**Milwaukee, WI 53203** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice only.** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **All-City Towing LLC** | Case number (if known) | **26-20523-rmb** |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|

**Capital One**
**Att: Current Officer**
**P.O. Box 30285**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Over time**

Basis for the claim: **Business credit card**
**Spark Pro Credit Card - Visa Signature Business**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,406.57** |
|---|---|---|---|

**Cintas**
**P.O. Box 88005**
**Chicago, IL 60680-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Uniforms**

Last 4 digits of account number **9602**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kelly Barnes**
**802 W. Essex Ln**
**Milwaukee, WI 53205**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Marques Jackson**
**3066 North 54th St**
**Milwaukee, WI 53210**

☒ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Menards**
**P.O. Box 17708**
**Portland, ME 04112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Over time**

Basis for the claim: **Business credit card**

Last 4 digits of account number **1136**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified about claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Capital One Trade Credit**<br>**P.O. Box 60506**<br>**City of Industry, CA 91716-0506** | Line **3.5** <br><br> ☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. + $ | |

Debtor   **All-City Towing LLC**
Name

Case number (if known)   **26-20523-rmb**

245,406.57

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $   245,406.57

Fill in this information to identify the case:

Debtor name __All-City Towing LLC__

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) __26-20523-rmb__

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Credit card processing agreement dated 1/31/2026** | |
| State the term remaining | **First Data Management Services LLC**<br>**4000 Coral Ridge Dr**<br>**Pompano Beach, FL 33065** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Service Agreement** | |
| State the term remaining — **2/1/2026-1/1/2027** | **Milwaukee County**<br>**Att: Corporate Counsel**<br>**901 N. 9th St #303**<br>**Milwaukee, WI 53233** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Contract no. C661220036 Agreement for Illegally Parked Vehicles** | |
| State the term remaining — **2/1/2026-5/1/2027** | **The City of Milwaukee**<br>**Att: City Attorney**<br>**Frank P. Zeidler Municipal Building**<br>**841 N. Broadway, 7th Floor**<br>**Milwaukee, WI 53202** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Contract no. C661220037 Agreement for Police Initiated Tows** | |
| State the term remaining — **2/1/2026-5/1/2027** | **The City of Milwaukee**<br>**Att: City Attorney**<br>**Frank P. Zeidler Municipal Building**<br>**841 N. Broadway, 7th Floor**<br>**Milwaukee, WI 53202** |
| List the contract number of any government contract | |

Debtor name     **All-City Towing LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF WISCONSIN

Case number (if known)     **26-20523-rmb**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **2645 South 14th LLC** | **1213 W Mallory Ave. Milwaukee, WI 53221** | **MCA Servicing Company** | ■ D __2.26__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **2645 South 14th LLC** | **1213 W Mallory Ave. Milwaukee, WI 53221** | **TVT Capital Source LLC** | ■ D __2.41__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **2645 South 14th LLC** | **1213 W Mallory Ave. Milwaukee, WI 53221** | **Aurum Funding Source** | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **5408 S 13th LLC** | **1213 W Mallory Ave. Milwaukee, WI 53221** | **AKF Inc. dba FundKite** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | **5408 S 13th LLC** | **1213 W Mallory Ave. Milwaukee, WI 53221** | **MCA Servicing Company** | ■ D __2.26__<br>☐ E/F ____<br>☐ G ____ |

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **5408 S 13th LLC** | **1213 W Mallory Ave.**<br>**Milwaukee, WI 53221** | **Panthers Capital** | ■ D ___**2.30**___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **5408 S 13th LLC** | **1213 W Mallory Ave.**<br>**Milwaukee, WI 53221** | **TVT Capital Source**<br>**LLC** | ■ D ___**2.41**___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **5408 S 13th LLC** | **1213 W Mallory Ave.**<br>**Milwaukee, WI 53221** | **Aurum Funding**<br>**Source** | ■ D ___**2.9**___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **5414 S 13th LLC** | **1213 W Mallory Ave.**<br>**Milwaukee, WI 53221** | **AKF Inc. dba**<br>**FundKite** | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **5414 S 13th LLC** | **1213 W Mallory Ave.**<br>**Milwaukee, WI 53221** | **MCA Servicing**<br>**Company** | ■ D ___**2.26**___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **5414 S 13th LLC** | **1213 W Mallory Ave.**<br>**Milwaukee, WI 53221** | **Panthers Capital** | ■ D ___**2.30**___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **5414 S 13th LLC** | **1213 W Mallory Ave.**<br>**Milwaukee, WI 53221** | **TVT Capital Source**<br>**LLC** | ■ D ___**2.41**___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **5414 S 13th LLC** | **1213 W Mallory Ave.**<br>**Milwaukee, WI 53221** | **Aurum Funding**<br>**Source** | ■ D ___**2.9**___<br>☐ E/F _____<br>☐ G _____ |

