

March 5, 2026

*Via ECF*

Clerk of Courts
United States Bankruptcy Court
United States Courthouse and Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

                 Re: *All-City Towing LLC, et al.*[1]
                        *Case No. 26-20523-rmb*

Dear Clerk:

       Please withdraw docket number 62 (Declaration Under Penalty of Perjury) and the attachment filed March 2, 2026, in the subject matter. The attachment includes the Summary of Assets and Liabilities, Schedules A/B, D, E/F, G, and H. On March 4, 2026, a defective filing notification was filed for selecting the incorrect event used for the declaration and attachment, docket number 66. The defective filing notification requested the declaration and attachment be withdrawn and refiled with the correct events. On March 5, 2026, the declaration and attachment were refiled with the corrected events. The request to withdraw is to comply with the request in the defective filing notification.

My apologies and thank you for your consideration of this matter.

                                                 Very truly yours,

                                                 Nicholas W. Kerkman

NWK/nwk

---

[1] Jointly administered with Bret's Towing LLC (Case No. 26-20524-rmb), ACT RE LLC (Case No. 26-20525-rmb), Bret's RE LLC (Case No. 26-20526-rmb), OMS Properties LLC (Case No. 26-20527-rmb), 5408 S 13th LLC (Case No. 26-20528-rmb), 5414 S 13th LLC (26-20529-rmb), Daddy Jeff LLC (Case No. 26-20530-rmb), Mactire Services LLC (Case No. 26-20531-rmb), and Jeffrey Piller and Candice Brecht (Case No. 26-20532-rmb).

This document relates to All-City Towing LLC (Case No. 26-20523-rmb).