| ■ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.14 | **88 Estates LLC** | 1213 West mallory Ave.<br>Milwaukee, WI 53221 | **Aurum Funding Source** | ■ D    **2.9** <br>☐ E/F ____<br>☐ G ____ |
|---|---|---|---|---|
| 2.15 | **ACT RE LLC** | 1213 W Mallory Ave.<br>Milwaukee, WI 53221 | **AKF Inc. dba FundKite** | ■ D    **2.1** <br>☐ E/F ____<br>☐ G ____ |
| 2.16 | **ACT RE LLC** | 1213 W Mallory Ave.<br>Milwaukee, WI 53221 | **MCA Servicing Company** | ■ D    **2.26** <br>☐ E/F ____<br>☐ G ____ |
| 2.17 | **ACT RE LLC** | 1213 W Mallory Ave.<br>Milwaukee, WI 53221 | **Panthers Capital** | ■ D    **2.30** <br>☐ E/F ____<br>☐ G ____ |
| 2.18 | **ACT RE LLC** | 1213 W Mallory Ave.<br>Milwaukee, WI 53221 | **TVT Capital Source LLC** | ■ D    **2.41** <br>☐ E/F ____<br>☐ G ____ |
| 2.19 | **ACT RE LLC** | 1213 W Mallory Ave.<br>Milwaukee, WI 53221 | **Aurum Funding Source** | ■ D    **2.9** <br>☐ E/F ____<br>☐ G ____ |
| 2.20 | **Auto Haulers LLC** | 1213 W Mallory Ave.<br>Milwaukee, WI 53221 | **AKF Inc. dba FundKite** | ■ D    **2.1** <br>☐ E/F ____<br>☐ G ____ |
| 2.21 | **Auto Haulers LLC** | 1213 W Mallory Ave.<br>Milwaukee, WI 53221 | **MCA Servicing Company** | ■ D    **2.26** <br>☐ E/F ____<br>☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 **Auto Haulers LLC** | 1213 W Mallory Ave. Milwaukee, WI 53221 | **Panthers Capital** | ■ D __2.30__ ☐ E/F ____ ☐ G ____ |
| 2.23 **Auto Haulers LLC** | 1213 W Mallory Ave. Milwaukee, WI 53221 | **TVT Capital Source LLC** | ■ D __2.41__ ☐ E/F ____ ☐ G ____ |
| 2.24 **Auto Haulers LLC** | 1213 W Mallory Ave. Milwaukee, WI 53221 | **Aurum Funding Source** | ■ D __2.9__ ☐ E/F ____ ☐ G ____ |
| 2.25 **Bret's RE LLC** | 1213 W Mallory Ave Milwaukee, WI 53221 | **Old National Bank** | ■ D __2.29__ ☐ E/F ____ ☐ G ____ |
| 2.26 **Bret's RE LLC** | 1213 W Mallory Ave Milwaukee, WI 53221 | **AKF Inc. dba FundKite** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.27 **Bret's RE LLC** | 1213 W Mallory Ave Milwaukee, WI 53221 | **MCA Servicing Company** | ■ D __2.26__ ☐ E/F ____ ☐ G ____ |
| 2.28 **Bret's RE LLC** | 1213 W Mallory Ave Milwaukee, WI 53221 | **TVT Capital Source LLC** | ■ D __2.41__ ☐ E/F ____ ☐ G ____ |
| 2.29 **Bret's RE LLC** | 1213 W Mallory Ave Milwaukee, WI 53221 | **Aurum Funding Source** | ■ D __2.9__ ☐ E/F ____ ☐ G ____ |

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 Bret's Towing, LLC | Att: Current Officer 2233 S. Business Dr Sheboygan, WI 53081 | AKF Inc. dba FundKite | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.31 Bret's Towing, LLC | Att: Current Officer 2233 S. Business Dr Sheboygan, WI 53081 | CT Corporation System, as Representative | ■ D __2.20__ ☐ E/F ____ ☐ G ____ |
| 2.32 Bret's Towing, LLC | Att: Current Officer 2233 S. Business Dr Sheboygan, WI 53081 | First Corporate Solutions, Inc. | ■ D __2.22__ ☐ E/F ____ ☐ G ____ |
| 2.33 Bret's Towing, LLC | Att: Current Officer 2233 S. Business Dr Sheboygan, WI 53081 | MCA Servicing Company | ■ D __2.26__ ☐ E/F ____ ☐ G ____ |
| 2.34 Bret's Towing, LLC | Att: Current Officer 2233 S. Business Dr Sheboygan, WI 53081 | Panthers Capital | ■ D __2.30__ ☐ E/F ____ ☐ G ____ |
| 2.35 Bret's Towing, LLC | Att: Current Officer 2233 S. Business Dr Sheboygan, WI 53081 | TVT Capital Source LLC | ■ D __2.41__ ☐ E/F ____ ☐ G ____ |
| 2.36 Bret's Towing, LLC | Att: Current Officer 2233 S. Business Dr Sheboygan, WI 53081 | Old National Bank | ■ D __2.29__ ☐ E/F ____ ☐ G ____ |

| ■ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.37 | Bret's Towing, LLC | Att: Current Officer 2233 S. Business Dr Sheboygan, WI 53081 | C T Corporation System, as Rep. | ■ D __2.14__ ☐ E/F _____ ☐ G _____ |
| 2.38 | Bret's Towing, LLC | Att: Current Officer 2233 S. Business Dr Sheboygan, WI 53081 | NBL SPV II LLC | ■ D __2.27__ ☐ E/F _____ ☐ G _____ |
| 2.39 | Bret's Towing, LLC | Att: Current Officer 2233 S. Business Dr Sheboygan, WI 53081 | MCA Servicing Company | ■ D __2.26__ ☐ E/F _____ ☐ G _____ |
| 2.40 | Bret's Towing, LLC | Att: Current Officer 2233 S. Business Dr Sheboygan, WI 53081 | Aurum Funding Source | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.41 | Daddy Jeff LLC | 1213 W Mallory Ave. Milwaukee, WI 53221 | AKF Inc. dba FundKite | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.42 | Daddy Jeff LLC | 1213 W Mallory Ave. Milwaukee, WI 53221 | Panthers Capital | ■ D __2.30__ ☐ E/F _____ ☐ G _____ |
| 2.43 | Daddy Jeff LLC | 1213 W Mallory Ave. Milwaukee, WI 53221 | Aurum Funding Source | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                    Column 2: **Creditor**

| 2.44 | Jeff Piller | 1213 Mallory Ave<br>Milwaukee, WI 53221 | CT Corporation System, as Representative | ■ D __2.20__<br>☐ E/F ____<br>☐ G ____ |
|---|---|---|---|---|
| 2.45 | Jeff Piller | 1213 Mallory Ave<br>Milwaukee, WI 53221 | First Corporate Solutions, Inc. | ■ D __2.22__<br>☐ E/F ____<br>☐ G ____ |
| 2.46 | Jeff Piller | 1213 Mallory Ave<br>Milwaukee, WI 53221 | MCA Servicing Company | ■ D __2.26__<br>☐ E/F ____<br>☐ G ____ |
| 2.47 | Jeff Piller | 1213 Mallory Ave<br>Milwaukee, WI 53221 | Panthers Capital | ■ D __2.30__<br>☐ E/F ____<br>☐ G ____ |
| 2.48 | Jeff Piller | 1213 Mallory Ave<br>Milwaukee, WI 53221 | TVT Capital Source LLC | ■ D __2.41__<br>☐ E/F ____<br>☐ G ____ |
| 2.49 | Jeff Piller | 1213 Mallory Ave<br>Milwaukee, WI 53221 | AMUR Equipment Finance, Inc. | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.50 | Jeff Piller | 1213 Mallory Ave<br>Milwaukee, WI 53221 | Ascentium Capital LLC | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.51 | Jeff Piller | 1213 Mallory Ave<br>Milwaukee, WI 53221 | Ascentium Capital, LLC | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.52 | **Jeff Piller** | 1213 Mallory Ave<br>Milwaukee, WI 53221 | **Ascentium Capital,<br>LLC** | ■ D   **2.8**<br>☐ E/F _____<br>☐ G _____ |
| 2.53 | **Jeff Piller** | 1213 Mallory Ave<br>Milwaukee, WI 53221 | **Old National Bank** | ■ D   **2.29**<br>☐ E/F _____<br>☐ G _____ |
| 2.54 | **Jeff Piller** | 1213 Mallory Ave<br>Milwaukee, WI 53221 | **HomeTrust Bank** | ■ D   **2.23**<br>☐ E/F _____<br>☐ G _____ |
| 2.55 | **Jeff Piller** | 1213 Mallory Ave<br>Milwaukee, WI 53221 | **Beacon Funding<br>Corporation** | ■ D   **2.11**<br>☐ E/F _____<br>☐ G _____ |
| 2.56 | **Jeff Piller** | 1213 Mallory Ave<br>Milwaukee, WI 53221 | **Beacon Funding<br>Corporation** | ■ D   **2.12**<br>☐ E/F _____<br>☐ G _____ |
| 2.57 | **Jeff Piller** | 1213 Mallory Ave<br>Milwaukee, WI 53221 | **Financial Pacific<br>Leasing, Inc.** | ■ D   **2.21**<br>☐ E/F _____<br>☐ G _____ |
| 2.58 | **Jeff Piller** | 1213 Mallory Ave<br>Milwaukee, WI 53221 | **Old National Bank** | ■ D   **2.28**<br>☐ E/F _____<br>☐ G _____ |
| 2.59 | **Jeff Piller** | 1213 Mallory Ave<br>Milwaukee, WI 53221 | **C T Corporation<br>System, as Rep.** | ■ D   **2.14**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | All-City Towing LLC | Case number *(if known)* | 26-20523-rmb |
|--------|---------------------|--------------------------|--------------|

███

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.60 | Jeff Piller | 1213 Mallory Ave<br>Milwaukee, WI 53221 | AKF Inc. dba<br>FundKite | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.61 | Lanser Towing<br>LLC | 1213 W Mallory Ave<br>Milwaukee, WI 53221 | AKF Inc. dba<br>FundKite | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.62 | Lanser Towing<br>LLC | 1213 W Mallory Ave<br>Milwaukee, WI 53221 | MCA Servicing<br>Company | ■ D  **2.26**<br>☐ E/F ____<br>☐ G ____ |
| 2.63 | Lanser Towing<br>LLC | 1213 W Mallory Ave<br>Milwaukee, WI 53221 | Panthers Capital | ■ D  **2.30**<br>☐ E/F ____<br>☐ G ____ |
| 2.64 | Lanser Towing<br>LLC | 1213 W Mallory Ave<br>Milwaukee, WI 53221 | TVT Capital Source<br>LLC | ■ D  **2.41**<br>☐ E/F ____<br>☐ G ____ |
| 2.65 | Lanser Towing<br>LLC | 1213 W Mallory Ave<br>Milwaukee, WI 53221 | Aurum Funding<br>Source | ■ D  **2.9**<br>☐ E/F ____<br>☐ G ____ |
| 2.66 | Longboard Web<br>Productions LLC | 5656 Chelsea Ave.<br>La Jolla, CA 92037 | AKF Inc. dba<br>FundKite | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.67 | Mactire Services<br>LLC | 1213 W Mallory Ave<br>Milwaukee, WI 53221 | AKF Inc. dba<br>FundKite | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |

███

Official Form 206H | Schedule H: Your Codebtors | Page 9 of 12

███

Case 26-20523-rmb    Doc 68    Filed 03/05/26    Page 44 of 50

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.68 | Mactire Services LLC | 1213 W Mallory Ave Milwaukee, WI 53221 | MCA Servicing Company | ■ D __2.26__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.69 | Mactire Services LLC | 1213 W Mallory Ave Milwaukee, WI 53221 | Panthers Capital | ■ D __2.30__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.70 | Mactire Services LLC | 1213 W Mallory Ave Milwaukee, WI 53221 | TVT Capital Source LLC | ■ D __2.41__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.71 | Mactire Services LLC | 1213 W Mallory Ave Milwaukee, WI 53221 | Aurum Funding Source | ■ D __2.9__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.72 | Milwaukee Parking Management LLC | 1213 W Mallory Ave Milwaukee, WI 53221 | AKF Inc. dba FundKite | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.73 | Milwaukee Parking Management LLC | 1213 W Mallory Ave Milwaukee, WI 53221 | Panthers Capital | ■ D __2.30__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.74 | Milwaukee Parking Management LLC | 1213 W Mallory Ave Milwaukee, WI 53221 | Aurum Funding Source | ■ D __2.9__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.75 | OMS Properties LLC | 1213 W Mallory Ave. Milwaukee, WI 53221 | AKF Inc. dba FundKite | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **All-City Towing LLC** | Case number *(if known)* | **26-20523-rmb** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.76 | OMS Properties, LLC | Att: Current Officer<br>1213 W Mallory Ave<br>Milwaukee, WI 53221 | CT Corporation System, as Representative | ■ D   **2.20**<br>☐ E/F _____<br>☐ G _____ |
| 2.77 | OMS Properties, LLC | Att: Current Officer<br>1213 W Mallory Ave<br>Milwaukee, WI 53221 | First Corporate Solutions, Inc. | ■ D   **2.22**<br>☐ E/F _____<br>☐ G _____ |
| 2.78 | OMS Properties, LLC | Att: Current Officer<br>1213 W Mallory Ave<br>Milwaukee, WI 53221 | NBL SPV II LLC | ■ D   **2.27**<br>☐ E/F _____<br>☐ G _____ |
| 2.79 | OMS Properties, LLC | Att: Current Officer<br>1213 W Mallory Ave<br>Milwaukee, WI 53221 | Panthers Capital | ■ D   **2.30**<br>☐ E/F _____<br>☐ G _____ |
| 2.80 | OMS Properties, LLC | Att: Current Officer<br>1213 W Mallory Ave<br>Milwaukee, WI 53221 | Aurum Funding Source | ■ D   **2.9**<br>☐ E/F _____<br>☐ G _____ |
| 2.81 | Piller Group LLC | 1213 W Mallory Ave.<br>Milwaukee, WI 53221 | AKF Inc. dba FundKite | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.82 | Piller Group LLC | 1213 W Mallory Ave.<br>Milwaukee, WI 53221 | MCA Servicing Company | ■ D   **2.26**<br>☐ E/F _____<br>☐ G _____ |

| Additional Page to List More Codebtors | | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.83 | **Piller Group LLC** | 1213 W Mallory Ave.<br>Milwaukee, WI 53221 | **Panthers Capital** | ■ D ___2.30___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.84 | **Piller Group LLC** | 1213 W Mallory Ave.<br>Milwaukee, WI 53221 | **TVT Capital Source LLC** | ■ D ___2.41___<br>☐ E/F _____<br>☐ G _____ |
| 2.85 | **Piller Group LLC** | 1213 W Mallory Ave.<br>Milwaukee, WI 53221 | **Aurum Funding Source** | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.86 | **The Milwaukee Cannabis Company LLC** | 1213 W Mallory Ave.<br>Milwaukee, WI 53221 | **AKF Inc. dba FundKite** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.87 | **The Milwaukee Cannabis Company LLC** | 1213 W Mallory Ave.<br>Milwaukee, WI 53221 | **Aurum Funding Source** | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.88 | **First Data Management Services LLC** | Att: General Counsel's Office<br>4000 N.W. 120th Ave<br>MS/CON-SMB<br>Pompano Beach, FL 33065 | **First Data Management Services LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.1___ |

Fill in this information to identify the case:

| Debtor name | All-City Towing LLC |
|---|---|
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN |
| Case number (if known): | 26-20523-rmb |

■ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Allegiant Partners Incorporated Att: Current Officer 123 SW Columbia St. Bend, OR 97702 | | 2024 International MV607 3HAEVTAR3RL875414 Century 5130 51030IH235874 | | $312,104.27 | $295,000.00 | $17,104.27 |
| AMUR Equipment Finance, Inc. c/o Corporation Service Company, As Rep P.O. Box 2576 Springfield, IL 62708 | aeffundings@amuref.com | 2020 HINO 5PVNJ8JN8L5S4302; 2020 HINO 5PVNJ8JN3I5S54305 | | $93,697.00 | $50,000.00 | $43,697.00 |
| Ascentium Capital LLC Att: Current Officer 23970 HWY 59 N Kingwood, TX 77339 | ToddChase@AscentiumCapital.com | 2021 Kalyn TL Versa Max 5DDKE23XM1067535 | | $77,660.83 | $40,000.00 | $37,660.83 |
| Beacon Funding Corporation Att: Current Officer 3400 Dundee Road, Suite 180 Northbrook, IL 60062 | | 2021 HINO 258 2022 Chevrolet Silverado | | $151,066.55 | $90,000.00 | $61,066.55 |
| Beacon Funding Corporation Att: Current Officer 3400 Dundee Road, Suite 180 Northbrook, IL 60062 | | 2008 Mack CXU 2016 Ram 5500 2019 Chevrolet Silverado GM515 | | $66,764.34 | $60,000.00 | $6,764.34 |
| Capital One Att: Current Officer P.O. Box 30285 Salt Lake City, UT 84130 | | Business credit card Spark Pro Credit Card - Visa Signature Business | | | | $200,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cintas P.O. Box 88005 Chicago, IL 60680-1005 | | Uniforms | | | | $35,406.57 |
| Financial Pacific Leasing, Inc. Att: Current Officer 3455 S 344th Way, Suite 300 Federal Way, WA 98001 | service@finpac.com | Mega Hurricane Compressor | | $50,035.43 | $40,000.00 | $10,035.43 |
| LEAF Capital Funding, LLC Att: Current Officer 2005 Market Street, 14th Floor Philadelphia, PA 19103 | | 2022 Kenworth T880 1NKZX40X5PJL44768 | | $228,474.50 | $220,000.00 | $8,474.50 |
| MCA Servicing Company Att: Current Officer 9821 E Bay Harbor Dr. 706 Miami Beach, FL 33154 | infor@mcaservcingcompany.com | All present and future assets. | Disputed | $447,444.00 | $0.00 | $447,444.00 |
| Menards P.O. Box 17708 Portland, ME 04112 | | Business credit card | | | | $10,000.00 |
| Old National Bank Att: Current Officer 792 Wisconsin Business Building Milwaukee, WI 53202 | | 2020 Hino Flatbed & 2018 T880 50/60 Rotator 5PVNJ8JPXL5S53069 2018 T880 60 Ton Rotator 1NKZX4TX7JJ182602 | | $462,396.49 | $425,000.00 | $37,396.49 |
| PNC Bank, N.A. Att: Current Officer 655 Business Center Drive, Suite 250 Horsham, PA 19044 | | 2023 Bobcat TL619 Telehandler B5AY11531 Bobcat 74' Industrial Grapple AF0H11072 Virnig 84" Sweeper 217636 | | $72,193.94 | $55,000.00 | $17,193.94 |
| The Huntington National Bank Att: Current Officer 11100 Wayzata Blvd., Suite 801 Minnetonka, MN 55305 | | 2021 International MV607 1HTEUMMLXMH868720 21.5' Steel Century 12 Series LCG Carrier ST12L2E212089 | | $35,383.01 | $25,000.00 | $10,383.01 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Huntington National Bank Att: Current Officer 11100 Wayzata Blvd, Suite 700 Minnetonka, MN 55305** | **TCFCSCustomerService@tcfbank.com** | **2023 HINO L6 5PVNJ7AN3P5T50631** | | **$98,238.10** | **$75,000.00** | **$23,238.10** |
| **Toyota Industries Commercial Finance Inc Att: Current Officer P.O. Box 410 Wilmington, OH 45177** | | **2025 International MV 3HAEUMML7SL54456** | | **$111,310.19** | **$75,000.00** | **$36,310.19** |
| **Toyota Industries Commercial Finance Inc Att: Current Officer P.O. Box 410 Wilmington, OH 45177** | | **2024 HINO L6 5PVNJ7AN8R5T50756** | | **$98,238.10** | **$75,000.00** | **$23,238.10** |
| **Toyota Industries Commercial Finance Inc Att: Current Officer P.O. Box 410 Wilmington, OH 45177** | | **2024 CHEVRON INTERNATIONAL 3HAEUMML4RL250410** | | **$66,764.34** | **$45,000.00** | **$21,764.34** |
| **Toyota Industries Commercial Finance Inc Att: Current Officer P.O. Box 410 Wilmington, OH 45177** | | **2024 HINO L6 25500 5PVNJ7AN4R5T50754** | | **$92,283.21** | **$75,000.00** | **$17,283.21** |
| **Toyota Industries Commercial Finance Inc Att: Current Officer P.O. Box 410 Wilmington, OH 45177** | | **2020 HINO L6 5PNVE8AN8M5T50002** | | **$26,328.59** | **$20,000.00** | **$6,328.59** |