# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

All-City Towing LLC, *et al[1]*                     Case No.: 26-20523-rmb

        Debtors.                                    Chapter 11

## MOTION TO ASSUME CONTRACT WITH MILWAUKEE COUNTY FOR FREEWAY TOWING SERVICES

All-City Towing, LLC (the "Debtor"), hereby moves, pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006, to assume its contract with Milwaukee County (the "County") for freeway towing services. In support of this motion, the Debtor states as follows:

### Jurisdiction

1.      The Debtor, along with affiliated entities listed in footnote 1 below, filed their voluntary petition for relief under chapter 11 of the Bankruptcy Code on February 1, 2026 (the "Petition Date"). An order for relief was entered that same day.

2.      The Debtor continues to manage its business and affairs pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

3.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1344(a) and 157(a), and the order of reference filed in this district entered pursuant to § 157(a).

---

[1] Jointly administered with Bret's Towing LLC, (Case No. 26-20524-rmb), ACT RE LLC, (Case No. 26-20525-rmb), Bret's RE LLC (Case No. 26-20526-rmb), OMS Properties LLC (Case No. 26-20527-rmb), 5408 S 13th LLC (Case No. 26-20528-rmb), 5414 S 13th LLC (26-20529-rmb), Daddy Jeff LLC (Case No. 26-20530-rmb), Mactire Services LLC (Case No. 26-20531-rmb), and Jeffrey Piller and Candice Brecht (Case No. 26-20532-rmb). This document relates only to All-City Towing, LLC (Case No. 26-20523-rmb).

4.      This matter is a core proceeding under 28 U.S.C. § 157(b)(2)(A). It concerns the administration of the Debtor's estate.

**Background Facts**

5.      The Debtor provides 24/7 towing services and storage facilities for towed vehicles. The County requires use of towing services for its freeway system as well as storage facilities for towed vehicles.

6.      In 2022, the County issued a Request for Proposals requesting proposals from qualified, experienced towing companies that could provide towing services on the Milwaukee County freeway system and storage facilities for towed vehicles. The Debtor submitted a proposal to the County.

7.      The County accepted the Debtor's proposal, and on January 1, 2023, the Debtor entered into a Service Agreement with County (the "Agreement"). A copy of the Agreement is attached as Exhibit A.

8.      The Agreement consists of a three-year term with the option of extending the Agreement up to two times for one additional year. Extension of the Agreement is at the County's discretion, and the County must provide written notice to the Debtor of its intent to extend the Agreement no fewer than thirty (30) days prior to the term expiring.

9.      The initial term of the Agreement expired on December 31, 2025. On November 24, 2025, the County provided written confirmation of an extension through December 31, 2026. This was the first of two optional extensions of the Agreement, which the Debtor accepted. The email correspondence between the County and the Debtor is attached as Exhibit B.

2

10.     The Agreement provides good, consistent business for the Debtor.  The Debtor would like to assume the Agreement and intends on renewing the Agreement for another one-year term when the time comes.

11.     The Agreement provides a substantial amount of business for the Debtor.  The County's decision to renew the Agreement is evidence that the Debtor has consistently fulfilled its end of the bargain under the Agreement.

12.     Assumption of the Agreement will be financially beneficial for the Debtor, and thus beneficial for the Debtor's creditors.  If the Agreement were to lapse, or if the Debtor is unable to assume the Agreement and the County forgoes extending its terms in the future, both the Debtor and the Debtor's creditors will be worse off.

## Applicable Law

13.     Pursuant to 11 U.S.C § 365(a), "[a] trustee or debtor-in-possession may assume any executory contract 'subject to the court's approval.'" *In re UAL Corp.*, 635 F.3d 312, 319 (7th Cir. 2011), as amended on denial of reh'g (Apr. 13, 2010).

14.     "Although the Bankruptcy Code does not provide a standard for analyzing a decision to assume or reject a contract or lease, courts apply a deferential 'business judgment' test." *In re IYS Ventures, LLC*, 659 B.R. 308, 321 (Bankr. N.D. Ill. 2024).

15.     A bankruptcy court "reviews the debtor's business judgment with respect to the proposed assumption to determine if it would be beneficial or burdensome to assume the executory contract by evaluating whether assumption would serve the reorganization or whether it would take away funds available to other creditors." *In re UAL Corp.* at 319.

3

**The Debtor's Business Judgment Supports Assumption of the Contracts**

16.     Assumption of the Agreement will be beneficial for the Debtor and, as a result, beneficial for the Debtor's creditors.  The Agreement provides substantial business for the Debtor and generates consistent income.  Assumption will enable the Debtor to continue generating income under Agreement, ultimately increasing the pool of funds available to pay the Debtor's creditors.

**Conclusion**

Wherefore, the Debtor requests that the Court enter an Order authorizing the Debtor to assume the Agreement with the County.

Dated: March 6, 2026.

/s/ Tyler M. Jones
Evan P. Schmit
Tyler M. Jones
Kerkman & Dunn

Proposed Attorneys for the Debtor

P.O. Address:

839 N. Jefferson St., Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: tjones@kerkmandunn.com

4

# EXHIBIT A

The following Parties hereby execute this Agreement:

**FOR MILWAUKEE COUNTY:**

BY: _Donna Brown-Martin_ DATE: 12/4/2022

NAME: Donna Brown-Martin

TITLE: Transportation Director

DEPARTMENT: Transportation

**FOR** All City Towing

BY: _Jeff Piller_ DATE: 12/20/2022

NAME: Jeff Piller

TITLE: Owner

TAXPAYER ID No.: 90-0657733

**REVIEWED AS TO INSURANCE
REQUIREMENTS:**

BY: _Anthony Gatton_ DATE: 12/8/2022

**Risk Manager**
Office of Risk Management

**APPROVED WITH REGARDS TO COUNTY
ORDINANCE CHAPTER 42:**

BY: _Lamont Robinson_ DATE: 12/4/2022

**Director**
Community Business Development Partners

**APPROVED AS TO FUNDS AVAILABLE
PER WISCONSIN STATUTES §59.255(2)(e):**

BY: _____ DATE: 12/13/2022

**Milwaukee County Comptroller**
Office of the Comptroller

**APPROVED REGARDING FORM AND
INDEPENDENT CONTRACTOR STATUS:**

BY: _David Farwell_ DATE: 12/19/2022

**Corporation Counsel**
Office of Corporation Counsel

**REVIEWED AND APPROVED BY THE COUNTY
EXECUTIVE:**

BY: _____ DATE: 12/20/2022

**David Crowley**, *County Executive*
Office of the County Executive

**APPROVED AS COMPLIANT UNDER
§59.42(2)(b)5, STATS.:**

BY: _David Farwell_ DATE: 12/20/2022

**Corporation Counsel**
Office of Corporation Counsel

DAS-Procurement Approved Template 5/16/2022



**SERVICE AGREEMENT**
All City Towing, LLC

**SERVICE AGREEMENT**
All City Towing, LLC

This **SERVICE AGREEMENT** (the "**Agreement**"), dated as of January 1, 2023 (the **"Effective Date"**), is between **Milwaukee County**, a Wisconsin municipal body corporate, represented by its Department of Transportation (the "**County**") and All City Towing, LLC, a Wisconsin LLC with a primary place of business at 1213 W. Mallory Ave., Milwaukee, WI (the "**Contractor**"), combined to be considered the Parties to this Agreement ("**Parties**").

Milwaukee County and Contractor wish to enter into a services relationship for the provision of freeway towing services.

**ACCORDINGLY,** intending to be legally bound, the Parties agree as follows:

1. **Definitions.**
   Terms defined in the preamble and recitals of this Agreement have their assigned meanings, terms defined throughout this Agreement have their assigned meanings, and the following terms have the meanings assigned to them:

   > **"Deliverables"** mean any item in Contractor's Scope of Work that is first developed or created by the Contractor for the County's use as a result of Services provided under this Agreement. Deliverables include training documents, reports, analysis, and/or other documentation related to the Services provided under this Agreement. Deliverables do not include Contractor's copyrighted materials and documentation, or other work product in existence prior to the commencement of this Agreement, or first created by the Contractor in any manner not in connection with the Services provided in this Agreement.

   > **"MCCO"** means the Milwaukee County Code of Ordinances in its most current and updated form, including legislation which has been enacted, but not yet codified. A codified version of the MCCO is available at: https://library.municode.com/wi/milwaukee_county/codes/code_of_ordinances

   > **"Services"** mean the services provided under this Agreement by Contractor and/or its identified staff.

2. **Order of Precedence.**
   The Agreement includes the following documents, incorporated by reference, in the following order of precedence, which will be followed in resolving any inconsistencies between the terms of the Agreement and the terms of any Exhibits, Attachments, or Amendments to the Agreement:

   a. This Service Agreement
   b. Freeway Sectors (Exhibit A)
   c. Price List (Exhibit B)
   d. Responsibilities and Performance Standards (Exhibit C)
   e. Milwaukee County's Request for Proposal # RFP-2022-011 (Exhibit D)
   f. Contractor's Proposal (Exhibit E)

1

DocuSign Envelope ID: 27873997-6C52-48FF-8B60-C2D6D1448A1C



**SERVICE AGREEMENT**
All City Towing, LLC

3. **Scope of Services.**
   Contractor shall specifically perform services as identified in the RFP and its Proposal (Exhibits A-E) as the primary tower for **Vehicle Weight Class 1: Freeway Sector 3** and **Vehicle Weight Class 2/3: Freeway Sectors 1-5**.

   Within each vehicle weight class, each sector will have a specific towing vendor assigned as the primary tower. The County reserves the right to use towing vendors assigned to other sectors and weight classes when it best meets the needs of the County based on vendor availability and responsiveness.

   Without limitation for the term of this Contract, the Director of Transportation of Milwaukee County may require, or demand to review any of the following data from the towing Contractor: driver safety records, equipment maintenance records; company references and towing history; availability of appropriate towing equipment and storage facilities; agreements for mandatory random driver drug testing where applicable and access to testing records; contractor traffic records; public relations history; and any other criteria the Director deems to be consistent with the provision of safe, prompt, courteous, and professional towing services. The above is without limitation and in addition to the standards outlined in Exhibit C.

4. **Staffing.**
   a. **Qualification.**
      Contractor represents that its employees and subcontractors possess the necessary skill, expertise, and capability, including the availability of sufficient personnel with the necessary qualifications, to perform the services required by this Agreement. Contractor shall provide, at its own expense, all personnel required in performing the services under this Agreement. Such personnel shall not be the employees of, or have any other contractual relationship with, the County.

   b. **Subcontracting and Contractor's Agents.**
      Contractor shall have a written and enforceable agreement in place with each of its subcontractors that will enable Contractor to perform its obligations under this Agreement. Agents used or supplied by Contractor in the performance of any Services are employees or agents of Contractor, and under no circumstances are such individuals to be considered employees of County. Contractor shall have the sole responsibility for the conduct of its personnel and agents, and for payment of its personnel's and/or agent's entire compensation, including salary, withholding of income and social security taxes, workers' compensation, employee and disability benefits and the like. Contractor shall be responsible for all employer obligations toward all of its personnel and/or agents under all applicable laws and all of County's policies.

   c. **Provision of Workspace and Materials.** Contractor shall provide all materials needed by Contractor's personnel in connection with the performance of Services under this Agreement at no additional expense to County.

2



**SERVICE AGREEMENT**
All City Towing, LLC

## 5. Term and Termination.

### a. Term.

The Term of this Agreement shall commence on the Effective Date and shall continue in full force and effect for three (3) years unless terminated in accordance with this Section.

### b. Extension Term(s).

Upon expiration of the initial Term of this Agreement, at the County's option it may enter into up to two (2) one-year Extension Terms, subject to the terms and conditions of this Agreement ("**Extension Term**"). To execute the option to enter into an Extension Term, the County shall provide written notice to the Contractor of the intent to exercise the Extension Term option no fewer than thirty (30) days prior to the initial Term's expiry. The County may provide written notice in electronic format such as e-mail, provided it complies with Section 18 of this Agreement.

### c. Termination.

The Parties may terminate this Agreement as detailed in this Section. Upon termination of this Agreement for any reason, the County shall retain any and all fully vested rights that exist on the effective date of that termination.

#### i. Termination by Contractor.

Contractor may, at its option, terminate this Agreement upon the failure of the County to pay any amount that may become due hereunder for a period of sixty (60) days following submission of appropriate, undisputed billing and supporting documentation. Upon said termination, Contractor shall be paid the compensation due for all services rendered through the date of termination, including any retainage.

#### ii. Termination by County for Violations by Contractor.

If the Contractor fails to fulfill its obligations under this Agreement in a timely or proper manner, or violates any of its provisions, the County shall there upon have the right to terminate it by giving thirty (30) days written notice of termination of Agreement, specifying the alleged violations, and effective date of termination. It shall not be terminated if, upon receipt of the notice, Contractor promptly cures the alleged violation prior to the end of the thirty (30) day period. In the event of termination, the County will only be liable for services rendered through the date of termination and not for the uncompleted portion, or for any materials or services purchased or paid for by Contractor for use in completing the Agreement.

#### iii. Unrestricted Right of Termination by County.

The County further reserves the right to terminate the Agreement at any time for any reason by giving Contractor thirty (30) days written notice of such termination. In the event of said termination and upon receipt of notice of termination, the Contractor shall reduce its activities hereunder as mutually



**SERVICE AGREEMENT**
All City Towing, LLC

agreed to by the Parties. Upon said termination, Contractor shall be paid for all services rendered through the date of termination. This section also applies should the Milwaukee County Board of Supervisors fail to appropriate additional monies required for the completion of any services under the Agreement. This provision is notwithstanding termination provisions included in the Responsibilities and Performance Standards attached hereto.

### iv. County's Retention of Rights.
County shall retain any and all fully vested rights that exist on the effective date of termination. In the event that County terminates this Agreement, County's liability and Contractor's exclusive remedy will be limited to County paying Contractor for Services and Deliverables completed in accordance with the terms of this Agreement, provided, however, that such payment will not exceed the unpaid amounts due under the Scope of Work.

## 6. Compensation.
The charges imposed by Contractor for the towing, removal, and storage of vehicles taken from the freeway at the direction of the Sheriff's Office shall not exceed the rates for services established by Milwaukee County, which are attached hereto as Exhibit B. The operator or owner of the vehicle is responsible for paying such charges imposed by the towing contractor. Milwaukee County will not be responsible for the payment of any charges or costs of any kind which may result from the provisions of towing services, whether incurred by the driver or owner of a towed vehicle or by the towing service.

The Director of Transportation or designee ("Director") shall be responsible for contract administration, in consultation with the Milwaukee County Sheriff's Office. Towing vendors shall submit invoice documentation to the Director, with such frequency as set forth in the Scope of Services or otherwise determined by the Director, on invoice forms developed for that purpose by the Director. The invoice forms submitted by Contractor shall disclose all towing services rendered on each tow and the itemized charges therefor, which shall not exceed the rates establish by Milwaukee County in Exhibit B. For each service rendered, Contractor shall pay the County the amount specified on Exhibit B. The Director may assess invoice filing or other fees as noted in Exhibit B and the Scope of Services sufficient to cover the costs for administering the towing program, pre-certification of vendors, the processing of invoices, record-keeping, including records of towing services rendered under the Contract, etc.

### a. Cost of Performance of Obligations.
Contractor is responsible for all charges, costs, and fees incurred as a result of performing its obligations and rendering its services under this Agreement, unless otherwise indicated.

### b. State Prompt Pay Law Exemption.
State Prompt Pay Law, Section 66.285, does not apply to this Agreement.

### c. Fees, Permits, Taxes, and Licenses.

DocuSign Envelope ID: 27873997-6C52-48FF-8B60-C2D6D1448A1C



**SERVICE AGREEMENT**
All City Towing, LLC

Milwaukee County is exempt from Federal Excise Taxes and Wisconsin State Sales Taxes. Any billing submitted by Contractor must be without such taxes; billings including such taxes will be rejected.

Contractor shall be responsible for all federal, state, and local permits, licenses, and fees, together with all governmental filing related to such permits, licenses, and fees, which arise out of Contractor's performance of services under this Agreement, or which arise as a result of any compensation paid to Contractor under this Agreement.

7. **Ownership of Data.**
Upon completion of the work or upon termination of the Agreement, it is understood that all completed or partially completed data, drawings, records, computations, survey information, and all other material that Contractor has collected or prepared in carrying out this Agreement shall be provided to and become the exclusive property of the County. Therefore, any reports, information and data, given to or prepared or assembled by Contractor under this Agreement shall not be made available to any individual or organization by Contractor without the prior written approval of County.

No reports or documents produced in whole or in part under this Agreement shall be the subject of an application for copyright by or on behalf of the Contractor.

8. **County Rights of Access and Audit.**
The Contractor, Lessee, or other party to the Agreement, its officers, directors, agents, partners and employees shall allow the County Audit Services Division and department contract administrators (collectively referred to as "**Designated Personnel**") and any other party the Designated Personnel may name, with or without notice, to audit, examine and make copies of any and all records of the Contractor, Lessee, or other party to the Agreement, related to the terms and performance of the Agreement for a period of up to three years following the date of last payment, the end date of this Agreement, or activity under this Agreement, whichever is later. Any subcontractors or other parties performing work on this Agreement will be bound by the same terms and responsibilities as the Contractor. All subcontracts or other agreements for work performed on this Agreement will include written notice that the subcontractors or other parties understand and will comply with the terms and responsibilities. The Contractor, Lessee, or other party to the Agreement, and any subcontractors understand and will abide by the requirements of Section 34.09 (Audit) and Section 34.095 (Investigations Concerning Fraud, Waste, and Abuse) of the Milwaukee County Code of Ordinances ("**MCCO**").

9. **Affirmative Action.**
The Contractor assures that it will undertake an affirmative action program as required by MCCO 56.17(1d), to ensure that no person shall, on the grounds of race, creed, color, national origin, or sex be excluded from participating in any employment activities covered in MCCO 56.17(1d). The Contractor assures that no person shall be excluded, on these grounds, from participating in or receiving the services or benefits of any program or activity covered by this subpart. The Contractor assures that it will require that its covered organizations provide assurances to the Contractor that they similarly will undertake



**SERVICE AGREEMENT**
All City Towing, LLC

affirmative action programs and that they will require assurances from their suborganizations, as required by MCCO 56.17(1d), to the same effect.

10. **Targeted Business Enterprise Goals.**
   a. Contractor shall comply with all provisions imposed by or pursuant to MCCO Chapter 42 as regards Targeted Business Enterprise ("**TBE**") participation on County projects, when and where applicable, and as said Ordinance may be amended. The County shall notify Contractor in the event that new ordinances are issued.

   b. Contractor shall adhere to the approved TBE participation plan contained in this Agreement, which assures that a required minimum participation percentage of the Agreement be attributed to a firm certified by the County or an entity whose certification is recognized by the County throughout the term of this Agreement. Approval must be obtained from the County prior to making any change(s) to the approved TBE participation plan.

   c. If Contractor fails to achieve and maintain the level of TBE participation stated in this Agreement, Contractor shall provide documentation to the County demonstrating that it made good faith efforts in its attempt to meet the stated level of participation. If Contractor fails to reflect a good faith effort to achieve and maintain the level of TBE participation stated herein throughout the term of this Agreement, County may consider this as a material breach of the Agreement and may terminate the Agreement in accordance with Section 5 of this Agreement.

   d. Contractor shall submit monthly reports online as required by the County for the purpose of demonstrating compliance with this Section.

11. **Non-Discrimination, Equal Employment Opportunity, and Affirmative Action.**
   In the performance of work or execution of this Agreement, the Contractor shall not discriminate against any employee or applicant for employment because of race, color, national origin or ancestry, age, sex, sexual orientation, gender identity and gender expression, disability, marital status, family status, lawful source of income, or status as a victim of domestic abuse, sexual assault or stalking, which shall include but not be limited to the following: employment, upgrading, demotion or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training including apprenticeships. The Contractor will post in conspicuous places, available for employment, notices to be provided by the County setting forth the provisions of the nondiscriminatory clause. A violation of this provision shall be sufficient cause for the County to terminate the Agreement without liability for the uncompleted portion or for any materials or services purchased or paid for by the Contractor for use in completing the Agreement.

   The Contractor agrees that it will strive to implement the principles of equal employment opportunities through an effective affirmative action program, and will so certify prior to the award of the Agreement, which program shall have as its objective to increase the utilization of women, minorities and handicapped persons, and other protected groups, at


all levels of employment in all divisions of the contractor's workforce, where these groups may have been previously under-utilized and under-represented. The Contractor also agrees that in the event of any dispute as to compliance with the aforestated requirements, it shall be his/her responsibility to show that he/she has met all such requirements.

The Contractor agrees that it will strive to implement the principles of active and aggressive efforts to assist Milwaukee County in meeting or exceeding its overall annual goal of participation of target enterprise firms.

When a violation of the non-discrimination, equal opportunity or Affirmative Action provisions of this section has been determined by County, Contractor shall immediately be informed of the violation and directed to take all action necessary to halt the violation, as well as such action as may be necessary to correct, if possible, any injustice to any person adversely affected by the violation, and immediately take steps to prevent further violations.

If, after notice of a violation to Contractor, further violations of the section are committed during the term of the Agreement, County may terminate the Agreement without liability for the uncompleted portion or any materials or services purchased or paid for by the Contractor for use in completing the Agreement, or it may permit Contractor to complete the Agreement, but, in either event, Contractor shall be ineligible to bid on any future contracts let by County.

## 12. Indemnity.

Contractor agrees to the fullest extent permitted by law, to indemnify, defend and hold harmless, County, and its agents, officers and employees, from and against all loss or expense including costs and attorney's fees by reason of statutory benefits under Workers' Compensation Laws, or liability for damages including suits at law or in equity, caused by any wrongful, intentional, or negligent act or omission of Contractor, or its (their) agents which may arise out of or are connected with the activities covered by this Agreement.

Contractor shall indemnify and save the County harmless from any award of damages and costs against County for any action based on U.S. patent or copyright infringement regarding computer programs involved in the performance of the tasks and services covered by this Agreement.

## 13. Insurance.

Every Contractor and parties furnishing services or products to Milwaukee County or any of its subsidiaries must provide County with evidence of the following minimum insurance requirements. In no way do these minimum requirements limit the liability assumed elsewhere in the contract. Contractor shall, at its sole expense, maintain the following insurance:

A. Commercial General Liability Insurance including contractual coverage. To include Personal Injury, Garage Keepers, Fire Legal, Products and Completed Operations. The limits shall be at least:

DocuSign Envelope ID: 27873997-6C52-48FF-8B60-C2D6D1448A1C



**SERVICE AGREEMENT**
All City Towing, LLC

|  |  |
|---|---|
| Each Occurrence Limit | $1,000,000 |
| General Aggregate Limit | $2,000,000 |

B. Automobile Liability Insurance:
   Contractor shall provide comprehensive automobile insurance covering the ownership, operation and maintenance of all owned, non-owned and hired motor vehicles. Contractor shall maintain limits of at least $1,000,000 per occurrence for bodily injury and property damage combined.

C. Workers' Compensation Insurance:
   Such insurance shall provide coverage in amounts not less than the statutory requirements in the state where the work is performed, even if such coverages are elective in that state.

D. Employers Liability Insurance:
   Such insurance shall provide limits of not less than $100,000 per occurrence for bodily injury; $100,000   per employee for bodily injury by disease, and $500,000 policy aggregate.

E. Excess/Umbrella Liability Insurance
   Such insurance shall provide additional limits of not less than $3,000,000 aggregate in excess of the limits in (A.), (B.), and (D.) above.

**Additional Requirements:**

F. Contractor shall require the same minimum insurance requirements, as listed above, of all its contractors, and subcontractors, and these contractors, and subcontractors shall also comply with the additional requirements listed below.

G. If any of the coverage noted above is provided on a claims made and reported period, coverage shall be maintained for not less than 2 years (24 months) after the end of the Contract by either an extended reporting period (ERP) provision or by maintaining the coverage in force.

H. The insurance specified in (A.), (B.), and (D.) and (E.) above shall: (a) name Milwaukee County including its directors, officers, employees and agents as additional insureds by endorsement to the policies, and, (b) provide that such insurance is primary coverage with respect to all insureds and additional insureds.

I. Milwaukee County should also be granted a waiver of subrogation in its favor on the insurance specified under the insurance policy terms of in (A.), (B.), (C.) (D.) and (E.) above.

J. The above insurance coverages may be obtained through any combination of primary and excess or umbrella liability insurance.

K. Except where prohibited by law, all insurance policies shall contain provisions that the insurance companies waive the rights of recovery or subrogation, by endorsement to



**SERVICE AGREEMENT**
All City Towing, LLC

the insurance policies, against County, its subsidiaries, its agents, servants, invitees, employees, co-lessees, co-venturers, affiliated companies, contractors, subcontractors, and their insurers.

L. Contractor shall provide certificates evidencing the coverages, limits and provisions specified above on or before the execution of the Agreement and thereafter upon the renewal of any of the policies. Contractor shall require all insurers to provide County with a thirty (30) day advanced written notice of any cancellation, nonrenewal or material change in any of the policies maintained in accordance with this Agreement. Coverage must be placed with carriers with a current A. M. Best rating of A- or better.

## 14. Continuity of Service.
Contractor recognizes that the services under this Agreement are vital to the County and must be continued without interruption and that, upon contract expiration or termination, a successor, either County or another contractor, may continue them. Contractor agrees to exercise its best efforts and cooperation to effect an orderly and efficient transition to a successor.

## 15. Confidentiality.
Contractor agrees that all work product and oral reporting shall be provided only to or as directed by the individual who is signing this Agreement on behalf of the County department, below, and not any other person or entity, including any other County employee or official. Contractor further agrees that, aside from obligations under the public records law as more fully described in Section 19 of this Agreement and as determined in cooperation with the County, Contractor shall maintain all materials and communications developed under or relating to this Agreement as confidential and shall disclose them only to or as directed by the individual who is signing this Agreement on behalf of the County department, below. Contractor understands that breach of confidentiality, especially regarding information that is not subject to public records law disclosure, may harm or create liability for the County and may require Contractor to indemnify County as provided in Section 12 of this Agreement.

## 16. Prohibited Practices.
### a. Conflict of Interest.
During the period of this Agreement, the Contractor shall not hire, retain or utilize for compensation any member, officer, or employee of County or any person who, to the knowledge of the Contractor, has a conflict of interest.

### b. Code of Ethics.
Contractor hereby attests that it is familiar with Milwaukee County's Code of Ethics which states, in part,

> *"No person shall offer or give to any public official or employee, directly or indirectly, and no public official or employee shall solicit or accept from any person, directly or indirectly, anything of value if it could reasonably be expected to influence the public official's or employee's vote, official actions*

9



**SERVICE AGREEMENT**
All City Towing, LLC

or judgment, or could reasonably be considered as a reward for any official action or inaction or omission by of the public official or employee."

Additionally, the Contractor shall ensure all subcontractors and employees are familiarized with the statement above.

**c. Non-Conviction for Bribery.**
The Contractor hereby declares and affirms that, to the best of its knowledge, none of its officers, directors, partners, or employees directly involved in obtaining contracts have been convicted of bribery, attempted bribery, or conspiracy to bribe under the laws of any state or of the federal government.

**d. Debarment or Suspension.**
The Contractor hereby declares and affirms that, to the best of its knowledge and belief, that its principles, owners, officers, shareholders, key employees, directors, and/or member partners:

    **i.** Are not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from covered transactions by any Federal department or agency;

    **ii.** Have not, within a three-year period preceding the date of execution of this Agreement,
been convicted of, or had a civil judgment rendered against them for, commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public or governmental transaction or contract under a public or governmental transaction, violation of Federal or State antitrust statutes, or commission of embezzlement, theft, forgery, falsification or destruction of records, making false statements, or receiving stolen property;

    **iii.** Are not presently indicted for or otherwise criminally charged by a governmental entity with commission of any of the offenses stated in section ii, above; and

    **iv.** Have not, within a three-year period preceding the date of execution of this Agreement, had one or more public or governmental transactions terminated for cause or for default.

**17. Compliance with County's Policies.**
    **a. Safety and Security Policies.** Contractor agrees to use all commercially reasonable efforts to cause any of its employees who provide services under this Agreement on County's premises to comply with County's safety and security policies that County communicates to the extent that such policies are applicable to the site where Contractor's employees are providing services. Notwithstanding the above, such standard safety and security policies shall not include policies related to drug testing.

10



**SERVICE AGREEMENT**
All City Towing, LLC

    **b. Drug Use Policies.** Unless conflicting to any laws where the services are being provided, in which case this section is not enforceable, Contractor will advise any Contractor employee who provides services under this Agreement on County's premises of County's right to require an initial drug screen prior to the commencement of the assignment and, further, to require a drug screen at any time during the assignment either:

        **i.** If County believes, in good faith, that the Contractor's employee is under the influence of an illegal substance, or

        **ii.** As a consequence of an accident caused by or involving the Contractor's employee on County's premises during the performance of this Agreement and likely to have been related to Contractor's employee's use of an illegal substance.

    Drug screening (unless provided by the County) shall be performed by Contractor at Contractor's expense, and Contractor will address any positive results and handle accordingly. Contractor's employee will not be permitted to perform the services if a positive result of the drug screen is determined.

**18. Notices.**
    All notices with respect to this Agreement shall be in writing.  Except as otherwise expressly provided in this Agreement, a notice shall be deemed duly given and received upon delivery, if delivered by hand, or three days after posting via US Mail, to the party addressed as follows:

| To Contractor: | To County: |
|---|---|
| All City Towing, LLC<br>ATTN:<br>1213 W. Mallory Ave.<br>Milwaukee, WI 53221 | Department of Transportation<br>ATTN: Donna Brown-Martin<br>10320 W. Watertown Plank Rd., 2nd Floor<br>Wauwatosa, WI 53226 |
| Email: | Donna.BrownMartin@milwaukeecountywi.gov |
| | *With a Copy to:* |
| | Milwaukee County Corporation Counsel<br>901 N. 9th Street, Room 303<br>Milwaukee, WI 53233<br>Margaret.Daun@milwaukeecountywi.gov |

Either party may designate a new address for purposes of this Agreement by written notice to the other party.

11



**SERVICE AGREEMENT**
All City Towing, LLC

**19. Public Records.**
Both parties understand that the County is bound by the public records law, and as such, all of the terms of this agreement are subject to and conditioned on the provisions of Wis. Stat. § 19.21, *et seq.* Contractor hereby agrees that it shall be obligated to assist the County in retaining and timely producing records that are subject to the Wisconsin Public Records Law upon any statutory request having been made, and that any failure to do so shall constitute a material breach of this agreement, whereupon the contractor shall then and in such event be obligated to indemnify, defend and hold the County harmless from liability under the Wisconsin Public Records Law occasioned by such breach. Except as otherwise authorized by the County in writing, records that are subject to the Wisconsin Public Records Law shall be maintained for a period of three years after receipt of final payment under this agreement.

**20. Independent Contractor.**
Nothing contained in this Agreement shall constitute or be construed to create a partnership or joint venture between County or its successors or assigns and Contractor or its successors or assigns. In entering into this Agreement, and in acting in compliance herewith, Contractor is at all times acting and performing as an independent contractor, duly authorized to perform the acts required of it hereunder. Nothing contained in this Agreement shall give Contractor any authority to supervise, manage, and/or direct County employees.

**21. Electronic Documents Considered Writing.**
Any document properly transmitted by computer access will be considered a "writing" delivered in connection with this Agreement. Electronic documents will be considered signed by a Party if they contain an agreed-upon electronic identification symbol or code as required by law. Electronic documents will be deemed received by a Party when accessible by the recipient on the computer system.

**22. Compliance with Laws.**
The Contractor agrees to comply with all applicable federal, state, and local statutes, laws, rules, regulations, ordinances, and all policies, procedures, standards, and regulations of any accreditation agencies or bodies. The Contractor agrees to hold the County harmless from any loss, damage, or liability resulting from a violation on the part of the Contractor of any such laws, rules, regulations, policies, procedures, standards, or ordinances.

**23. Choice of Law.**
This Agreement shall be governed, interpreted, construed, and enforced in accordance with the internal laws of the State of Wisconsin, without regard to its conflict of laws principles. Any litigation over the enforceability of the provisions herein or to enforce any rights hereunder shall be in state court with venue in Milwaukee County.

**24. Assignment Limitation, Subcontracts.**
This Agreement shall be binding upon and inure to the benefit of the parties and their successors and assigns; provided, however, that neither party shall assign its obligations hereunder without the prior written consent of the other. Assignment of any portion of the



**SERVICE AGREEMENT**
All City Towing, LLC

work by subcontract must have the prior written approval of County.

### 25. Severability.

If any part of this Agreement is declared invalid or unenforceable by a court of competent jurisdiction, it shall not affect the validity or enforceability of the remainder of this Agreement, unless the Agreement so construed fails to meet the essential business purposes of the Parties as manifested herein.

### 26. Modification and Waiver.

This Agreement may not be modified and none of its terms may be waived, except in writing and signed by authorized representatives of both Parties. To the extent that any term in any document, other than a writing signed by both Parties that expressly purports to amend this Agreement, is contrary to, or conflicts with this Agreement, the terms of this Agreement shall control. A waiver by a Party of any default shall not be deemed a waiver of a prior or subsequent default of the same or other provisions of this Agreement. The failure of a Party to enforce, or the delay by a Party in enforcing, any of its rights shall not be deemed a continuing waiver or a modification of this Agreement.

### 27. Entire Agreement.

This Agreement and all properly executed Statements of Work constitute the entire agreement between the Parties relating to the subject matter hereof, and supersede any and all prior agreements and negotiations, whether oral, written, or implied. No change, addition, or amendment shall be made except by written agreement signed by a duly authorized representative of each Party.

### 28. Authorization.

Milwaukee County has executed this Contract for freeway towing as it relates to Section 23 of the Milwaukee County Traffic Laws.

**[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

DocuSign Envelope ID: 27873997-6C52-48FF-8B60-C2D6D1448A1C



# Milwaukee County Department of Transportation
# Request for Proposal Number RFP-2022-011

# Freeway Towing Services

**Issued:** 7/13/2022

**Response Due Date:** 8/25/2022, 5:00 PM CST

https://county.milwaukee.gov/en/Admin-Services/Bids-and-RFPs



# CONTENTS

| | | |
|---|---|---|
| 1 | RFP Summary Sheet | 3 |
| 2 | Introduction | 4 |
| 3 | Scope of Work | 7 |
| 4 | Evaluation Criteria | 14 |
| 5 | Technical Proposal Content | 15 |
| 6 | RFP Process | 20 |
| 7 | Exhibits and Attachments | 41 |

**county.milwaukee.gov**



# 1 RFP SUMMARY SHEET

| | |
|---|---|
| Request for Proposal Title: | Freeway Towing Services |
| Request for Proposal Number: | RFP-2022-011 |
| RFP Issuing Office: | Procurement Division<br>*on behalf of*<br>Department of Transportation |
| RFP Issue Date: | 7/13/2022 |
| Date and Location of Optional Pre-Proposal Conference: | Date and time to be announced on Bonfire<br>Virtual Meeting |
| Deadline for Receipt of Questions: | 8/9/2022, 5:00 PM CST |
| RFP Proposal Receipt Deadline: | 8/25/2022, 5:00 PM CST |
| Service Starting Date (Projected): | January 1, 2023 |
| Bonfire Portal: | https://countymilwaukee.bonfirehub.com/opportunities/70614 |
| Bonfire Technical Support: | https://bonfirehub.zendesk.com/hc<br>or<br>support@gobonfire.com |
| RFP Administrator: | **Adam Signatur**<br>Department of Administrative Services<br>*Procurement Division*<br>633 W. Wisconsin Avenue, Suite 901<br><br>Phone: 414-223-8108<br>Email: adam.signatur@milwaukeecountywi.gov |



# 2 INTRODUCTION

Milwaukee County ("County") invites responses to this Request for Proposal ("RFP") from qualified, experienced towing companies that can provide towing services on the Milwaukee County freeway system and storage facilities for towed vehicles. The County will use this RFP to award Contracts to multiple towing service providers by freeway sector and weight class (see Section 3.2: Breakdown of Services). The term of the awarded Contracts will be three (3) years with up to two (2) optional one-year renewals.

Respondents should use this written document, its attachments, and any addenda as the sole basis for their Proposal response. Respondents must meet the qualifications described in Section 2.1: Minimum Qualifications and must be fully capable of providing the services described in Section 3: Scope of Work. The County will evaluate Proposals based on the criteria stated in Section 4: Evaluation Criteria.

| 2.1 | MINIMUM QUALIFICATIONS |
|-----|------------------------|

To be considered a Responsive and Responsible Vendor for this opportunity, Respondents must:

a. Be fully licensed and permitted to provide the services as required by the State of Wisconsin;
b. Have at least five (5) years of experience providing towing services;
c. Have existing capacity to provide equipment and facilities as outlined in the Scope of Work;
d. Have required insurance coverage;
e. Have qualified personnel available twenty-four hours a day;
f. Agree, if awarded, to enter into a Contract with the County and comply with all terms and conditions required by state or local law, regulation, or ordinance; and agree that any subcontractors used to provide services will be contracted directly with the Respondent and that Respondent will be wholly responsible for the subcontracted vendor in performance of responsibilities under any awarded Contract.

The County considers any of the following to be proof of non-Responsibility or non-Responsiveness:

a. Submission of incomplete or Alternative Proposals;
b. Submission of any Proposal that requires the County to contract directly with a third party other than the Respondent;
c. Disqualification or disbarment from participating in competitive solicitation by any other state, local, or federal government entity;
d. Failure to demonstrate the required experience;
e. Failure to provide requested evidence of financial solvency.



| 2.2 | RFP Process |
|-----|-------------|

Section 6: RFP Process contains a detailed overview of the RFP process and important guidelines that all Respondents should review.

Activities related to this RFP will be managed via a portal on the Bonfire platform ("Bonfire") at the link provided on the RFP Summary Sheet. The County will post all documents and communications about the RFP on Bonfire. As further described in Section 6, Respondents should use Bonfire to monitor communications about the RFP and to submit any clarifying questions to the County. Respondents are required to submit all Proposal materials via Bonfire.

| 2.3 | Proposal Documents |
|-----|--------------------|

Respondent's Technical Proposal should address the questions in Section 5: Technical Proposal Content and will consist of the following three documents. Templates for these documents are available on the Bonfire portal.

- Attachment 1: Proposed Storage Facilities
- Attachment 2: Proposed Equipment
- Technical Proposal Questionnaire (Q-57KU)

**There is no price proposal component for this RFP** (see Section 3.8: Pricing and Payment).

In addition to above, the following forms are required to be submitted as part of the Proposal response and are available on the Bonfire Portal:

- Respondent Information Sheet
- Proposal Cover Sheet
- Proprietary Information Disclosure Form
  - o Redacted Proposal is required if proprietary information is identified on the Proprietary Information Disclosure Form
- Conflict of Interest Stipulation
- EEOC Compliance Form
- Certification Regarding Debarment or Suspension
- Targeted Business Enterprise Forms
- Insurance and Indemnity Acknowledgement Form
- Agreement Acknowledgement and Exceptions Form
- Audit and Open Records Acknowledgement Form
- Sworn Statement of Respondent

More detail about required documents can be found in Section 6.8: Submitting a Proposal.

DocuSign Envelope ID: 27873997-6C52-48FF-8B60-C2D6D1448A1C



| 2.4 | INTRODUCTION TO MILWAUKEE COUNTY |
|---|---|

Milwaukee County is governed by an elected County Executive and an 18-member elected County Board of Supervisors. Other County elected officials include a Register of Deeds, Treasurer, Comptroller, County Clerk, Clerk of Courts, District Attorney and Sheriff, who, in conjunction with administration, provide a full range of associated governmental services, including but not limited to: law enforcement, in-patient mental health, transit services, highways, courts, corrections, official record keeping, parks and recreation, international airport operations, jail and juvenile detention, public assistance programs, and a world-famous zoo.

### 2.4.1   Introduction to Procurement

The Procurement Division of the Department of Administrative Services is responsible for purchasing or contracting for supplies, materials, equipment and contractual services needed by County departments, agencies, and institutions. Procurement is authorized to develop standards, prepare specifications, sign and issue contracts and purchase orders, issue requests for proposals, and assist the Department of Public Works in the sale of surplus or obsolete supplies, materials or equipment.

### 2.4.2   Introduction to CBDP and Targeted Business Enterprise Goals

Community Business Development Partners (CBDP), a Division of the Department of Administrative Services, is responsible for monitoring and enforcing Milwaukee County Target Enterprise (MCTE) Ordinance for inclusion of small or disadvantaged businesses. Target firms include DBE firms certified under the Wisconsin Unified Certification Program following Federal regulations, WBE and MBE certifications from the State of Wisconsin DOA, SBE firms certified by Milwaukee County, and SBE firms meeting SBA size standards and listed in the SAM directory.

### 2.4.3   Introduction to Department of Transportation

The Milwaukee County Department of Transportation (MCDOT) plans, develops, and maintains Milwaukee County's transportation infrastructure needs.  We have five divisions: Airport, Highway Maintenance, Fleet Management, Transit/Paratransit System and Director's Office. The Director and Deputy Director of Transportation oversee the day-to-day functions of the department.



# 3  SCOPE OF WORK

## 3.1  BACKGROUND

The Milwaukee County Sheriff's Office ("Police Services") is responsible for removal of disabled vehicles from the freeway system to ensure public safety and movement of vehicles throughout the freeway system.  The County contracts with multiple towing vendors to provide towing services and storage facilities for towed vehicles.  Services are divided among towing vendors according to freeway sector and weight class (see Section 3.2: Breakdown of Services).

To initiate towing service, the Milwaukee County Sheriff's Office Freeway Patrol Bureau contacts the Office of Emergency Management 911 Communications Center. The Office of Emergency Management 911 Communications Center dispatcher then initiates the tow with the contracted tower responsible for the affected geographical sector and weight class.

With this RFP, the County is focused on increasing emphasis on tower performance standards and staffing capacity. Additionally, as a future enhancement in the coming years, the County is planning to pursue implementation of automated software for the management of towing services, including tracking, monitoring and invoicing.

## 3.2  BREAKDOWN OF SERVICES

Towing services are divided among geographic sectors and vehicle weight classes.

### 3.2.1  Geographical Sectors

Towing services are divided among five geographic sectors. A sector map is included as Exhibit A.

### 3.2.2  Vehicle Weight Classes

Towing services within geographical sectors are divided according to vehicle weight class, as defined by the Federal Highway Administration's Gross Vehicle Weight ("GVR") Rating.  The scope of this RFP includes Vehicle Class 1, Vehicle Class 2, and Vehicle Class 3.

### 3.2.3  Division of Services among Vendors

Within each vehicle weight class, each sector will have a specific towing vendor assigned as the primary tower.  The County reserves the right to use towing vendors assigned to other sectors when it best meets the needs of the County based on vendor availability and responsiveness.

For Vehicle Class 1, the County intends to award Contracts by sector to multiple individual towers, with a maximum of two sectors per tower. For combined Vehicle Classes 2 and 3, the County intends to award a Contract to one tower for sectors 1, 2 and 5 and to another tower for sectors 3 and 4.  Notwithstanding the

---



above, the County may decide to award sectors differently based on evaluation of Proposals received, in the County's sole discretion.

Respondents interested in being considered for all three Vehicle Classes should submit two sets of Proposals: one for Vehicle Class 1 and one for combined Vehicle Classes 2 and 3.

| 3.3 | EQUIPMENT |
|---|---|

All tow trucks shall be identified and exhibit the Contractor's name on the tow truck when in use under the Contract and shall be equipped with a communication system capable at all times of contact with driver's operating base. All trucks used in performance of the Contract shall be legally registered and licenses current throughout the life of the Contract. All tow equipment used in the performance of this Contract must be maintained in proper working order at all times, and all tow equipment shall be completely equipped with required safety devices that meet regulations including but not limited to lights, safety gasoline cans, necessary equipment to change tires, and wheel lifts.

The following are minimum requirements by Vehicle Class; however, it is the responsibility of Contractors to provide necessary and required equipment when providing services under the Contract.

### 3.3.1 Vehicle Class 1

Class 1 tow vehicles must be able to provide service to vehicles with a maximum GVW up to 10,000 pounds. For each sector to be awarded under Vehicle Class 1, Respondent must show ownership, lease, option to buy or option to lease a minimum of three trucks to include no less than two tow trucks and one flat bed truck. At least one truck must have a GVW rating of not less than 12,500 pounds and a lift boom having a minimum capacity of 6 tons, and at least one vehicle must have a GVW rating of not less than 9,000 pounds and a lift boom having a minimum capacity of 4 tons and one flatbed.

### 3.3.2 Vehicle Class 2 and Vehicle Class 3

To be awarded a combined Vehicle Classes 2 and 3 Contract, Respondent must show ownership, lease, option to buy or option to lease, a minimum of three tow vehicles if there are two separate Contracts awarded to two separate vendors or a minimum of five tow vehicles if one Contract is awarded for all sectors to a single tower. Each Class 2 and Class 3 tow vehicle must have a towing capacity of not less than 60,000 pounds and be capable of lifting on its boom and traveling with a suspended dead weight of 18,000 pounds. Each Class 2 and Class 3 tower must have rollover equipment for servicing larger trucks.

Respondents should list all proposed equipment in Attachment 2. Changes made during the term to equipment used for the Contract require prior written approval by Milwaukee County.

| 3.4 | STORAGE FACILITIES |
|---|---|

Storage facilities must be located within Milwaukee County with easy access to the freeway and convenient for providing the safe and prompt services.



### 3.4.1 Outside Storage Requirements

Vehicle Classes 1, 2 and 3:  a single tower must have storage space available for a minimum of 15 vehicles in a minimum of 3,000 sq. ft. for each sector awarded.

### 3.4.2 Inside Storage Requirements

Vehicle Class 1, 2 and 3:  a single tower must have storage space available for a minimum of 3 vehicles in a minimum of 450 sq. ft. for each sector awarded. Inside storage requests must be accommodated when requested by Police Services.  Inside storage requests made by a vehicle owner may be accommodated only if space permits, and the higher charge for inside storage must be initially disclosed to the owner. Requests made for inside storage by Police Services take precedence over and will displace requests made by an individual vehicle owner for inside storage.

Respondents should list proposed Storage Facilities in Attachment 1.  Changes made during the term to facilities used for the Contract require prior written approval by Milwaukee County.

## 3.5    COMMUNICATIONS AND REPORTING

### 3.5.1    24x7 Communications System

At all times, the Contractor shall have in place and fully operational a 24x7 communications system which permits a Police Services representative to speak directly with an employee of the Contractor who is authorized to dispatch towing vehicles and who can provide required access to storage facilities.

### 3.5.2    Inability to Perform Services

In the event a tower is not able to fulfill a requested service or is experiencing capacity issues that affect its ability to respond, it is the tower's responsibility to inform Police Services without delay.  The County retains the right to dispatch an alternate tower in the event that services or tower response are delayed.

### 3.5.3    Quarterly Management Meetings

On a quarterly basis, each tower will participate in a management meeting with the County to review performance measurements and discuss ongoing topics for continual improvement of the services.

### 3.5.4    Reporting and Invoices

On a monthly basis, the Contractor shall provide the following information and reporting to the County:
- Daily Log for the preceding month
- Monthly invoice copies
- A list of stored vehicles with a hold by Police Services

The Contractor shall also provide ad hoc information and reporting about the services as reasonably requested by the County.

DocuSign Envelope ID: 27873997-6C52-48FF-8B60-C2D6D1448A1C



| 3.6 | RESPONSIBILITIES AND PERFORMANCE STANDARDS |
|-----|---------------------------------------------|

All Contractors will be subject to the following responsibilities and performance standards. Nothing contained in this list shall limit in any way the right of the County to terminate a Contractor, with or without cause, as provided elsewhere in this RFP or in the Contract.

**3.6.1** The Contractor shall respond to calls for towing services from Police Services within 25 minutes. Adherence by Contractors to this 25-minute response time is critical to ensuring public safety on the freeway system as well as the unfettered movement of vehicles throughout the freeway system by prompt removal of disabled vehicles.

The Milwaukee County dispatcher will record the time a request for tow services is made by Police Services and the time the tower arrives on the scene. These times will be recorded for all tows by the dispatcher against the 25-minute required response time. These recorded times are not disputable by Contractors.

In the calculation of response times, Contractors shall only be considered to have arrived and responded if they arrive with the required equipment to perform the requested service.

A performance service level shall be determined each calendar month. Service level is defined as the measure of the number of service requests where the response time exceeds the contractual requirement of 25 minutes, divided by the total number of service requests, expressed as a percentage.

While the Contract calls for a 100 percent service level, meaning that every tow is provided within the 25 minute or less response time, Milwaukee County understands there are factors such as weather conditions and traffic that can impact vendor ability to meet that standard. As such, Milwaukee County will provide a service level variance of 5 percent. This means the Contractor shall perform at a 95 percent or higher level of service on all towing requests.

Failure to provide a 95 percent service level in a given month will result in Milwaukee County assessing a $25 penalty against the Contractor for each tow that exceeded the required 25 minute requirement. This fee will be automatically added to the amounts due to Milwaukee County for that month's towing and withdrawn directly from the Contractor's ACH debit account. The towing Contractor may not recover penalties levied against it by the Milwaukee County Department of Transportation for failure to meet this performance standard from any vehicle owner. In other words, the financial penalty incurred for failure to meet the performance standard must be paid from the Contractor's own financial resources.

It should be noted the above does not prevent Police Services, in the event the Contractor has not arrived on the scene within 35 minutes, from calling in another tower to perform the tow and dismissing the Contractor who shall not be able to recover any costs for the lost tow. Lost tows will count against the Contractor as an instance of nonperformance toward meeting the required monthly 95 percent minimum service level and in the event the required service level is not met the $25 penalty will be applied to each of these tows even though the service was not provided.

DocuSign Envelope ID: 27873997-6C52-48FF-8B60-C2D6D1448A1C



Failure to meet the minimum 95 percent required performance service level for three months or more in any rolling twelve month period may result in termination of the Contract.

**3.6.2** The Contractor shall have and maintain the required insurance.

**3.6.3** The Contractor shall have qualified personnel available twenty-four hours a day, seven days a week.

**3.6.4** Each month by the agreed upon date, the Contractor shall provide to the County (i) the daily log for the preceding month, (ii) monthly invoice copies, and (iii) a listing of stored vehicles with a hold by Police Services.

**3.6.5** All Contractor employees shall serve and address the public and Police Services personnel in a professional and courteous manner.

**3.6.6** For Vehicle Class 1, Contractor shall store towed vehicles outside unless inside storage is specifically requested by the Police Services representative or the vehicle owner. For Vehicle Classes 2 and 3, the Contractor shall store towed vehicles outside unless inside storage is specifically requested by the Police Services representative.

**3.6.7** The Contractor shall log the date and time vehicle enters and leaves the yard. The Contractor shall keep a complete record of each vehicle it handles for the County, subject to inspection by a duly authorized representative of Police Services, the vehicle owner or the vehicle owner's representative.

**3.6.8** The release of personal property is controlled by Section 349.13(5)(b) of the Wisconsin Statutes and takes into consideration the tower's operating lot(s) hours. Proof of vehicle ownership must be provided in the form of a title or registration, which must match the driver's license presented. To facilitate personal property recovery, the tower shall permit controlled access to the vehicle where the recovery may safely take place. All personal property clearly visible shall be noted on the tow ticket by the tower at the time of the tow.

**3.6.9** All tow trucks shall be equipped with a communication system capable at all times of contact with driver's operating base.

**3.6.10** During the term of the Contract all drivers shall have valid driver's licenses in accordance with State Statutes. Every six months the Contractor shall confirm in writing to the County the names of all employees engaged in performing work under this Contract and certify that each such employee possesses an appropriate current driver's license.

**3.6.11** Appearance including signage and condition of the storage facilities must be satisfactorily maintained during the term of the Contract. Storage facilities at a minimum shall include availability of a telephone and toilet facilities for customers.

**3.6.12** The storage facilities shall meet appropriate health and zoning code ordinances.

DocuSign Envelope ID: 27873997-6C52-48FF-8B60-C2D6D1448A1C



**3.6.13** Stored vehicles shall be protected at a minimum in a fenced in and locked yard with ample lighting and appropriate security measures for vehicle safety.

**3.6.14** Upon request of the towed vehicle owner, insurance company, authorized salvage buyer or Police Services, the Contractor shall, at no charge, promptly move the vehicles to a space where an inspection may be made or pictures can be taken of the vehicle.

**3.6.15** Repairs shall not be made without the written consent and approval of the towed vehicle owner.

**3.6.16** The towed vehicle owner or the owner's representative shall have the right of removing the vehicle from the custody of the Contractor (unless contrary to orders by Police Services) by paying towing and storage charges to Contractor in accordance with the Contract and subject to the provisions of Section 779.415, (State Statutes), concerning liens on motor vehicles for towing and storage.

**3.6.17** Storage facilities must be staffed and provide prompt service at a minimum during the following hours (exclusive of major holidays): 8:00 A.M. to 5:00 P.M. Monday through Friday and 9:00 A.M. to 5:00 P.M. Saturday.

**3.6.18** In addition to the storage accessibility hours stated above in 3.6.17, the Contractor shall make its storage area accessible to the public, at no additional charge, for the release of vehicles or personal property when so requested by Police Services, on one hour's notice, regardless of the day of week or time of day.

**3.6.19** No vehicle may be released, inspected, nor property removed from it contrary to directions from a Police Services representative.

**3.6.20** The Contractor may only proceed with the sale of a vehicle under the provisions of Section 779.415 of the Wisconsin Statutes. The Contractor shall follow statutory notice requirements and shall notify Police Services, any lien holders and, if available, the vehicle owner. Should a deficit occur after proceeding with the sale, such deficit shall not be paid by Milwaukee County.

**3.6.21** Contractor shall report any vehicles stored pursuant to the Contract that have been stolen or abandoned, as required under Section 342.31(2) of the Wisconsin Statutes. A copy of such report shall be submitted to Police Services.

**3.6.22** Contractors will once per month obtain current names and addresses of vehicle owners on file with the Wisconsin Department of Transportation for those vehicles abandoned at time of tow. This service will enable Contractors to facilitate notice to vehicle owners of impending sale of vehicle in a cost effective and timely manner.

**3.6.23** For vehicles requested by Police Services to be towed for evidentiary purposes where the vehicle is

---



held by Police Services for more than 30 days, the Contractor is permitted to invoice the County for the tow at Contract rates. The Contractor shall reimburse the County for the amount invoiced once the vehicle is released back to the Contractor.

| 3.7 | INSPECTIONS AND AUDIT |
|---|---|

Milwaukee County reserves the right to conduct physical inspections of Contractor's equipment and facilities with 24 hours' notice to verify and evaluate qualifications. Additionally, the County may conduct audits in accordance with the County Rights of Access and Audit provision of the Contract.

| 3.8 | PRICING AND PAYMENT |
|---|---|

All services included in this RFP and any resulting Contract are subject to the fixed price sheet attached as Exhibit B. The price sheet includes the rates Contractor charges to vehicle owners along with the portion of such rates retained by the County. By submitting a response to this RFP, all proposers agree to abide by the rates contained in Exhibit B.

After the Contractor responds to a call for service, the Contractor completes an invoice on the required invoice form purchased in advance from the County. Contractor submits paid invoices for completed services to the County on a monthly basis, and the portion of the towing proceeds due to the County are deducted from the Contractor's bank account.

For each towed vehicle that is salvaged, Contractor shall be responsible for paying Milwaukee County a $70 fee.



# 4  EVALUATION CRITERIA

All Proposals will be evaluated based on the following criteria.  The weights specify the percentage value for criterion. Items with a P/F indicate that the criterion will be scored on a pass-fail basis.

| Evaluation Area | Criteria (Section Reference) | Weight |
|---|---|---|
| **Preliminary Evaluation** | All Proposal Materials Provided (6.8.3, 6.10.1) | P/F |
| | Minimum Qualifications Met (2.1, 5.3) | P/F |
| **Technical Proposal Evaluation** | Facilities and Equipment (5.4) | 45% |
| | Respondent Profile (5.5) | 25% |
| | Approach to Services (5.6) | 20% |
| | References (5.7) | 10% |
| | **TOTAL SCORE** | ___/100 |



# 5 TECHNICAL PROPOSAL CONTENT

The following sections and questions represent the basis for content to be provided in the Technical Proposal. Respondents should follow the guidelines provided in Section 6.8.2: Technical Proposal Format. All responses should reflect your programs, organization, and administrative systems as they currently exist.

**Responses to this section should be provided in the following documents**: Technical Proposal Questionnaire (Q-57KU), Attachment 1: Proposed Storage Facilities, and Attachment 2: Proposed Equipment and Templates for all three documents are available on Bonfire.

| 5.1 | PROPOSAL SCOPE |
|-----|----------------|

Indicate which Vehicle Class option the Proposal addresses (one or both of the following):

- Vehicle Class 1
- Combined Vehicle Classes 2 and 3

If submitting a Proposal for both of above options, Respondent should upload a version of Attachment 1 and Attachment 2 for each of the two options.

| 5.2 | SECTOR PREFERENCES |
|-----|--------------------|

Indicate order of preference by sector from most preferred to least preferred.  Please only fill in preferences for the vehicle class option(s) (Vehicle Class 1 and/or Combined Vehicle Classes 2 and 3) that your Proposal addresses (for example, if your Proposal only addresses Combined Vehicle Classes 2 and 3, select "N/A" for Vehicle Class 1).

1.  Vehicle Class 1 (only fill in if Proposal includes Vehicle Class 1):

Preferences, Sectors 1-5

_____ 1st (most preferred)

_____ 2nd

_____ 3rd

_____ 4th

_____ 5th (least preferred)

Vehicle Class 1 Comments: _____



2. Combined Vehicle Classes 2 and 3 (only fill in if Proposal includes combined Vehicle Classes 2 and 3):

Preferences, Grouped Sectors 1-2-5 or Grouped Sectors 3-4:

_____ 1st (most preferred)

_____ 2nd (least preferred)

Vehicle Classes 2 and 3 Comments: _____

## 5.3 MINIMUM QUALIFICATIONS

Provide information demonstrating that your organization meets the requirements of Section 2.1: Minimum Qualifications. This section must answer the following questions:

1. Demonstrate that Respondent is fully licensed and permitted to provide the services.

2. Summarize Respondent's experience providing towing services.

3. Demonstrate that Respondent has the capacity to provide qualified personnel that are available to the County twenty-four hours a day.

4. Confirm that Respondent will, if awarded, enter into a Contract with the County and comply with all terms and conditions required by state or local law, regulation, or ordinance; and that Respondent agrees that any subcontractors used to provide services will be contracted directly with the Respondent and that Respondent will be wholly responsible for the subcontracted vendor in performance of responsibilities under any awarded Contract.

## 5.4 FACILITIES AND EQUIPMENT

The evaluation panel will evaluate this portion of a proposer's response based on the information provided in response to the questions below.  The panel may choose to conduct an in-person inspection of each proposer's facilities and/or equipment.

1. Upload Attachment 1 listing the following information for the storage facility or facilities included in Respondent's Proposal.

Address of Storage Facility: _____

Sector(s) facility can service: _____

Is this storage facility zoned by the local municipality for all uses required under the Contract?

DocuSign Envelope ID: 27873997-6C52-48FF-8B60-C2D6D1448A1C



_____Yes _____No

Do you have full legal control of the storage premises such that you own it or occupy it under a lease which permits its use for the purposes required under the Contract?

_____Yes _____No

What is the size of the storage facility?

Outside Storage (square feet):          _____

Inside Storage (square feet):          _____

How many vehicles can the storage facility hold?

Outside Storage (vehicles):          _____

Inside Storage (vehicles):          _____

Comments: _____

2. Discuss the size, condition and security of your storage facility or facilities. How state of the art is/are the facility/ies?

3. Discuss the readiness of the facility/ies to receive and securely store vehicles referred by Police Services as of the date of the Contract award;

4. Describe the proximity and accessibility of vehicle storage facility/ies to preferred towing sector(s).

5. What are the days and hours of operation of the facility/ies? Describe staffing levels during such days and hours of operation.

6. Describe the policies and practices for engaging and informing members of the public who are attempting to retrieve their vehicles.

7. Discuss your policies and protocols for safeguarding vehicles.

8. Discuss your policies and protocols for cataloging and securing personal property within vehicles and for returning personal property to vehicle owners.

9. Upload Attachment 2 listing the equipment included in Respondent's Proposal (note: the same equipment cannot be used for multiple sectors; you must have the minimum specified equipment to satisfy each sector separately).
   - Item
   - Qty
   - Make
   - Identification No.
   - GVW
   - Towing Capacity



- Owner/Lienholder
- License and Registration Status
- Sector(s) equipment can service
- Comments

10. Discuss the size, age, condition, accident history, safety and upkeep of your vehicle fleet and related equipment. How state of the art is your equipment?

11. Discuss your program for conducting routine vehicle and equipment safety inspections.

12. Describe your degree of readiness to deploy vehicles and equipment to satisfy the requirements of Milwaukee County upon award.

| 5.5 | RESPONDENT PROFILE |
|---|---|

The character and integrity of the Respondent, its principals, officers, managers and/or employees is critically important to Milwaukee County. Please provide responses to the following:

1. Does Respondent (including firm itself, principals or officers of the firm or key managerial personnel) have any history within the last five (5) years of i) criminal or other illegal conduct or illegal business practices ii) unethical and/or predatory business practices or iii) poor, nonresponsive and/or discourteous customer services to clients served or to the persons whose vehicles have been towed? If yes, please explain.

2. Is Respondent or has Respondent been in default or breach under any towing and secure storage agreements with any other agency within the past five (5) years? Or has any such agreement been terminated for cause, including non-performance, within the past five (5) years? If yes, explain the grounds for the agency's termination of the firm's agreement for cause. nature, status and outcome of the matter(s)

3. Have there been any judgments, claims, mediation/arbitration proceedings, and/or lawsuits against Respondent or its officers pertaining to its services, in the past five (5) years and/or any such claims that are outstanding? If yes, explain the nature, status and the outcome of the matter(s). Has Respondent received any legal demand letter from clients in the past five (5) years? If yes, explain the nature, status and outcome of the matter(s).

4. Describe the protocols in place for drivers to report any changes in driver's license status and any citations. Separately, where a commercial driver's license is required, detail the firm's policy and procedures for screening those license holders.

5. Describe driver recruitment and training policies. Regarding the training policies, include the elements covered in driver training, how often that training is performed and any refresher training. Also describe any customer service training provided to drivers, office, and yard personnel.

DocuSign Envelope ID: 27873997-6C52-48FF-8B60-C2D6D1448A1C



6. Describe Respondent's capabilities for integrating with automated applications for tracking, reporting and invoicing. Include specific programs or technologies that Respondent uses.

| 5.6 | APPROACH TO SERVICES |
|-----|----------------------|

1. Discuss your business plan and strategy for exceeding the baseline requirements as defined in the Scope of Work.

2. Discuss your strategies to facilitate the speedy and cost-effective return of vehicles to persons whose vehicles have been towed and stored so as to minimize the accrual of costly storage fees.

3. Discuss your approach to facilitating communication with the County.

4. Discuss your plan for maintaining operations at full capacity and staffing at all times.

| 5.7 | REFERENCES |
|-----|------------|

Provide three (3) references (name, organization, phone number and email address) for of your largest clients (detailing the scope and scale of the services provided) that we may contact as to the quality of the towing services you provide for them.



# 6 RFP PROCESS

| 6.1 | DEFINITIONS |
|---|---|

| Term | Definition |
|---|---|
| Agreement/Contract | Agreement/Contract are used interchangeably throughout the RFP. Both refer to the subsequent service Agreement that will result from the successful bid of this RFP between County and awarded Contractor. |
| Alternative Proposal | A Proposal which does not meet the requirements of the scope of work, but which offers alternatives for consideration, or which contains substantive variations to the basic provisions, specifications, term, or conditions of the solicitation. |
| Bonfire / Bonfire Portal | Bonfire / Bonfire Portal are used interchangeably throughout the RFP. Both refer to Milwaukee County's Bonfire Portal located at https://countymilwaukee.bonfirehub.com/projects . <br><br> The Bonfire Portal is used as the sole method of communication under this RFP and will provide RFP details, addenda, the ability to ask questions, and other RFP Administration functions. |
| CBDP | CBDP means Milwaukee County's Community Business Development Partners, a Division of the Department of Administrative Services. |
| Contractor | The Contractor is a winning Respondent who has been awarded a Contract under this RFP. |
| County | County means Milwaukee County, a municipal body corporate located in the State of Wisconsin, and all the Divisions and Departments thereof. For purposes of this RFP, Milwaukee County is represented by its Procurement Division of the Department of Administrative Services, acting on behalf of its Department of Human Resources |
| Errors | Errors are defined as mistakes or inaccuracies made in the RFP document and/or other official correspondence from Milwaukee County regarding this solicitation. |
| MCCO | MCCO means the Milwaukee County Code of Ordinances, accessible at https://library.municode.com/wi/milwaukee_county/codes/code_of_ordinances |
| Minor Irregularities | Minor Irregularities are irregularities that have no adverse effect on the outcome of the selection process, and which do not give any Respondent an advantage or benefit not afforded to other Respondents. |



| Omissions | Omissions are defined as any failure of Milwaukee County to provide complete information or instructions in the RFP document or other official correspondence. |
|---|---|
| Proposal | The Proposal is any offering vendor's submitted Proposal materials, including all requested information listed in Attachments. |
| Respondent | A Respondent is any offering vendor who prepares or submits a Proposal. |
| Responsible Vendor / Responsible | Any person or firm that has the capacity, in all respects, to fully perform the Contract requirements with integrity and reliability; or a Proposal demonstrating such capacity. |
| Responsive Vendor / Responsive | Any person or firm that has submitted a complete Proposal in response to this RFP document and has demonstrated in that Proposal an understanding of the Scope of Work; or a Proposal meeting such requirements. |
| Scope of Work | A document or section of this RFP that describes the outcome or end result sought by the purchasing entity. The SOW seeks a functional solution based on and measured by performance standards rather than specific specifications. |
| Solicitation | A solicitation is a method of procurement used by public procurement officials to procure goods and services in a fair, open, and transparent manner. For purposes of this RFP, "solicitation" shall mean this RFP document and all related procurement activities. |
| Substantially Similar Service | A substantially similar service is one that can be reasonably compared to the requested service through identifiable  measurements such as number of clients served, type and size of facility served, type of product provided, type of service provided, geographical area served, type of client or user served, industry area served, etc. |

## 6.2    COMMUNICATION WITH THE COUNTY

Following public posting of the RFP, all communications between Milwaukee County and any interested Respondent must follow the guidelines of this section.

All contact between any potential Respondent and Milwaukee County must be conducted through the RFP Administrator identified on the RFP Summary Sheet, except in the case of inquiries about the County's Targeted Business Enterprise program which may be directed to Community Business Development Partners as noted in Section 6.7.5.5.



Respondents are not permitted to contact any employee, elected official, agent, consultant, or representative of Milwaukee County regarding this RFP without the RFP Administrator's prior written consent. Communication initiated by a Respondent or a Respondent's agent or representative to any County employee, official, agent, consultant, or representative prior to the time of any award is prohibited, unless made at the explicit direction of the RFP Administrator.

Respondents in current business relationships with Milwaukee County are required to disclose such relationships to the RFP Administrator in writing prior to the date of the Pre-Proposal Conference. Respondents providing service to Milwaukee County are permitted to discuss the existing service and business relationship with their contact(s) at Milwaukee County. Respondents are **expressly prohibited** from discussing any details of this RFP, their Proposals, or other information related to the Request with their contact(s) at Milwaukee County.

**Any unauthorized communication between a Respondent and an employee, official, agent, consultant, or representative of the County may constitute grounds for rejection or elimination of a Proposal from further consideration, at the sole discretion of the County.**

Names and identities of individuals on the Evaluation Committee are confidential and will not be disclosed at any time during or after the solicitation process. **Direct contact between the Respondent and any member of the Evaluation Committee regarding this RFP is forbidden and will result in immediate rejection of the Respondent's Proposal.**

| 6.3 | REQUESTING ACCOMMODATIONS |
|---|---|

### 6.3.1 ADA Accommodations

Upon request, DAS-Procurement will provide reasonable accommodations, including the provision of informational material in alternative format, for qualified individuals with disabilities.  If a Respondent needs accommodations, that Respondent should contact the RFQ Administrator.

### 6.3.2 COVID-19 Accommodations

Milwaukee County acknowledges that limitations on travel and in-person meetings may exist as a result of the COVID-19 pandemic.  Upon request, the County may provide accommodations such as electronic meetings, digital demonstration platforms, and social distancing to reduce the impact of COVID-19 on the acquisition process.

| 6.4 | RESPONDENT'S OBLIGATIONS. |
|---|---|

### 6.4.1 Comprehension

Respondents are responsible for reading and ensuring they understand all information in this Request for Proposals prior to submitting a Proposal. Respondents are responsible for ensuring they fully comprehend all requirements associated with the Scope of Work, Specifications, and any Contract. The provisions of this RFP and the winning Respondent's Proposal will become contractual obligations. A winning Respondent who fails to fully read and understand the requirements in this RFP is still required to provide all services


necessary and required to carry out the intent of the resulting Contract, without additional costs to the County. Failure or refusal of the winning Respondent to accept these obligations in a contractual agreement may result in cancellation of the award.

### 6.4.2    Monitoring of the Bonfire Portal

All amendments are acknowledged by the Respondent's submission of Attachment 13: Sworn Statement of Respondent form, and submission of the form constitutes a waiver of appeal or administrative review rights based on ambiguity, error, omission, or other deficiency in the amendment document(s).

Respondents are responsible for monitoring the RFP's Project Board on the Bonfire website for any changes or modifications to the RFP does not relieve the Respondent of its obligation to fulfill the requirements as posted.

### 6.4.3    Questions

If a Respondent has questions about the materials provided in this document, or if a Respondent discovers an error, apparent conflict, or omission in this document, the Respondent is responsible for raising the question or bringing the error, conflict, or omission to the attention of the RFP Administrator. Respondents must follow the procedure in Section 6.7.2: Asking Questions to ask any clarifying questions prior to submission of their Proposals.

### 6.4.4    Incurred Expenses

Respondents are solely responsible for any cost or expense incurred in preparing and submitting a Proposal, including costs related to attending meetings and evaluations of Proposals prior to execution of the Contract.  Respondents are solely responsible for legal fees for work performed or representation by Respondent's legal counsel and/or for any costs pertaining to an appeal or administrative review process during any and all phases of the RFP process and prior to County Board and County Executive approval of a Contract award.

### 6.4.5    Firm Commitment, Availability, Proposal Validity

Respondents are responsible for maintaining availability of service as set forth in their Proposals at the prices listed in Exhibit B for the anticipated service starting date provided in the RFP Summary Sheet.  Respondents are expected to perform planning and implementation activities prior to commencement of any Contract. Milwaukee County will not reimburse for these costs.

### 6.4.6    Public Records Requirements

Milwaukee County is required by law to respond to all Freedom of Information Act ("FOIA") and Wisconsin Public Records Law ("Open Records") requests.

**By submitting a Proposal, Respondent acknowledges that information provided in its Proposal responses and any other information submitted constitutes a "record" for purposes of Wis. Stat. §19.21, *et. seq.***

For Respondents awarded a contract, the application material submitted is placed in a master file that becomes part of the contract with the County.  Successful Proposal materials become public information and are subject to the Open Records Law only after the procurement process is completed. Contract drafts and


information become subject to the Open Records Law after a contract is fully executed. Prior to the issuance of Notice of Intent to Award and the full execution of any resulting Contract, Proposal materials and contract documents are considered "drafts" and are not subject to the Open Records Law except to appellant(s) to the award, subject to the proprietary information restriction as detailed below.

In complying with FOIA and Open Records requests, the County presumes the right "of complete public access, consistent with the conduct of government business." Denial of access is considered contrary to the public interest and is only supported in exceptional instances.

Respondents agree, by submitting Proposals in response to this RFP and by entering into any Contract as a result of an award under this RFP, that they shall be obligated to assist the County in retaining and timely producing records that are subject to the Wisconsin Public Records Law upon any statutory request having been made, and that any failure to do so shall constitute a material breach of any Contract, whereupon the Respondent shall then and in such event be obligated to indemnify, defend and hold the County harmless from liability under the Wisconsin Public Records Law occasioned by such breach. Except as otherwise authorized by the County in writing, records that are subject to the Wisconsin Public Records Law shall be maintained for a period of three years after receipt of final payment under any Contract.

Respondent must identify in [Attachment 5: Proprietary Information Disclosure Form](#) any materials submitted in response to this Request for Proposal that the Respondent considers to be:
- confidential and proprietary information; and
- which Respondent believes qualify as trade secret(s) as provided in s. 19.36(5), Wis. Stats; or
- material which can be kept confidential under the Wisconsin public record law,

If the Respondent designates any such information as confidential, it must upload a version of its Proposal with all designated identified information redacted. Confidential information must be labeled as such.

**Pricing always becomes public information and therefore cannot be kept confidential.**

Any other requests for confidentiality MUST be justified in writing on the form provided and included in the Proposal submitted. Milwaukee County has the sole right to determine whether designations made by a Respondent qualify as trade secrets under the Wisconsin public records law.

### 6.4.7   Permits and Licenses

Respondent and associated employees performing services under this RFP, at the time of Proposal submission and during the term of any awarded Contract, must possess and maintain the required licenses and permits required to provide services.

Any reprimand, disciplinary action or investigation taken against Contractor or its employees by any agency issuing permits and licenses required to provide the services must be reported to Milwaukee County within 48 hours of notification by the issuing agency.


### 6.4.8 Federal, State, and Local Regulations

Respondents are required and agree to comply with all applicable Federal, State and Local laws and regulations throughout the course of the solicitation process, and during the term of any awarded agreement, including, but not limited to, the regulations listed in this RFP. Following award, the successful Respondent will be required to enter into and maintain a Contract with Milwaukee County that complies with all Federal, State, and local, health, accessibility, environmental and safety laws, regulations, standards and ordinances.

## 6.5  COUNTY'S RIGHTS

All information in this RFP, including information in any addenda, was developed from the best available sources at the time the document was created. Milwaukee County makes no representation, warranty or guarantee as to the accuracy of such information.

The County may clarify or revise any part of this RFP at its discretion. When a clarification or revision is made, the County will post written amendments to the RFP's Project Board on the Bonfire website. It is the responsibility of Respondents to check the website for any amendments prior to the RFP submission date.

Milwaukee County reserves the right to:

a.  Waive minor irregularities in Proposals;
b.  Waive any requirements that are not material;
c.  Delete or modify any part of the Scope of Work ("SOW") at any time during the RFP process.
d.  Make an award under the RFP in whole or in part, and change any scheduled dates;
e.  Use ideas presented in reply to this RFP, notwithstanding selection or rejection of Proposals;
f.  Make changes to, withdraw, cancel, or re-publish this RFP at any time;
g.  Reject any Proposal received, or reject all Proposals received, if it deems appropriate and in the best interests of the County;
h.  Negotiate the terms and conditions of any awarded Contract with any selected Respondent, at its option; and
i.  Proceed with Contract negotiations with other Responsive, Responsible, high-scoring Respondents, should contract negotiations with the winning Respondent be unsuccessful.

### 6.5.1 Public Records and Information Release

All materials submitted become the property of Milwaukee County and may be subject to public records requests as outlined in Section 6.4.6: Public Records Requirements. Any restriction on the use of data contained within a request must be clearly stated in the Proposal itself. Proprietary information submitted in any Proposal will be handled in accordance with applicable Milwaukee County Ordinances, State of Wisconsin procurement regulations, and the Wisconsin public records law. Proprietary restrictions are typically not accepted. However, when accepted, it is the Respondent's responsibility to defend the determination in the event of an appeal or litigation.



### 6.5.2 Disclosure and Use of Information Before Award

Provisions of MCCO Chapter 32.47 apply to the release of information. Chapter 32.47 governs disclosure and use of information before award. After receipt of Proposals, none of the information contained in them or concerning the number or identity of Respondents shall be made available to the public or to anyone in county government. During the pre-award or pre-acceptance period of a negotiated procurement, only the Procurement Director or his or her designee(s), RFP Administrator, or members of the Evaluation Committee shall transmit technical or other information and conduct discussions with Respondents.

Information shall not be furnished to a Respondent if, alone or together with other information, it may afford the Respondent an advantage over others. However, general information that is not prejudicial to others may be furnished upon request, following Section 6.7.2: Asking Questions and Section 6.4.6: Public Records Requirements.  Respondents may place restrictions on the disclosure and use of data in Proposals, following Section 6.4.6: Public Records Requirements and Attachment 5: Proprietary Information Disclosure Form.

The Procurement Director, RFP Administrator, and/or Evaluation Committee shall not exclude Proposals from consideration merely because they restrict disclosure and use of data, nor shall they be prejudiced by that restriction. The portions of the Proposal that are restricted (except for information that is also obtained from another source without restriction, or information required to be disclosed to County auditors) shall be used only for evaluation and shall not be disclosed outside the County without the permission of the Respondent.

### 6.5.3 Intellectual Property Restrictions in Proposals

Data contained in a Request for Proposal, all documentation provided therein, and innovations developed as a result of the contracted commodities or services cannot be copyrighted or patented.  All data, documentation, and innovations become the property of Milwaukee County.

### 6.5.4 Additional Information Requests

Milwaukee County may, at any time during the procurement process, request and/or require additional disclosures, acknowledgments, and/or warranties, relating to, without limitation, confidentiality, EEOC compliance, collusion, disbarment, and/or conflict of interest.

---

## 6.6 PRE-PROPOSAL CONFERENCE

---

An optional Pre-Proposal Conference will be held at the date, time, and location as provided on the RFP Summary Sheet or as communicated on the Bonfire Portal.  The purpose of the Pre-Proposal Conference is to provide interested vendors the opportunity to ask questions about specific areas of the RFP and to ensure that potential Respondents understand the requirements. Respondents are encouraged to submit written questions in advance for possible response at the Pre-Proposal Conference, following the procedure laid out in Section 6.7.2: Asking Questions.

Attendees will be required to register for the Pre-Proposal Conference and provide their names, titles, employing organizations and email addresses. Following the Conference, the attendee list will be made publicly available through the RFP's Bonfire Portal.

---



During the Pre-Proposal Conference, attendees may request clarification of any section of the RFP and may ask any other relevant questions relating to the RFP, regardless of whether they submitted written questions in advance. However, verbal responses and explanations provided by the County during the conference do not qualify the solicitation. Only written answers to questions submitted following the procedure laid out in Section 6.7.2: Asking Questions qualify the solicitation.

Milwaukee County reserves the right to record Pre-Proposal Conferences and to release recordings of and/or minutes from the Pre-Proposal Conference publicly. Recordings and/or minutes, if provided, will be made available publicly through the RFP's Bonfire Portal.

| 6.7 | PREPARING A RESPONSE |
|-----|----------------------|

The following section provides important instructions and information a Respondent will need to successfully prepare a Proposal in response to this solicitation. Respondents should read each section carefully and ensure they understand and can comply with any requirements.

Multiple Proposals from a single Respondent are not permitted. Alternative Proposals are not permitted.

### 6.7.1    Writing a Technical Proposal

Technical Proposals must convey an understanding of the Scope of Work. The Respondent should offer a solution to the objectives, problem, or need specified in the RFP, and define how it intends to meet or exceed the RFP requirements.

Technical Proposals should:

    a.  Be accurate, complete, and clear.
    b.  Answer questions directly and as succinctly as possible.
    c.  Focus specifically on Milwaukee County and the Scope of Work.
    d.  Include only those exhibits, attachments, and/or images that are clearly relevant to the question asked.
    e.  Demonstrate why the Respondent's solution or product is superior to competitors' and why the solution or product represents the best value to Milwaukee County.
    f.  Answer all questions asked in Section 5: Technical Proposal Content.
    g.  Follow formatting instructions provided in Section 6.8.2: Technical Proposal Format.

Technical Proposals should not:

    a.  Rely on technical jargon or industry buzzwords.
    b.  Rely excessively on attachments, presentations, or other documentation secondary to the Respondent's direct answers to the questions asked in Section 5: Technical Proposal Content.
    c.  Include marketing materials.
    d.  Provide non-specific responses, repetitive information, or unnecessary filler.
    e.  Include information that is not pertinent to Milwaukee County and/or the Scope of Work.


### 6.7.2    Asking Questions

Respondents may submit questions regarding this RFP.  Questions should be submitted using the "Opportunity Q&A" function under the "Messages" tab of the Bonfire portal.

All questions, along with County answers, will be posted to the Bonfire website. The County will post answers as they become available, either on a rolling basis or in a single response. Only the County's final written answers to questions submitted following the procedure laid out in this section are considered to be modifications or qualifications to the terms of the solicitation.

The deadline for submission of questions for this opportunity is identified on the RFP Summary Sheet. After this deadline, Respondents will no longer be permitted to submit Q&A messages on the Bonfire portal. Respondents may still contact the RFP Administrator after the deadline, but questions will be limited to process or technical questions, in the discretion of the RFP Administrator.

The RFP Administrator is the sole point of contact during this process. The submission of questions to any other employee, agent, or subcontractor of Milwaukee County is prohibited and may be grounds for disqualification under this RFP (see Section 6.2: Communication with County).

### 6.7.3    Identifying Ambiguities, Errors, and Omissions

If a Respondent discovers any significant ambiguity, error, omission or other deficiency in the RFP document, the Respondent should immediately notify the RFP Administrator in writing by posting a Question on the RFP's Bonfire Portal as outlined in Section 6.7.2: Asking Questions.

The failure of a Respondent to notify the RFP Administrator of an ambiguity, error, omission, or other deficiency prior to submission of its Proposal constitutes a waiver of appeal or administrative review rights based upon any such ambiguity, error, omission, or other deficiency in the RFP document.

### 6.7.4    Requesting Exceptions to RFP Terms

Respondents must review the RFP in its entirety and indicate in Attachment 11: Agreement Acknowledgement and Exceptions any exceptions taken to requirements defined in the RFP. If  exceptions are taken, Respondents must cite the paragraph involved, the exception taken, and state alternate language acceptable   to the Respondent. Alternative language is subject to County approval. All exceptions must be included with the Proposal. Exceptions taken following submission of a Proposal will not be considered. Material exceptions taken following submission of a Proposal may be cause for a finding of non-Responsiveness of the Respondent, and removal from consideration for this opportunity.

### 6.7.5    Understanding Targeted Business Enterprise (TBE) Utilization Requirements

The award of this RFP and any resulting Contract is conditioned upon the Respondent's good faith efforts in achieving the project's Targeted Business Enterprise participation goal. Contractors must document all efforts to ensure the participation goal is met, including regular reporting of TBE participation during the course of the Contract using the County's Diversity Management and Compliance System.


*Suppliers who receive additional work on an awarded Contract in the form of change orders, addendum, etc. are expected to increase TBE participation proportionally, when applicable.*

[Attachment 9: Targeted Business Enterprise Forms](#) provides additional information about the use of TBE firms in Proposals, including the TBE-02, TBE-14, and TBE-01 forms. Respondents are solely responsible for determining which forms to submit and ensuring their forms are completed and accurate.

### 6.7.5.1    Introduction to CBDP and Targeted Business Enterprise Goals

Community Business Development Partners (CBDP), a Division of the Department of Administrative Services, is responsible for monitoring and enforcing Milwaukee County Target Enterprise (MCTE) Ordinance for inclusion of small or disadvantaged businesses. Target firms include DBE firms certified under the Wisconsin Unified Certification Program following Federal regulations, WBE and MBE certifications from the State of Wisconsin DOA, SBE firms certified by Milwaukee County, and SBE firms meeting SBA size standards and listed in the SAM directory.

Meeting TBE project participation goals may be achieved utilizing any combination of TBE firms, whether DBE, SBE, MBE, or WBE. There are no percentage goals assigned directly to any of the types of firms. This allows for increased participation by providing opportunities for multiple certifications to be included in the project. TBE Primes will receive credit towards the goal for work they self-perform.

### 6.7.5.2    TBE Requirements for this Project

Respondents must submit a signed *Commitment to Contract with TBE* (TBE-14) form for each of the TBE firms included to meet participation. If Respondent is a TBE, Respondent should complete a TBE-14 form for work they self-perform.  TBE-14 form(s) must identify:

(1) the TBE firm by name and address,

(2) the scope of service(s) to be provided,

(3) the dollar amount and

(4) the percentage.

The TBE-14 form is first completed and signed by the Respondent, then forwarded to the TBE subconsultant for signature in the affirmation section. Signatures must occur in the proper date order sequence, or the form may be considered non-responsive. The County may reject a Respondent's Proposal as non-responsive if the Proposal includes improperly completed forms.

If a Respondent believes it is not able to meet the goal, the Respondent must submit the *Certificate of Good Faith Efforts* (TBE-01). The County will review the Certificate and determine whether the Proposal is responsive based upon the information provided.

### 6.7.5.3    Reporting and the B2G Now Online Payment System

Adherence with prompt payment requirements is monitored through information entered into the Diversity Management and Compliance System, utilizing B2GNow software. There is no cost to the Prime or any subconsultant for the use of B2G Now.

DocuSign Envelope ID: 27873997-6C52-48FF-8B60-C2D6D1448A1C



Prime consultants are required to report payments received from the County and amounts paid to subconsultants. Subs will receive an automated email requesting them to confirm the amounts and whether the terms of the prompt payment policy were complied with.

All Prime and Subconsultants must become registered users and complete a one-hour webinar training, available through CBDP. The County will enter the Prime's contract, and the Prime will enter all subconsultants, including both TBE and non-TBE firms.

Payment must be submitted even if no TBE activity occurred during a particular reporting period. The County Project Manager may reject payment applications that do not comply with this section. Failure to submit payment information following the instructions in this section may result in a delay in payments or other sanctions deemed appropriate by the County.

### 6.7.5.4 Evaluating Participation; Contractual Obligations

The commitment percentage is the key indicator of TBE participation. The Pass/Fail determination is based on the percentage stated in the RFP. If the Prime is using one or multiple TBE companies, the sum of the percentages MUST satisfy the minimum percentage stated in the RFP.

When evaluating the performance of any Contract awarded under this RFP, Milwaukee County reserves the right to conduct compliance reviews and request, both from the prime Contractor and TBE sub-consultant(s), documentation that would indicate level of compliance. If the Contractor is not in compliance with the specifications, the County will notify the Contractor in writing of the corrective action that will bring the Contractor into compliance. If the Contractor fails or refuses to take corrective action as directed, Milwaukee County may take one or more of the actions listed below:

b.  Terminate or cancel the contract, in whole or in part.

c.  Remove the Contractor from the list of qualified consultant/service providers and refuse to accept future proposals for a period not to exceed three years.

d.  Impose other appropriate sanctions, including withholding any retainage or other contract payments due which are sufficient to cover the unmet portion of the TBE goal, where the failure to meet the goal is the result of a finding by the CBDP of consultant/service provider's bad faith.

e.  If the Contractor has completed its contract, and the goal was not met due to an absence of good faith on the part of the consultant/service provider, the parties agree that the proper measure of damages for such non-compliance shall be the dollar amount of the unmet portion of the TBE goal. The County may in such case retain any unpaid contract amounts and retainage otherwise due the consultant/service provider, up to the amount of the unmet goal. If insufficient funds remain in the contract account to compensate the


County up to that amount, Milwaukee County may bring suit to recover damages up to the amount of the unmet goal.

### 6.7.5.5 *Additional Information; Eligibility*

CBDP may be contacted at 414-278-4851 or cbdpcompliance@milwaukeecountywi.gov for assistance in identifying TBE firms and understanding the County's TBE Program.  The following are the links to Directories for firms eligible for credit:

| Business Type | Directory |
|---|---|
| Disadvantaged Business Enterprise "DBE" | http://wisconsindot.gov/Pages/doing-bus/civil-rights/dbe/certified-firms.aspx |
| Minority Owned Business "MBE" | http://www.doa.state.wi.us/Divisions/Enterprise-Operations/Supplier-Diversity-Program |
| Women Owned Business "WBE" | http://www.doa.state.wi.us/Divisions/Enterprise-Operations/Supplier-Diversity-Program |
| Milwaukee County Small Business Enterprise "MC SBE" | https://mke.diversitycompliance.com/Default.aspx |
| Federal Small Business Enterprise "SBE" | https://www.sam.gov/portal/SAM#1 |

### 6.7.6 Complying with Applicable County Policies

Respondents are required to comply with Milwaukee County policies and programs applicable to the commodities or services requested by this solicitation. Compliance with the following policies may be included in any awarded contract as contractual obligations. Respondents should carefully read the requirements of each policy or program and ensure they are able to meet all requirements prior to submission of a Proposal.

### 6.7.6.1 *Racial Equity*

In 2019, the Milwaukee County Executive signed a resolution declaring racism a public health crisis in Milwaukee County and established a vision for the County to become the healthiest county in Wisconsin through the achievement of racial equity.

In support of this vision, the County requests that vendor partners agree to collaborate with the County in achieving racial equity for our constituents and commit to improving racial equity within Milwaukee County.


Respondents should consider this policy when responding to Targeted Business Enterprise requests, subcontracting, and proposing services, especially those services with a direct impact on traditionally underserved populations.

### 6.7.6.2  Non-Discrimination, Equal Employment Opportunity, and Affirmative Action

In addition to its policy regarding racial equity, Milwaukee County requires all contractors providing services or commodities to County departments or divisions to agree to support non-discrimination, equal employment opportunity, and affirmative action programs. All Respondents shall complete and submit Attachment 7: EEOC Compliance Form.

Respondents shall not discriminate against any employee or applicant for employment because of race, color, national origin or ancestry, age, sex, sexual orientation, gender identity and gender expression, disability, marital status, family status, lawful source of income, or status as a victim of domestic abuse, sexual assault or stalking, which shall include but not be limited to the following: employment, upgrading, demotion or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training including apprenticeships. If awarded the Contract, Respondent will post in conspicuous places, available for employment, notices to be provided by the County setting forth the provisions of the nondiscriminatory clause. A violation of this provision shall be sufficient cause for the County to terminate the Contract without liability for the uncompleted portion or for any materials or services purchased or paid for by the Respondent for use in completing the Contract.

The Respondent agrees that it will strive to implement the principles of equal employment opportunities through an effective affirmative action program, and will so certify prior to the award of the Contract, which program shall have as its objective to increase the utilization of women, minorities and handicapped persons, and other protected groups, at all levels of employment in all divisions of the Respondent's workforce, where these groups may have been previously under-utilized and under-represented. The Respondent also agrees that in the event of any dispute as to compliance with the aforestated requirements, it shall be his/her responsibility to show that he/she has met all such requirements.

### 6.7.6.3  Responsible Vendor Policy

Milwaukee County recognizes that superior service requires that the Respondent hires well-trained and dedicated staff to provide the services under this RFP. The Respondent must ensure availability of a qualified staff, avoid labor disruption and costly employee turnover, treat workers fairly, and abide by applicable labor laws.

The County supports the development of a healthy business environment through the responsible management and treatment of employees, adherence to federal, state, and local laws, and appropriate workplace safety procedures. Therefore, the County of Milwaukee maintains the following requirement:

*Contractor shall abide by all applicable local, state and federal laws. Contractor shall at all times maintain safe and healthful working conditions and abide by all applicable wage and hour regulations and prohibitions against child labor. Contractor shall ensure its employees' working*



DocuSign Envelope ID: 27873997-6C52-48FF-8B60-C2D6D1448A1C

*conditions conform to the standards set by the Federal OSHA. Contractor shall, on request, provide to the County a report on their compliance. The County recognizes the right of an employee to self-organization and the right to form, join, or assist labor organizations to bargain collectively through representatives of their own choosing, and to engage in lawful, concerted activities for the purpose of collective bargaining or other mutual aid or protection and, conversely, the right of such employees to refrain from any or all such activities. All Respondents shall provide working conditions for services of a similar character in a similar locality in which the services are performed.*

### 6.7.6.4 Policy Regarding the Non-Interest of County Employees and Officials

County officials, employees, representatives, officers, and/or agents are bound by Chapter 9 of the Milwaukee County Code of General Ordinances, Code of Ethics.

No County official, employee, or representative on the evaluation committee shall have any financial interest, either direct or indirect, in the Proposal or Contract, nor shall they exercise any undue influence in the awarding of the Contract.

No County employee, officer, or agent shall participate in the selection, award, or administration of a Contract if a conflict of interest, real or apparent, would be involved.

During the period of any Contract awarded as a result of this RFP, the Contractor shall not hire, retain or utilize for compensation any member, officer, or employee of County or any person who, to the knowledge of the Contractor, has a conflict of interest.

### 6.7.6.5 Code of Ethics

Respondents shall strictly adhere to Chapter 9 of the Milwaukee County Code of Ordinances, Code of Ethics, with particular attention to Subsection 9.05(2)(l):

*"No campaign contributions to county officials with approval authority: No person(s) with a personal financial interest in the approval or denial of a Contract or proposal being considered by a county department or with an agency funded and regulated by a county department, shall make a campaign contribution to any county elected official who has approval authority over that Contract or proposal during its consideration. Contract or proposal consideration shall begin when a Contract or proposal is submitted directly to a county department or to an agency funded or regulated by a county department until the Contract or proposal has reached final disposition, including adoption, county executive action, proceedings on veto (if necessary) or departmental approval. This provision does not apply to those items covered by section 9.14 unless an acceptance by an elected official would conflict with this section. The language in subsection 9.05(2)(l) shall be included in all Requests for Proposals and bid documents."*

In addition, the Contractor is required to adhere to the Code of Ethics provision in all contracts, which states:

Contractor hereby attests that it is familiar with Milwaukee County's Code of Ethics, which states, in part,



*"No person shall offer or give any public official or employee, directly or indirectly, and no public official or employee shall solicit or accept from any person, directly or indirectly, anything of value if it could reasonably be expected to influence the public official's or employee's vote, official actions or judgment, or could reasonably be considered as a reward for any official action or inaction or omission by of the public official or employee."*

Contractor shall ensure all subcontractors and employees are familiarized with the statement above.

### 6.7.6.6  Security and Background Checks

Respondents understand that certain background and security checks may be required following award of any Contract under this RFP. Background checks are mandatory for all employees of the Respondent who will require administrative access to the County's Information System (for example, accessing servers, systems, or information architecture not available to County end-users). Background checks must be performed at Respondent's expense. Background check minimum requirement must involve a security check and process that is approved by and deemed satisfactory to Milwaukee County to ensure, at a minimum, that no staff has felony or fraud convictions. Additional requirements may exist for employees who require access to systems containing PCI, PHI, or CJIS data.

Security background checks shall be conducted for all employees prior to starting work.

### 6.7.6.7  Safety and Security Policies

Respondents understand and agree to use all commercially reasonable efforts to cause any of its employees who provide services under a Contract awarded under this RFP on County's premises to comply with County's safety and security policies, to the extent that the policies are applicable to the site where Respondent's employees are providing services. The County is responsible for communicating general and site-specific security policies to the winning Respondent for distribution to its employees prior to the start of any work under the Contract.

Such standard safety and security policies shall not include policies related to drug testing.

### 6.7.6.8  Drug Use Policies

Respondents understand and agree to abide by the following policies upon award of any Contract under this RFP. Unless conflicting to any laws where the services are being provided, in which case this section is not enforceable, Respondent will advise any employee who provides services under the Contract on County's premises of County's right to require an initial drug screen prior to the commencement of the assignment and, further, to require a drug screen at any time during the assignment either:

a.  If County believes, in good faith, that the employee is under the influence of an illegal substance, or

b.  As a consequence of an accident caused by or involving the employee on County's premises during the performance of this Agreement and likely to have been related to employee's use of an illegal substance.



Drug screening (unless provided by the County) shall be performed by the Respondent at the Respondent's expense, and Respondent will address any positive results and handle accordingly. Should one of Respondent's employees test positive during any drug screening, Respondent shall immediately notify County of the drug screening results and employee will not be permitted to perform the services at any of the County's Facilities.

---

## 6.8 SUBMITTING A PROPOSAL

Please follow these instructions to submit via the County's Bonfire Public Portal.

### 6.8.1 General Guidelines

Responses to the questions in Section 5: Technical Proposal Content should be direct and concise and should address all sub questions. Please do not reference any pre-printed materials. Responses should reflect the Respondent's experience, organizational structure, and organizational capabilities as they currently exist. Any questions requesting statistics should be answered with actual statistics rather than anticipated or target statistics unless specifically requested.

### 6.8.2 Technical Proposal Format

The Technical Proposal consists of the following three documents:

- Attachment 1 Proposed Storage Facilities
- Attachment 2: Proposed Equipment
- Technical Proposal Questionnaire (Q-57KU)

Any other supporting documents or information that do not fit space or formatting constraints may optionally be uploaded to the "Additional Information" section in Bonfire.

### 6.8.3 Required Documents and Materials

Respondents must upload each of the following required documents to the Bonfire Portal in the format listed. Please note the type and number of files allowed. Please do not embed any documents within uploaded files as they will not be accessible and will not be evaluated.

Respondent may add Exhibits or attachments in support of the Proposal by uploading them in the optional Additional Information section.

| Name | Type | # Files Permitted | Requirement |
|---|---|---|---|
| Attachment 1: Proposed Storage Facilities | File Type: Excel (.xls) | 2 | Required |
| Attachment 2: Proposed Equipment | File Type: Excel (.xls) | 2 | Required |



| | | | |
|---|---|---|---|
| Technical Proposal Questionnaire (Q-57KU) | File Type: Excel (.xls) | 1 | Required |
| Attachment 3: Respondent Information Sheet | File Type: PDF (.pdf) | 1 | Required |
| Attachment 4: Proposal Cover Sheet | File Type: PDF (.pdf) | 1 | Required |
| Attachment 5: Proprietary Information Disclosure Form | File Type: PDF (.pdf) | 1 | Required |
| Redacted Proposal | File Type: PDF (.pdf) | 1 | REQUIRED IF: Proprietary Information Identified in Attachment 5. |
| Attachment 6: Conflict of Interest Stipulation | File Type: PDF (.pdf) | 1 | Required |
| Attachment 7: EEOC Compliance Form | File Type: PDF (.pdf) | 1 | Required |
| Attachment 8: Certification Regarding Debarment or Suspension | File Type: PDF (.pdf) | 1 | Required |
| Attachment 9: Targeted Business Enterprise Forms | File Type: PDF (.pdf) | 1 | Required |
| Attachment 10: Insurance and Indemnity Acknowledgement Form | File Type: PDF (.pdf) | 1 | Required |
| Attachment 11: Agreement Acknowledgement and Exceptions Form | File Type: PDF (.pdf) | 1 | Required |
| Attachment 12: Audit and Open Records Acknowledgement Form | File Type: PDF (.pdf) | 1 | Required |
| Attachment 13: Sworn Statement of Respondent | File Type: PDF (.pdf) | 1 | Required |
| Additional Information | File Type: Any (.csv, .pdf, .xls, .xlsx, .ppt, .pptx, .bmp, .gif, .jpeg, .jpg, .jpe, .png, .tiff, .tif, .txt, .text, .rtf, .doc, .docx, .dot, .dotx, .word, .dwg, .dwf, .dxf, .mp3, .wav, .avi, .mov, .mp4, .mpeg, .wmv, .zip) | Multiple | OPTIONAL for: supplemental documentation |



### 6.8.4    Submitting Proposal Materials

Proposal materials are submitted by uploading them to the RFP's project page on the Bonfire Portal at the link identified on the RFP Summary Sheet.

Submissions must be uploaded, submitted, and finalized prior to the RFP Receipt Deadline identified on the RFP Summary Sheet.

Milwaukee County strongly recommends that Respondents allow sufficient time to complete and upload Proposals. The County suggests reserving .at least one (1) day .before the RFP Receipt Deadline to begin the uploading process and to finalize your submission.

Proposal documents submitted by Respondents will not be visible or accessible to the County until after the close of the RFP.

Each Respondent will receive an email confirmation receipt with a unique confirmation number once its submission is finalized.

### 6.8.5    Technical Questions

Milwaukee County uses the Bonfire portal for accepting and evaluating Proposals. Please contact Bonfire at support@gobonfire.com for technical questions related to a submission. Respondents can also visit their help forum at https://bonfirehub.zendesk.com/hc

Minimum system requirements for using Bonfire can be found on the help forum.

---

### 6.9    WITHDRAWING A PROPOSAL

---

Prior to the Proposal Receipt Deadline, Proposals may be modified or withdrawn by the Respondent's authorized representative. After the Proposal Receipt Deadline, Proposals may not be modified or withdrawn without the consent of Milwaukee County. The Proposal Receipt Deadline is provided in the RFP Summary Sheet

---

### 6.10    EVALUATION AND SCORING

---

### 6.10.1    Preliminary Evaluation

The RFP Administrator will review all Proposals to determine if mandatory submission requirements and minimum qualifications are met. Preliminary Evaluation is made on a pass-fail basis. The Respondent assumes responsibility for meeting submission requirements and addressing all necessary financial, technical, and operational issues to meet the objectives of the RFP.

Basis for a determination of "pass":



Proposals that are in compliance with all mandatory submission requirements, including the submission of all requested documents in the form and format requested, and which evidence that the Respondent meets all minimum qualifications identified in Section 2.1: Minimum Qualifications and answers all questions in Section 5.3: Minimum Qualifications will receive a score of "pass".

**Basis for a determination of "fail":**

Proposals that do not comply with all mandatory submission requirements, which are missing one or more documents, which have provided one or more documents in the form and format other than that requested in the RFP document, which include alternative proposals, and/or which evidence that the Respondent does not or cannot meet all minimum qualifications identified in Section 2.1: Minimum Qualifications and answers all questions in Section 5.3: Minimum Qualifications will receive a score of "fail".

### 6.10.2  Proposal Scoring

An Evaluation Committee will be established by Milwaukee County to review and evaluate all Responsive Proposals based on the criteria outlined in Section 4:  Evaluation Criteria following the steps below.

1.  Upon completion of Preliminary Evaluations, all Proposals with a determination of "pass" will be provided to the Evaluation Committee.

2.  Evaluators are required to complete the initial round of scoring independently, and do not communicate with anyone regarding the content of Proposals. Evaluators assign points to Proposals for each criteria following a basic grading scale.

3.  Following independent evaluations, the Evaluation Committee may check references, conduct interviews or visual inspections of premises and equipment, ask clarifying questions, or meet to establish consensus scores, at the Evaluation Committee's discretion. If any of these supplemental activities will be scored separately from the existing criteria, the RFP Evaluator will provide Respondents with the additional criteria.

### 6.10.3  Interviews and Visual Inspections

The County may conduct interviews and/or visual inspections of any Respondent's premises and/or equipment, at the discretion of the evaluation panel.  Respondents will be provided a date as well as an indication of areas to be covered during the session. Milwaukee County reserves the right to adjust scoring based on the results of interviews and inspections.

### 6.10.4  Best and Final Offers

The County may request Best and Final Offers from any or all respondents following demonstrations. Best and Final Offers are supplementary to the original offer in the Proposal. Milwaukee County reserves the right to make an offer based on the original submitted Proposal, regardless of whether or not Best and Final Offers have been requested.



### 6.10.5   Notice of Intent to Award

After evaluating all Proposals, if the County has identified a winning Respondent, the Procurement Division will issue an Intent to Award notification via Bonfire.

Following the Intent to Award notification, the County will begin contract negotiations with the winning Respondent. If negotiations with the winning Respondent are unsuccessful, Milwaukee County reserves the right to proceed with Contract negotiations with other Responsive, Responsible, high-scoring Respondents.

The issuing department may be required to request final approval of any Contract by the County Executive and the County Board of Supervisors.  If such final approval is required, the Contract will not be fully executed until the approval is granted.

| 6.11   PROTEST PROCESS |
| --- |

Protests or appeals related to this RFP are subject to the provisions of the Milwaukee County Code of Ordinances, Chapter 32 (http://www.municode.com/Library/WI/Milwaukee_County). Only unsuccessful Respondents may submit protests.

Appellants must provide Notice of Intent to Protest in accordance with this Section and MCCO Chapter 32. Protests must be made in writing.  Protest documents should be as specific as possible and, at a minimum, must identify deviations from published criteria, County Ordinances, County Board Resolutions, rules or other procedures that the appellant alleges were violated during the procurement process.

Appellants may request the summary scores of the Evaluation Committee. If requested, the scores will be provided without revealing the identities of the Evaluation Committee members.

The written Notice of Intent to Protest must be filed with the contacts below and received no later than five (5) working days after the Notice of Intent to Award is issued.  No Protest may be filed outside of this timeframe.

> **Regina Flores, Procurement Director**
> Milwaukee County Department of Administrative Services
> 633 W Wisconsin Ave, Ste. 901
> Milwaukee, WI 53203
> Regina.Flores@MilwaukeeCountyWI.gov
>
> *With a copy to*
>
> **Adam Signatur, RFP Administrator**
> Milwaukee County Department of Administrative Services
> 633 W Wisconsin Ave, Ste. 901
> Milwaukee, WI 53203
> Adam.Signatur@MilwaukeeCountyWI.gov

DocuSign Envelope ID: 27873997-6C52-48FF-8B60-C2D6D1448A1C



The decision of the Procurement Director regarding any Protest is binding. A Respondent may challenge the decision of the Director per the process in Section 32 of the Milwaukee County Code of Ordinances.

Milwaukee County may proceed to contract with the Respondent(s) selected, even if an appeal is still pending, if it is in the best interest of the County to do so.



# 7 EXHIBITS AND ATTACHMENTS

The following Exhibits and Attachments are included with the RFP and are posted on the Bonfire Portal:

| Exh/Att: | Document |
|---|---|
| Exhibit A | Milwaukee County Freeway Sectors |
| Exhibit B | Pricing Sheet |
| Attachment 1 | Proposed Storage Facilities |
| Attachment 2 | Proposed Equipment |
| Attachment 3 | Respondent Information Sheet |
| Attachment 4 | Proposal Cover Sheet |
| Attachment 5 | Proprietary Information Disclosure Form |
| Attachment 6 | Conflict of Interest Stipulation |
| Attachment 7 | EEOC Compliance Form |
| Attachment 8 | Certification Regarding Debarment or Suspension |
| Attachment 9 | Targeted Business Enterprise Forms |
| Attachment 10 | Insurance and Indemnity Acknowledgement Form |
| Attachment 11 | Agreement Acknowledgement and Exceptions Form |
| Attachment 11a | Agreement Terms and Conditions |
| Attachment 12 | Audit and Open Records Acknowledgement Form |
| Attachment 13 | Sworn Statement of Respondent |

## Question Set 1: Proposal Scope

| # | Question | Response | Comment |
|---|----------|----------|---------|
| 1.0.1 | Indicate which Vehicle Class option the Proposal addresses (one or both of the following): <br><br>•Vehicle Class 1 <br>•Combined Vehicle Classes 2 and 3 <br><br>If submitting a Proposal for both of above options, Respondent should upload a version of Attachment 1 and Attachment 2 for each of the two options. | BOTH Vehicle Class 1 and Combined Vehicle Classes 2 and 3 | |

| 1 Questions | 100.00% Complete |
|---|---|

# Question Set 2: Sector Preferences

## Question Set 2 Instructions

Indicate order of preference by sector from most preferred to least preferred. Please only fill in preferences for the vehicle class option(s) (Vehicle Class 1 and/or Combined Vehicle Classes 2 and 3) that your Proposal addresses (for example, if your Proposal only addresses Vehicle Classes 2 and 3) that your Proposal addresses Vehicle Classes

| # | Question | Response | Comment |
|---|----------|----------|---------|
| **Vehicle Class 1 (only fill in if Proposal includes Vehicle Class 1; if not included.** | | | |
| 2.1.1 | 1st Preference (most preferred) | Sector 5 | |
| 2.1.2 | 2nd Preference | Sector 3 | |
| 2.1.3 | 3rd Preference | Sector 2 | |
| 2.1.4 | 4th Preference | Sector 1 | |
| 2.1.5 | 5th Preference (least preferred) | Sector 4 | |
| **Combined Vehicle Classes 2 and 3 (only fill in if Proposal includes combined** | | | |
| 2.2.1 | 1st Preference (most preferred) | Grouped Sectors 1-2-5 | |
| 2.2.2 | 2th Preference (least preferred) | Grouped Sectors 3-4 | |
| | **7 Questions** | **100.00% Complete** | |

## Question Set 3: Minimum Qualifications

| # | Question | Response | | | Comment |
|---|----------|----------|---|---|---------|
| | | DOT#2133736 | LC#85096 | MC#770133 | |
| 3.0.1 | Demonstrate that Respondent is fully licensed and permitted to provide the services. | - Our legal registration numbers are as follows:- | | | |
| 3.0.2 | Summarize Respondent's experience providing towing services. | - We have been in business for 11 and a half years, we have been towing light duty for the whole 11.5 years and medium and heavy duty for the last 7 years. Currently we tow more light medium and heavy duty police requested vehicles then anyone else in our state with an almost perfect response time. | | | |
| 3.0.3 | Demonstrate that Respondent has the capacity to provide qualified personnel that are available to the County twenty-four hours a day. | - We are the real 24 hour towing company. We are staffed 100% at all times, days, nights, weekends, holidays. We are always completely open with no limitations to services. On top of our regular scheduled staff we still have on call drivers and dispatchers just in case of emergency. For example- On 9/17/2022 the city of Milwaukee requested us to relocate vehicles off of the road for the childrens hospital run/walk. It was expected to have maybe 25 vehicles along the route but there were almost 150 vehicles ticketed and we had to utilize every on call driver plus some and a on call dispatcher.Because of the excelent communication and performance by our staff between 3:30am and 9:00am we towed approximately 108 vehicle off of the route and the run/walk was able to start on time and run as scheduled. | | | |
| 3.0.4 | Confirm that Respondent will, if awarded, enter into a Contract with the County and comply with all terms and conditions required by state or local law, regulation, or ordinance; and that Respondent agrees that any subcontractors used to provide services will be contracted directly with the Respondent and that Respondent will be wholly responsible for the subcontracted vendor in performance of responsibilities under any awarded Contract. | Y | | | |
| | **4 Questions** | **100.00% Complete** | | | |

# Question Set 4: Technical Capability

| # | Question | Response | Comment |
|---|----------|----------|---------|
| **Storage Facilities** | | | |
| 4.1.1 | Upload Attachment 1 listing the storage facility or facilities included in Respondent's Proposal (select "Y" to confirm you have uploaded). | Y | |
| 4.1.2 | Discuss the size, condition and security of your storage facility or facilities.  How state of the art is/are the facility/ies? | - Our facility is located on approximately 2 acres on a dead end cul-dasac in the airport industrial park area. The storage yard has 2 LED light poles, is gated and survelenced as well as having staff on site 24/7/365. our staff has a window looking at the road and is very aware of what comes and goes, being on a dead end helps give us the extra layer of protection from the public and random curious visitors. The property is nicely lanscaped and mulched with walk way lighting and a clean inside. | |
| 4.1.3 | Discuss the readiness of the facility/ies to receive and securely store vehicles referred by Police Services as of the date of the contract award. | - We currently are running a 24/7/365  intake and release at our storage yard for the sheriff, other municipalies and private clients. It is gated, survelenced , and mained 24/7/365 untill the day I retire and hopefully for many years to come after that. | |
| 4.1.4 | Describe the proximity and accessibility of vehicle storage facility/ies to preferred towing sector(s). | -the closest on/off ramp for the freeway to us is college ave, It is approximatley 2 mins from our Location. From our location to the closest part of each sector and the fartest part of each sector is as follows.     Sector 1 -10 mins and 21 mins     Sector 2 - 8 mins and 16 mins     Sector 3 -5 mins and 14 mins     Sector 4 - 14 mins and 26 mins     Sector 5 -2 mins and 9 mins | |
| 4.1.5 | What are the days and hours of operation of the facility/ies? Describe staffing levels during such days and hours of operation. | - We are the real 24 hour towing company. We run a complete full operation and full staff at all times, 24/7/365. This includes releasing vehicles 24/7/365 | |
| 4.1.6 | Describe the policies and practices for engaging and informing members of the public who are attempting to retrieve their vehicles. | - All of our dispatchers are trained on releasing vehicles properly, if a dispatcher is still learning we have our release procedures in our dispatcher manual which can be referenced and is located in a binder in the dispatch room. Our release procedures are mostly given out verbally over the phone but are also printed , framed and hung in our front waiting area. | |
| 4.1.7 | Discuss your policies and protocols for safeguarding vehicles. | -When a vehicle is impounded in our yard we lock all of the doors and if a vehicle has keys the keys are documented and kept in the vehicle folder which is in the dispatch room that is survelenced. To enter or pick up a vehicle a person will have to prove ownership and provide appropriate documents if they are not the owner of the vehicle. A copy of our requirements will be attached to the additional documents section . | |
| 4.1.8 | Discuss your policies and protocols for cataloging and securing personal property within vehicles and for returning personal property to vehicle owners. | -When a vehicle is impounded into our yard we never enter a vehicle unless 100% required and the doors are always locked. It is my belief that if we were to catalog any personals it would leave room for frivolous theft claims. To collect personal property a person will have to provide the same documents they would have to provide if they are picking up the vehicle. These procedures will be attached to the additional documents section. | |
| **Equipment** | | | |
| 4.2.1 | Upload Attachment 2 listing the equipment included in Respondent's Proposal (select "Y" to confirm you have uploaded). | Y | |
| 4.2.2 | Discuss the size, age, condition, accident history, safety and upkeep of your vehicle fleet and related equipment.  How state of the art is your equipment? | - We have a fleet size consisting of 52 units of trucks, trailers, skidsteers, vans, and major equipment. I still have the very first truck I ever bought, truck#1, it's a Light Duty 2007 hino flatbed with 675,000 miles and we still use it every week. It is my personal feeling a truck will never get old and run down if you take care of it. Without bragging about my old equipment to be much we also have lots of brand new trucks including multiple trucks still on order waiting for manufacture because of covid supply chain restrictions. All of our equipment is ordered and purchased with longevity and durability in mind, they are purpose built for the extreme situations police towing puts us in and when put next to another towing company will stand above the rest. all of our trucks are currently haveing installed a 6 camera DVR system that will provide 24 hour 360 degree survelence even when the trucks are running and not running. I am also very excited about a project I have been working on an electric light duty flatbed tow truck in the united states. I was put on a list and then approved for a pre production model. I was able to put money down on the truck and it should arrive in the beggining of second quarter of 2023. I have also been in contact with the city of milwaukee and there  has been discussion about installing charges in parts of the city to allow us to charge. There are currently no availble grants for this project and I am currently absorbing the entire $400,000-$450,000 myself. | |

DocuSign Envelope ID: 27873997-6C52-48FF-8B60-C2D6D1448A1C

| | |
|---|---|
| 4.2.3 | Discuss your program for conducting routine vehicle and equipment safety inspections. | -We use an app based (Towbook) pro trip inspection format that is required to be completed by the driver before he starts driving said truck. Any items marked that needs attention are automatically emailed to our in house 24/7/365 repair shop. I would say it would be common practice for every truck to see the repair shop at least once every other week for maintence or repairs to make sure our equipment never fails on the job. All repairs and maintence including saftey related items are all documented electronically on our Towbook program and also printed and saved manually in our yearly truck folders. |
| 4.2.4 | Describe your degree of readiness to deploy vehicles and equipment to satisfy the requirements of Milwaukee County upon award. | -We are 110% ready at all times. Fully staffed with trucks out on the road waiting for call every second of the day. Anything less then this I would take as a complete failure on our part and would never happen. We even have back up on call drivers and dispatchers on top of our regular scheduled full staff just incase. |

| 12 Questions | 100.00% Complete |
|---|---|

# Question Set 5: Respondent Profile

| # | Question | Response | Comment |
|---|----------|----------|---------|
| 5.0.1 | Does Respondent (including firm itself, principals or officers of the firm or key managerial personnel) have any history within the last five (5) years of i) criminal or other illegal conduct or illegal business practices ii) unethical and/or predatory business practices or iii) poor, nonresponsive and/or discourteous customer services to clients served or to the persons whose vehicles have been towed? If yes, please explain. | - NO | |
| 5.0.2 | Is Respondent or has Respondent been in default or breach under any towing and secure storage agreements with any other agency within the past five (5) years? Or has any such agreement been terminated for cause, including non-performance, within the past five (5) years? If yes, explain the grounds for the agency's termination of the firm's agreement for cause, nature, status and outcome of the matter(s). | - NO | |
| 5.0.3 | Have there been any judgments, claims, mediation/arbitration proceedings, and/or lawsuits against Respondent or its officers pertaining to its services, in the past five (5) years and/or any such claims that are outstanding? If yes, explain the nature, status and the outcome of the matter(s). Has Respondent received any legal demand letter from clients in the past five (5) years? If yes, explain the nature, status and outcome of the matter(s). | -on 9/19/2022 I received a notice for small claims court for a tow the City of Milwaukee Police had ordered. They are claiming we bent the driveshaft on their truck. The first hearing is 09-29-2022. There have been two other small claims hearings that were dismissed becuase we never acually towed the vehicles . Not acually sure why we were listed on these two other small claims cases. | |
| 5.0.4 | Describe the protocols in place for drivers to report any changes in driver's license status and any citations. Separately, where a commercial driver's license is required, detail the firm's policy and procedures for screening those license holders. | -All drivers, CDL and non CDL have to notify us of any traffic incident on or off the clock. When a CDL driver has a traffic incident we get automatically notified from the WIAMS system. Once a year, usually june or july we check all of the drivers licenses in the PARS system to make sure they are valid and that nothing was un reported. | |
| 5.0.5 | Describe driver recruitment and training policies. Regarding the training policies, include the elements covered in driver training, how often that training is performed and any refresher training. Also describe any customer service training provided to drivers, office, and yard personnel. | -We are always hiring expirenced drivers, as we are constantly growing the need for quality drivers is also constant. 9 out of 10 times I prefer to hire someone with expirence because it is most effect to train an expirenced driver on the difficult and dangerous work we do that most towing companies do not do. On the small amout of brand new zero expirence drivers we do hire , we train them for close to 3-4 weeks before they are even allowed to drive a truck by them selves. The level of entensity of the towing we do is not ment for new or novice drivers , the longer amount of training we provide is 100% required. A driver with 10 years of expirence is still going to train with one of our trainers for a minimum of 1 week also. As of september our YTD money spent on training is $59002.00 . We do not have any specific refresher training that we schedule and maybe thats something we could work on, but I will say there is no training like hands on. My drivers work some of the most difficult situations in our city every single day and always seeing new things that were inmaginable, I feel like this is some of the best continual training there is. I will admit my office training could be more formal, all dispatchers and office personal sit with and train with someone for one to two weeks before they are on their own. Again learning with expirence and time as they go along is mostly my policy, I do though have very detailed manuals and procedures for them to follow. We have many very long term employees in the office that are very good at making new comers look like seasoned employees very fast. | |
| 5.0.6 | Describe Respondent's capabilities for integrating with automated applications for tracking, reporting and invoicing. Include specific programs or technologies that Respondent uses. | - I beleive we are ahead of the average curve for the towing industry when it comes to app based software and technology. Every driver is provided with an Ipad at the beginning of every shift that has all of our company apps on it. We currently use 11 different apps throught the day to track record and audit almost everything you can think of. We are currently helping the city of Milwaukee build their app Wrecker/Tow and are constantly talking with the developers and the city to make it perfect. Any tow request from Milwaukee County goes through our app TowBook. Everysecond is recored and stored within the call including driver GPS on scence, towing, and unload times including photos of the vehicle before pickup and after drop off. A login can be made for milwaukee county that would allow all of this info to be seen in real time including current yard inventory and charges on all Milwaukee County tows. Every truck is also equipt with 6 DVR cameras to record all activity 360 degrees around the truck. | |

**6 Questions**     **100.00% Complete**

# Question Set 6: Approach to Services

| # | Question | Response | Comment |
|---|----------|----------|---------|
| 6.0.1 | Discuss your business plan and strategy for exceeding the baseline requirements as defined in the Scope of Work. | -Our plan has always been to try to be the best at everything we do. Steps we have implemented to be above par and be the best include fully staffing and providing all services including releasing vehicles 24/7/365. We also purchase new and updated specialty equipment as it becomes available to have the ability to preform every request in a time efficient manner. We want to be Best in class. | |
| 6.0.2 | Discuss your strategies to facilitate the speedy and cost-effective return of vehicles to persons whose vehicles have been towed and stored so as to minimize the accrual of costly storage fees. | - We are the only company in Milwaukee County that is Completley full service 24/7/365. If a vehicle is towed at 6pm on a Saturday it could be picked at 1 am Sunday morning. We prefer not to store vehicles, storing vehicles and taking posession of vehicles is costly and space and time consuming. We will do everything in our power to help someone pickup a vehicle at anytime | |
| 6.0.3 | Discuss your approach to facilitating communication with the County. | -Our dispatchers are in the office and fully staffed 24/7/365. when the county has to order service they are to call into our main dispatch line, 414-559-1820, the phone will always be answered. In the future if the County would like to electronically request services we can provide a portal to enter in the service request and we will recieve it in our Towbook application. If the county needs to talk with a supervisor there is always a supervisor available. For back office communication Jeff Piller handles all Contract issues, concerns, praises or questions. Candice Piller handles any billing or payments. Jeff and Candice are both available via phone call to the office 414-559-1820 or email jeff.allcity@yahoo.com and Candice.allcity@yahoo.com | |
| 6.0.4 | Discuss your plan for maintaining operations at full capacity and staffing at all times. | - Our current plan and continued level of service is having a full staff on every shift every day. There are on call drivers and Dispatchers if required. We are the only company in the county that runs a complete full staff with full services 24/7/365 and it will stay that way forever with no exceptions to quality. | |
| | **4 Questions** | **100.00% Complete** | |

# Attachment 1:  Proposed Storage Facilities

**1)  Select vehicle class that this Proposal addresses, [vehicle class 1] or [vehicle class 2 and 3]:**

<u>Vehicle Class 1</u>

**2)  List all Storage Facilities included in the Proposal for above selected vehicle class:**

### Location 1

| | |
|---|---|
| Address of storage facility: | 1213 W Mallory Ave Milwaukee,WI, 53221 |
| Sectors facility can service: | 1,2,3,4,5 |

Is this storage facility zoned by the local municipality for all uses required under the contract (Yes/No)?  Yes

Do you have full legal control of the storage premises such that you own it or occupy it under a lease which permits its use for the purposes required under this contract (Yes/No)?  Yes

What is the size of the storage facility?

Outside Storage (square feet):  60,000

Inside Storage (square feet):  3,000

How many vehicles can the storage facility hold?

Outside Storage (vehicles):  200

Inside Storage (vehicles):  10

Additional Notes:

### Location 2

Address of Storage Facility:

Sectors Facility can service:

Is this storage facility zoned by the local municipality for all uses required under the contract (Yes/No)?

Do you have full legal control of the storage premises such that you own it or occupy it under a lease which permits its use for the purposes required under this contract (Yes/No)?

What is the size of the storage facility?

Outside Storage (square feet):

Inside Storage (square feet):

How many vehicles can the storage facility hold?

Outside Storage (vehicles):

Inside Storage (vehicles):

Additional Notes:

### Location 3

Address of Storage Facility:

Sectors Facility can service:

Is this storage facility zoned by the local municipality for all uses required under the contract (Yes/No)?

Do you have full legal control of the storage premises such that you own it or occupy it under a lease which permits its use for the purposes required under this contract (Yes/No)?

What is the size of the storage facility?

Outside Storage (square feet):

Inside Storage (square feet):

How many vehicles can the storage facility hold?

Outside Storage (vehicles):

Inside Storage (vehicles):

Additional Notes:

# Attachment 1: Proposed Storage Facilities

**1) Select vehicle class that this Proposal addresses, [vehicle class 1] or [vehicle class 2 and 3]:**

Vehicle Class 2 and 3

**2) List all Storage Facilities included in the Proposal for above selected vehicle class:**

### Location 1

| | |
|---|---|
| Address of storage facility: | 1213 W Mallory Ave Milwaukee, WI, 53221 |
| Sectors facility can service: | 1,2,3,4,5 |
| Is this storage facility zoned by the local municipality for all uses required under the contract (Yes/No)? | Yes |
| Do you have full legal control of the storage premises such that you own it or occupy it under a lease which permits its use for the purposes required under this contract (Yes/No)? | Yes |

**What is the size of the storage facility?**

| | |
|---|---|
| Outside Storage (square feet): | 60,000 |
| Inside Storage (square feet): | 3,000 |

**How many vehicles can the storage facility hold?**

| | |
|---|---|
| Outside Storage (vehicles): | 20 |
| Inside Storage (vehicles): | 5 |

Additional Notes:

### Location 2

| | |
|---|---|
| Address of Storage Facility: | |
| Sectors Facility can service: | |
| Is this storage facility zoned by the local municipality for all uses required under the contract (Yes/No)? | |
| Do you have full legal control of the storage premises such that you own it or occupy it under a lease which permits its use for the purposes required under this contract (Yes/No)? | |

**What is the size of the storage facility?**

| | |
|---|---|
| Outside Storage (square feet): | |
| Inside Storage (square feet): | |

**How many vehicles can the storage facility hold?**

| | |
|---|---|
| Outside Storage (vehicles): | |
| Inside Storage (vehicles): | |

Additional Notes:

### Location 3

| | |
|---|---|
| Address of Storage Facility: | |
| Sectors Facility can service: | |
| Is this storage facility zoned by the local municipality for all uses required under the contract (Yes/No)? | |
| Do you have full legal control of the storage premises such that you own it or occupy it under a lease which permits its use for the purposes required under this contract (Yes/No)? | |

**What is the size of the storage facility?**

| | |
|---|---|
| Outside Storage (square feet): | |
| Inside Storage (square feet): | |

**How many vehicles can the storage facility hold?**

| | |
|---|---|
| Outside Storage (vehicles): | |
| Inside Storage (vehicles): | |

Additional Notes:

DocuSign Envelope ID: 27873997-6C52-48FF-8B60-C2D6D1448A1C

# Attachment 2: Proposed Equipment

**1) Select vehicle class that this Proposal addresses, [vehicle class 1] or [vehicle class 2 and 3]:**

Vehicle Class 1

**2) List all equipment included in the Proposal for above selected vehicle class:**

| Item | Qty | Make | Identification No. | GVW | Towing Capacity | Owner/Lienholder | License and Registration Status | Sectors Equipment can Service | Additional Notes |
|---|---|---|---|---|---|---|---|---|---|
| 1 FLATBED | 1 | HINO | 5PVNE8JP97255053 | 26000 | 10000 | All City/ NewTek | G0802284 / CURRENT | 1,2,3,4,5 | |
| 2 FLATBED | 1 | KENWORTH | 2NKHN27X9AM056964 | 44000 | 20000 | All City/ NewTek | 255877 / CURRENT | 1,2,3,4,5 | |
| 3 FLATBED | 1 | KENWORTH | 2nkmln27x46m150981 | 44000 | 20000 | All City/ NewTek | 255862 / CURRENT | 1,2,3,4,5 | |
| 4 Self Loader | 1 | DODGE | 3C7WRNEL8EG134989 | 19500 | 10000 | All City/ NewTek | F837749 / CURRENT | 1,2,3,4,5 | |
| 5 FLATBED | 1 | HINO | 5PVNE8JN9G6552111 | 26000 | 10000 | All City/ NewTek | G080283/CURRENT | 1,2,3,4,5 | |
| 6 FLATBED | 1 | HINO | 5PVNJ8JN8G6552108 | 26000 | 10000 | All City/ NewTek | G070390 / CURRENT | 1,2,3,4,5 | |
| 7 FLATBED | 1 | HINO | 5PVNJ8JN6G6552107 | 26000 | 10000 | All City/ NewTek | G071703 / CURRENT | 1,2,3,4,5 | |
| 8 FLATBED | 1 | HINO | 5PVNJ8JN3H4552504 | 26000 | 10000 | All City/ NewTek | G086689 / CURRENT | 1,2,3,4,5 | |
| 9 FLATBED | 1 | HINO | 5PVNJ8JN2H4552767 | 26000 | 10000 | All City/ NewTek | G074067 / CURRENT | 1,2,3,4,5 | |
| 10 FLATBED | 1 | HINO | 5PVNJ8JN1H4552940 | 26000 | 10000 | All City/ NewTek | G075799 / CURRENT | 1,2,3,4,5 | |
| 11 FLATBED | 1 | HINO | 5PVNJ8JN2H4552977 | 26000 | 10000 | All City/ NewTek | G086880 / CURRENT | 1,2,3,4,5 | |
| 12 FLATBED | 1 | HINO | 5PVNJ8JN6J4553250 | 26000 | 10000 | All City/ NewTek | G076617 / CURRENT | 1,2,3,4,5 | |
| 13 FLATBED | 1 | HINO | 5PVNJ8JN4F4551889 | 26000 | 10000 | All City/ NewTek | G082283 / CURRENT | 1,2,3,4,5 | |
| 14 FLATBED | 1 | HINO | 5PVNE8AM3N5750002 | 26000 | 10000 | All City/ NewTek | G086183 / CURRENT | 1,2,3,4,5 | |
| 15 FLATBED | 1 | INTERNATIONAL | 1HTEUMML9XMH868720 | 26000 | 10000 | All City/ ACENTIUM | G089018 / CURRENT | 1,2,3,4,5 | |
| 16 FLATBED | 1 | HINO | 5PVNJ8JN6K5553881 | 26000 | 10000 | All City/ TFS | G081674 / CURRENT | 1,2,3,4,5 | |
| 17 FLATBED | 1 | HINO | 5PVNJ8JN8L5554302 | 26000 | 10000 | All City/ TFS | G085228 / CURRENT | 1,2,3,4,5 | |
| 18 FLATBED | 1 | HINO | 5PVNJ8JN1L5554305 | 26000 | 10000 | All City/ TFS | G089241 / CURRENT | 1,2,3,4,5 | |
| 19 FLATBED | 1 | HINO | 5PVNJ8BPX5553069 | 26000 | 10000 | All City/ TFS | G089927 / CURRENT | 1,2,3,4,5 | |
| 20 FLATBED | 1 | HINO | 5PVNJ8JN7J4553211 | 26000 | 10000 | All City/ TFS | G089979 / CURRENT | 1,2,3,4,5 | |
| 21 FLATBED | 1 | FORD | 1FDUF5GT18EC21640 | 19500 | 8500 | All City/ NewTek | F838719 / CURRENT | 1,2,3,4,5 | |
| 22 FLATBED | 1 | FREIGHTLINER | N/A | 26000 | 10000 | ALL CITY/ FREIGHTLINER | N/A | 1,2,3,4,5 | BATTARY ELECTRIC TRUCK IN PRODUCTION |
| 23 FLATBED | 6 | DODGE | MULTIPLE | 19500 | 8500 | N/A | MULTIPLE / CURRENT | 1,2,3,4,5 | TBE SUBCONTRACTOR EQUIPMENT |
| 24 SELF LOADER | 2 | DODGE | MULTIPLE | 19500 | 10000 | N/A | MULTIPLE / CURRENT | 1,2,3,4,5 | TBE SUBCONTRACTOR EQUIPMENT |
| 25 | | | | | | | | | |

# Attachment 2: Proposed Equipment

**1) Select vehicle class that this Proposal addresses, [vehicle class 1] or [vehicle class 2 and 3]:**

Vehicle Class 2 and 3

**2) List all equipment included in the Proposal for above selected vehicle class:**

| Item | | Qty | Make | Identification No. | GVW | Towing Capacity | Owner/Lienholder | License and Registration Status | Sectors Equipment can Service | Additional Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | FLATBED | 1 | KENWORTH | 2NKMHZ7X9AM056964 | 44000 | 20000 | ALL CITY / NEWTEK | 255827 / CURRENT | 1,2,3,4,5 | |
| 2 | FLATBED | 1 | KENWORTH | 2NKMHZ7X46M150981 | 44000 | 20000 | ALL CITY / NEWTEK | 255862 / CURRENT | 1,2,3,4,5 | |
| 3 | FLATBED | 1 | KENWORTH | 2NKHLJ9X6MM452378 | 66000 | 40000 | ALL CITY / NEWTEK | 261982,CURRENT | 1,2,3,4,5 | |
| 4 | TRACTOR | 1 | FREIGHTLINER | 1FUJBA5CG6SLU11283 | 66000 | 50000 | ALL CITY / NEWTEK | 17732X / CURRENT | 1,2,3,4,5 | |
| 5 | TRACTOR | 1 | PETERBILT | 1XPGDU9X46N658375 | 80000 | 80000 | ALL CITY / NEWTEK | 474242 / CURRENT | 1,2,3,4,5 | |
| 6 | SELF LOADER | 1 | DODGE | 2C7WRNEL3EG134989 | 19500 | 10000 | ALL CITY / NEWTEK | F837749 / CURRENT | 1,2,3,4,5 | |
| 7 | WRECKER | 1 | KENWORTH | 1NKTL29X1WJ749035 | 80000 | 80000 | ALL CITY / NEWTEK | 428BX / CURRENT | 1,2,3,4,5 | |
| 8 | WRECKER | 1 | PETERBILT | 1XP5DR9X6AN304648 | 80000 | 80000 | ALL CITY / NEWTEK | N/A/ NO PLATE UNTIL BUILT | 1,2,3,4,5 | CURRENTLY BEING BUILT IN HOUSE |
| 9 | WRECKER | 1 | PETERBILT | 1XP9HF7X8TN409664 | 33000 | 32000 | ALL CITY / NEWTEK | N/A / NO PLATE UNTIL BUILT | 1,2,3,4,5 | FUTURE PROJECT/ TO BE BUILT |
| 10 | WRECKER/ROTATOR | 1 | PETERBILT | 1NPXAT9X0LD672915 | 94000 | 80000 | ALL CITY / SANTANDER | T86327 / CURRENT | 1,2,3,4,5 | |
| 11 | TRACTOR | 1 | KENWORTH | 1XKZDP9X4JJ153303 | 80000 | 80000 | ALL CITY / SANTANDER | 122782 / CURRENT | 1,2,3,4,5 | |
| 12 | TRACTOR | 1 | PETERBILT | 1XP9D49X2LD711429 | 80000 | 65000 | ALL CITY / ACSENTIUM | 406002 / CURRENT | 1,2,3,4,5 | |
| 13 | TILT DECK TRAILER | 1 | LANDOLL | 1LH440WH9HN1830567 | 80000 | 80000 | ALL CITY / ACSENTIUM | 811290/ CURRENT | 1,2,3,4,5 | |
| 14 | WRECKER | 1 | PETERBILT | 1NPXAT7X0N0830979 | 94000 | 80000 | ALL CITY / ON8 | 474232 / CURRENT | 1,2,3,4,5 | |
| 15 | SKIDSTER | 1 | NEW HOLLAND | N/A | N/A | N/A | ALL CITY TOWING | EQUIPMENT | 1,2,3,4,5 | |
| 16 | SEMI TRAILER DOLLY | 1 | SHOP BUILT | N/A | 40000 | 80000 | ALL CITY TOWING | N/A | 1,2,3,4,5 | |
| 17 | SERVICE TRUCK | 1 | DODGE | 3C6TRVCG9FE537511 | 12000 | 2000 | ALL CITY / LCU | XE19284 / CURRENT | 1,2,3,4,5 | |
| 18 | WRECKER | 1 | CHEVY | N/A | 33000 | 32000 | SUBCONTRACTOR | N/A | 1,2,3,4,5 | SUBCONTRACTOR HAS ON ORDER |
| 19 | TRACTOR AND TILT DECK TRAILER | 1 | KENWORTH A TX TRAILER | N/A | 80000 | 80000 | SUBCONTRACTOR | N/A | 1,2,3,4,5 | SUBCONTRACTOR HAS ON ORDER |
| 20 | WRECKER | 2 | PETERBILT | N/A | 94000 | 80000 | ALL CITY / SANTANDER | N/A | 1,2,3,4,5, | OPTION TO PURCHASE FROM ZIPS |
| 21 | TRACTOR / STINGER MOUNT | 1 | PETERBILT | 1NPXL99XAND714882 | 80000 | 80000 | ALL CITY / SANTANDER | 261992 / CURRENT | 1,2,3,4,5 | SPECIALIZED TRACTOR TO HAULER STINGER TRAILER |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |

DocuSign Envelope ID: 27873997-6C52-48FF-8B60-C2D6D1448A1C



## If you are here to re-claim an

## IMPOUND

## Please read the following requirements:

- **A valid driver's license** (if you are driving the vehicle from the lot). If you do not have a driver's license, you must have a valid state -issued photo ID and be accompanied by someone with a valid driver's license.

- **Proof of valid vehicle liability Insurance**. A valid insurance card containing the name of the insurance carrier, insured and vehicle information (make, model, year, and VIN) are required. UN – insured vehicles have to be removed from the lot by a tow truck. Towing is available for a drivable unit of $25.00 to the nearest road. Also, additional expenses will occur to have vehicle deliver to another location.

- **To retrieve a vehicle on behalf of an owner**, you must have the vehicle title and or registration, a valid driver's license and/or state ID, along with a proper **notarized** letter from the owner authorizing you to retrieve the vehicle. The **notarized** letter must include and identify the vehicle by color, year, make, model, VIN, license plate number, and tow number. If you do not have a valid driver's license, you must have a state issued ID and be accompanied by someone with a valid driver's license.

Tow lot charges must be paid in cash, in the **EXCAT AMOUNT**, or by Master Card or VISA credit cards. The credit card **MUST** belong to the person using it.

# NO PERSONAL CHECKS WILL BE ACCEPTED

DocuSign Envelope ID: 27873997-6C52-48FF-8B60-C2D6D1448A1C



# COMMUNITY BUSINESS DEVELOPMENT PARTNERS
# MILWAUKEE COUNTY

## COMMITMENT TO CONTRACT WITH *TBE*

PROJECT No. __RFP-2022-011__     PROJECT TITLE __Freeway Towing Services__

TOTAL CONTRACT AMOUNT (less allowances)  $ __TBD__          TBE Goal: ___8%___

| Name & Address of TBE | Scope of Work Detailed Description | 1) TBE Contract Amount | 2) % of Total Contract |
|---|---|---|---|
| 24HR Towing and Recovery INC 4025 W Mill Rd, Milwaukee WI, 53209 | Class 1 and Class 2 and 3 Towing | TBD | TBD |

1) The total project contract amount is an estimate based on the outcome of negotiation between the Prime and Milwaukee County. In some situations the TBE sub-contract amount **might NOT** be based on the total project contract amount.

2) The **percentage** is based on the eligible scope of services that TBE participation can reasonably be obtained; which might not be based on the total project contract amount. The commitment percentage is the key indicator of TBE participation. The **Pass/Fail** determination is based on the percentage stated in the RFP/BID. If the Prime is using one or multiple TBE companies the sum of the percentages MUST satisfy the minimum percentage stated in the RFP/BID. Note the percentage indicated on this document will be viewed by CBDP the Prime's COMMITMENT to the TBE company.

### Bidder/Proposer Commitment (To be completed by firm committing work to TBE)

I certify that the TBE firm quoted the identified service(s) and cost(s). I further acknowledge our firm having negotiated with, and having received confirmation, on partnering, pricing and delivery from the TBE firm listed herein. Prime Contractor/Consultant ___All City Towing LLC___ Phone __414-559-1820__, or one of our subs, will enter into contract with the TBE firm listed, for the service(s) and amount(s) specified when awarded this contract. The information on this form is true and accurate to the best of my knowledge. I further understand that falsification, fraudulent statement, or misrepresentation will result in appropriate sanctions under applicable law.

| | | |
|---|---|---|
| _signature_ | _JEFF PFULLER, OWNER_ | _9/21/2022_ |
| Signature of Authorized Representative | Name & Title of Authorized Representative | Date |

### TBE Affirmation (To be completed by TBE Owner/Authorized Representative)

- I affirm that our company is certified as (check all certifications that apply)
  - [X] DBE by the Wisconsin Unified Certification Program certifying partners
  - [X] MBE by State of Wisconsin DOA
  - [X] WBE by State of Wisconsin DOA
  - [ ] SBE by SBA Federal Size Standards, NAICS and registered in SAM
  - [X] SBE by Milwaukee County

- I acknowledge and accept this commitment to contract with my firm for the service(s) and dollar amount(s) specified herein. I understand and accept that this commitment is for service(s) to be rendered in completion of the project specified herein and all work is to be completed with my own forces. I affirm that approval from CBDP will be obtained prior to subletting any portion of this work awarded to my firm on this project. I affirm that our company meets one of the following requirements: Certified as DBE and listed in the Wisconsin UCP Directory, certified as MBE or WBE with the State of Wisconsin DOA, or SBE firm certified by Milwaukee County or meets the SBA size standards and is listed in the SAM directory.

| | | | |
|---|---|---|---|
| _signature_ | _Jean Tehuski President_ | 414-434-1212 | 9/21/22 |
| Signature of Authorized TBE Representative | Name & Title of Authorized TBE Representative | Phone Number | Date |

### FOR CBDP USE ONLY

Commitment number ____ of ____    Participation: _____    Project Total: _____

_____          _____
Authorized Signature                    Date

TBE-14 (06/08/18) Previous Editions Obsolete



# COMMUNITY BUSINESS DEVELOPMENT PARTNERS
# MILWAUKEE COUNTY

## COMMITMENT TO CONTRACT WITH *TBE*

PROJECT No. __RFP-2022-011__    PROJECT TITLE __Freeway Towing Services__

TOTAL CONTRACT AMOUNT (less allowances)  $ __TBD__    TBE Goal: __8%__

| Name & Address of TBE | Scope of Work Detailed Description | 1) TBE Contract Amount | 2) % of Total Contract |
|---|---|---|---|
| Always Towing and Recovery INC 3700 W Wells St, Milwaukee WI, 53208 | Class 1 and Class 2 and 3 Towing | TBD | TBD |

1) The total project contract amount is an estimate based on the outcome of negotiation between the Prime and Milwaukee County. In some situations the TBE sub-contract amount **might NOT** be based on the total project contract amount.

2) The **percentage** is based on the eligible scope of services that TBE participation can reasonably be obtained; which might not be based on the total project contract amount. The commitment percentage is the key indicator of TBE participation. The **Pass/Fail** determination is based on the percentage stated in the RFP/BID. If the Prime is using one or multiple TBE companies the sum of the percentages MUST satisfy the minimum percentage stated in the RFP/BID. Note the percentage indicated on this document will be viewed by CBDP the Prime's COMMITMENT to the TBE company.

### Bidder/Proposer Commitment (To be completed by firm committing work to TBE)

I certify that the TBE firm quoted the identified service(s) and cost(s). I further acknowledge our firm having negotiated with, and having received confirmation, on partnering, pricing and delivery from the TBE firm listed herein. Prime Contractor/Consultant ___All City Towing LLC___ Phone ___414-559-1820___, or one of our subs, will enter into contract with the TBE firm listed, for the service(s) and amount(s) specified when awarded this contract. The information on this form is true and accurate to the best of my knowledge. I further understand that falsification, fraudulent statement, or misrepresentation will result in appropriate sanctions under applicable law.

__[signature]__    __JEFF PILLER, OWNER__    __9/21/2022__
Signature of Authorized Representative    Name & Title of Authorized Representative    Date

### TBE Affirmation (To be completed by TBE Owner/Authorized Representative)

- I affirm that our company is certified as (check all certifications that apply)
  - [X] DBE by the Wisconsin Unified Certification Program certifying partners
  - [X] MBE by State of Wisconsin DOA
  - [ ] WBE by State of Wisconsin DOA
  - [ ] SBE by SBA Federal Size Standards, NAICS and registered in SAM
  - [X] SBE by Milwaukee County

- I acknowledge and accept this commitment to contract with my firm for the service(s) and dollar amount(s) specified herein. I understand and accept that this commitment is for service(s) to be rendered in completion of the project specified herein and all work is to be completed with my own forces. I affirm that approval from CBDP will be obtained prior to subletting any portion of this work awarded to my firm on this project. I affirm that our company meets one of the following requirements: Certified as DBE and listed in the Wisconsin UCP Directory, certified as MBE or WBE with the State of Wisconsin DOA, or SBE firm certified by Milwaukee County or meets the SBA size standards and is listed in the SAM directory.

__[signature]__    __JASON PETKOWSKI PRESIDENT__    __414.933.7666__    __8-21-22__
Signature of Authorized TBE Representative    Name & Title of Authorized TBE Representative    Phone Number    Date

### FOR CBDP USE ONLY

Commitment number ____ of ____    Participation: _____    Project Total: _____

_____    _____
Authorized Signature    Date

TBE-14 (06/08/18) Previous Editions Obsolete

DocuSign Envelope ID: 27873997-6C52-48FF-8B60-C2D6D1448A1C

# Exhibit A: Milwaukee County Freeway Sectors



**Tow Sectors**
- Sector 1
- Sector 2
- Sector 3
- Sector 4
- Sector 5

# Exhibit B UPDATED (V3): Price Sheet

## Year 1*

| Item # | Description | Unit | Vehicle Class 1 | | Vehicle Class 2 | | Vehicle Class 3 | | Comment |
|---|---|---|---|---|---|---|---|---|---|
| | | | Rate to Vehicle Owner | Retained by County | Rate to Vehicle Owner | Retained by County | Rate to Vehicle Owner | Retained by County | |
| 1 | **Towing** Base Rate to Storage Facility or Includes first 5 miles to another location | Per Tow | $150.00 | $45.00 | $250.00 | $45.00 | $400.00 | $45.00 | No additional charge for hook up for turning a vehicle around |
| 3 | **Additional Towing Miles** Up to 20 additional miles to another location | Per Mile | $5.00 | $0.00 | $6.00 | $0.00 | $6.00 | $0.00 | |
| 4 | **Roadside Service** Tire change and/or 2 gals. Gasoline | Per Service | $75.00 | $15.00 | $150.00 | $20.00 | $225.00 | $25.00 | |
| 5 | **Outside Storage** After the first 12 hours | Per Day | $40.00 | $20.00 Per Tow | $55.00 | $20.00 Per Tow | $60.00 | $20.00 Per Tow | |
| 6 | **Inside Storage** After the first 12 hours; cap of 21 Days | Per Day | $55.00 | $30.00 Per Tow | $100.00 | $30.00 Per Tow | $110.00 | $30.00 Per Tow | At request of Police Services or Vehicle Owner only |
| 7 | **Winching** | Per First Hour or 15 minute increments thereafter | $110.00 | $0.00 | $175.00 | $0.00 | $300.00 | $0.00 | |
| 8 | **Hydraulic Boom Wrecker** | | | | $175.00 | $0.00 | $350.00 | $0.00 | |
| 9 | **Extra Truck** | Per First Hour or 15 minute increments thereafter | $60.00 | $0.00 | $175.00 | $0.00 | $175.00 | $0.00 | |
| 10 | **Specialty Tow or Special Accident Service** Skis, Straps, Tarp, Ramps | Per Service | $35.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | | Per Bagged Window | $10.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 11 | **Insurance** Uninsured motorist vehicle to street | Per Tow to Street | $35.00 | $0.00 | N/A | N/A | N/A | N/A | |
| 12 | **Required Paperwork** Required paperwork provided to vehicle owner | Per Tow with Required Paperwork | $25.00 | $0.00 | $40.00 | $0.00 | $40.00 | $0.00 | |
| 13 | **Rotator** | Per Hour | | | $350.00 | $0.00 | $750.00 | $0.00 | |
| 14 | **Misc/Other** Explain and itemize | TBD | TBD | | TBD | | TBD | | Requires Milwaukee County DOT approval |
| 15 | **SubContractor Fees** Clean-up | TBD | TBD | | TBD | | TBD | | Requires Milwaukee County DOT Approval; Limited to 20% markup |
| 16 | **Invoice Administration Fee** Fee to Milwaukee County | Per Invoice | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | Sold in Packages of 100 |
| 17 | **Salvaged Vehicle** Fee to Milwaukee County | Per Salvaged Vehicle | | $35.00 | | $35.00 | | $35.00 | |

Note: the prices stated above are for year 1. For subsequent years, Milwaukee County will consider revised rates based on annual % change in the Consumer Price Index (CPI-U Midwest Region).

DocuSign Envelope ID: 27873997-6C52-48FF-8B60-C2D6D1448A1C



# Exhibit C:  Responsibilities and Performance Standards

All Contractors will be subject to the following responsibilities and performance standards. Nothing contained in this list shall limit in any way the right of the County to terminate a Contractor, with or without cause, as provided elsewhere in this RFP or in the Contract.

**3.6.1** The Contractor shall respond to calls for towing services from Police Services within 25 minutes. Adherence by Contractors to this 25-minute response time is critical to ensuring public safety on the freeway system as well as the unfettered movement of vehicles throughout the freeway system by prompt removal of disabled vehicles.

The Milwaukee County dispatcher will record the time a request for tow services is made by Police Services and the time the tower arrives on the scene. These times will be recorded for all tows by the dispatcher against the 25-minute required response time. These recorded times are not disputable by Contractors.

In the calculation of response times, Contractors shall only be considered to have arrived and responded if they arrive with the required equipment to perform the requested service.

A performance service level shall be determined each calendar month. Service level is defined as the measure of the number of service requests where the response time exceeds the contractual requirement of 25 minutes, divided by the total number of service requests, expressed as a percentage.

While the Contract calls for a 100 percent service level, meaning that every tow is provided within the 25 minute or less response time, Milwaukee County understands there are factors such as weather conditions and traffic that can impact vendor ability to meet that standard. As such, Milwaukee County will provide a service level variance of 5 percent. This means the Contractor shall perform at a 95 percent or higher level of service on all towing requests.

Failure to provide a 95 percent service level in a given month will result in Milwaukee County assessing a $25 penalty against the Contractor for each tow that exceeded the required 25 minute requirement. This fee will be automatically added to the amounts due to Milwaukee County for that month's towing and withdrawn directly from the Contractor's ACH debit account. The towing Contractor may not recover penalties levied against it by the Milwaukee County Department of Transportation for failure to meet this performance standard from any vehicle owner. In other words, the financial penalty incurred for failure to meet the performance standard must be paid from the Contractor's own financial resources.

It should be noted the above does not prevent Police Services, in the event the Contractor has not arrived on the scene within 35 minutes, from calling in another tower to perform the tow and dismissing the Contractor who shall not be able to recover any costs for the lost tow. Lost tows will count against the Contractor as an instance of nonperformance toward meeting the required monthly 95 percent minimum service level and in the event the required service level is not met the $25 penalty will be applied to each of these tows even though the service was not provided.



# Exhibit C: Responsibilities and Performance Standards

Failure to meet the minimum 95 percent required performance service level for three months or more in any rolling twelve month period may result in termination of the Contract.

**3.6.2** The Contractor shall have and maintain the required insurance.

**3.6.3** The Contractor shall have qualified personnel available twenty-four hours a day, seven days a week.

**3.6.4** Each month by the agreed upon date, the Contractor shall provide to the County (i) the daily log for the preceding month, (ii) monthly invoice copies, and (iii) a listing of stored vehicles with a hold by Police Services.

**3.6.5** All Contractor employees shall serve and address the public and Police Services personnel in a professional and courteous manner.

**3.6.6** For Vehicle Class 1, Contractor shall store towed vehicles outside unless inside storage is specifically requested by the Police Services representative or the vehicle owner. For Vehicle Classes 2 and 3, the Contractor shall store towed vehicles outside unless inside storage is specifically requested by the Police Services representative.

**3.6.7** The Contractor shall log the date and time vehicle enters and leaves the yard. The Contractor shall keep a complete record of each vehicle it handles for the County, subject to inspection by a duly authorized representative of Police Services, the vehicle owner or the vehicle owner's representative.

**3.6.8** The release of personal property is controlled by Section 349.13(5)(b) of the Wisconsin Statutes and takes into consideration the tower's operating lot(s) hours. Proof of vehicle ownership must be provided in the form of a title or registration, which must match the driver's license presented. To facilitate personal property recovery, the tower shall permit controlled access to the vehicle where the recovery may safely take place. All personal property clearly visible shall be noted on the tow ticket by the tower at the time of the tow.

**3.6.9** All tow trucks shall be equipped with a communication system capable at all times of contact with driver's operating base.

**3.6.10** During the term of the Contract all drivers shall have valid driver's licenses in accordance with State Statutes. Every six months the Contractor shall confirm in writing to the County the names of all employees engaged in performing work under this Contract and certify that each such employee possesses an appropriate current driver's license.

**3.6.11** Appearance including signage and condition of the storage facilities must be satisfactorily maintained during the term of the Contract. Storage facilities at a minimum shall include availability of a telephone and toilet facilities for customers.

**3.6.12** The storage facilities shall meet appropriate health and zoning code ordinances.



# Exhibit C: Responsibilities and Performance Standards

**3.6.13** Stored vehicles shall be protected at a minimum in a fenced in and locked yard with ample lighting and appropriate security measures for vehicle safety.

**3.6.14** Upon request of the towed vehicle owner, insurance company, authorized salvage buyer or Police Services, the Contractor shall, at no charge, promptly move the vehicles to a space where an inspection may be made or pictures can be taken of the vehicle.

**3.6.15** Repairs shall not be made without the written consent and approval of the towed vehicle owner.

**3.6.16** The towed vehicle owner or the owner's representative shall have the right of removing the vehicle from the custody of the Contractor (unless contrary to orders by Police Services) by paying towing and storage charges to Contractor in accordance with the Contract and subject to the provisions of Section 779.415, (State Statutes), concerning liens on motor vehicles for towing and storage.

**3.6.17** Storage facilities must be staffed and provide prompt service at a minimum during the following hours (exclusive of major holidays): 8:00 A.M. to 5:00 P.M. Monday through Friday and 9:00 A.M. to 5:00 P.M. Saturday.

**3.6.18** Reserved

**3.6.19** No vehicle may be released, inspected, nor property removed from it contrary to directions from a Police Services representative.

**3.6.20** The Contractor may only proceed with the sale of a vehicle under the provisions of Section 779.415 of the Wisconsin Statutes. The Contractor shall follow statutory notice requirements and shall notify Police Services, any lien holders and, if available, the vehicle owner. Should a deficit occur after proceeding with the sale, such deficit shall not be paid by Milwaukee County.

**3.6.21** Contractor shall report any vehicles stored pursuant to the Contract that have been stolen or abandoned, as required under Section 342.31(2) of the Wisconsin Statutes. A copy of such report shall be submitted to Police Services.

**3.6.22** Contractors will once per month obtain current names and addresses of vehicle owners on file with the Wisconsin Department of Transportation for those vehicles abandoned at time of tow. This service will enable Contractors to facilitate notice to vehicle owners of impending sale of vehicle in a cost effective and timely manner.

**3.6.23** For vehicles requested by Police Services to be towed for evidentiary purposes where the vehicle is held by Police Services for more than 30 days, the Contractor is permitted to invoice the County for the tow at Contract rates. The Contractor shall reimburse the County for the amount invoiced once the vehicle is released back to the Contractor.

DocuSign Envelope ID: 27873997-6C52-48FF-8B60-C2D6D1448A1C

ALLCITY-01     **KKLEIN**

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
9/21/2022

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | |
|---|---|---|
| Midwest Insurance Group<br>2574 Sun Valley Drive Suite 205<br>Delafield, WI 53018 | PHONE (A/C, No, Ext): (262) 646-5777 | FAX (A/C, No): (262) 646-9274 |
| | E-MAIL ADDRESS: info@midwestinsurancegroup.com | |
| | **INSURER(S) AFFORDING COVERAGE** | NAIC # |
| | INSURER A : Erie Insurance Group | 26263 |
| INSURED<br><br>All City Towing LLC<br>1213 W Mallory<br>Milwaukee, WI 53221 | INSURER B : | |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

**COVERAGES**     **CERTIFICATE NUMBER:**     **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | | | Q42-1551690 | 6/15/2022 | 6/15/2023 | EACH OCCURRENCE | $ 1,000,000 |
| | ☐ CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | X Garage Liability | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | ☐ OTHER: | | | | | | | $ |
| A | AUTOMOBILE LIABILITY | | | Q06-1580387 | 6/15/2022 | 6/15/2023 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY X SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X HIRED AUTOS ONLY X NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A | X UMBRELLA LIAB X OCCUR | | | Q30-1570679 | 6/15/2022 | 6/15/2023 | EACH OCCURRENCE | $ 5,000,000 |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ 5,000,000 |
| | ☐ DED X RETENTION $ 0 | | | | | | | $ |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N | | | Q90-1501292 | 6/15/2022 | 6/15/2023 | ☐ PER STATUTE ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N / A | | | | | E.L. EACH ACCIDENT | 500,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | 500,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |
| A | Garagekeepers - ALS | | | Q06-1580387 | 6/15/2022 | 6/15/2023 | Comp & Collision Ded | 1,000 |
| A | Motor Truck Cargo | | | Q42-1551690 | 6/15/2022 | 6/15/2023 | Ded 2,500 | 250,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| <br>Milwaukee County<br>10320 W. Watertown Plank Rd.<br>Wauwatosa, WI 53226 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*Katie Klein* |

**ACORD 25 (2016/03)**     © 1988-2015 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

## CONTRACT FORM 1684 R6

*See procedures in: Notes below (hover over red triangles)* and *Forms Library/Contracts*

Check one: [X] Preliminary Form  *Print this completed form as a pdf. Upload the pdf to DocuSign when circulating any contract or amendment for signatures.*

[ ] Corrected Form  *Date of correction:* [_____]  *Upload corrections to DocuSign.*

| CONTRACT TYPE (select from one dropdown box below) | Next step (depending on the Type you selected): |
|---|---|
| REVENUE | *Enter as an Encumbered Service Contract in Infor. Circulate the Contract in DocuSign with this 1684 form.* |
| (Procurement Contract Types) | *Enter as a Requisition in Infor. Circulate the Contract in DocuSign with this 1684 form.* |
| (payments tracked in another system) | *Tracking system may interface with Infor. Circulate the Contract in DocuSign with this 1684 form.* |
| (no transaction) | *No commitment is needed in Infor. Circulate the Contract in DocuSign with this 1684 form.* |
| (only revenue transaction) | *No commitment is needed in Infor. Circulate the Contract in DocuSign with this 1684 form.* |

| CONTRACT SUBTYPE (select from dropdown box below) | INFOR CONTRACT NO. *if applicable* | |
|---|---|---|
| REVENUE: CONTRACT FOR COUNTY SERVICES | N/A | |
| CONTRACT CLASSIFICATION & AGENCY NAME (select from dropdown box below) | ADVANTAGE CONTRACT NO. *if applicable* | |
| 580 MCDOT DIRECTORS OFFICE | | |
| CONTRACT SUBCLASSIFICATION (LOW ORG.) (select from dropdown box below) | DEPARTMENT'S INTERNAL CONTRACT NO. *if applicable* | |
| 5801 DPW - DIRECTOR'S OFFICE | | |

| SUPPLIER *or other party to the contract* | SUPPLIER'S *or other party's* ADDRESS |
|---|---|
| | All City Towing, LLC |

| SUPPLIER TAX I.D. | SUPPLIER # | COMMODITY CODE (or list by Line below) | NEW or | AMEND | 1213 W. Mallory Avenue |
|---|---|---|---|---|---|
| | | 78-14-15-05 | | X | Milwaukee, WI 53221 |

| EFFECTIVE DATES: effective date / expiration date | LENGTH OF CONTRACT (IN MONTHS) | AMENDMENT ONLY: DOLLAR CHANGE | TOTAL CONTRACT AMOUNT |
|---|---|---|---|
| 1/1/2023   12/31/2025 | 36 | | $ 900,000.00 |

### ACCOUNTING INFORMATION

| Year to be Encumbered or Earned | Line No. | Commodity Code | Agency | Org. | Account | Activity | Function | Reporting Category | Project / Job / Grant | Fund | Item Description | Item Description 2 | Amount to be Encumbered or Earned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | 1 | | 580 | 5801 | 49036 | | | | | 10001 | | | |
| 2024 | 2 | | 580 | 5801 | 49036 | | | | | 10001 | | | |
| 2025 | 3 | | 580 | 5801 | 49036 | | | | | 10001 | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

### NAME OF CONTRACT

2023-2025 Professional Towing Services contract to Department of Transportation from ALL CITY TOWING, INC.

### DESCRIPTION (PURPOSE OF CONTRACT)

2023-2025 Professional Services Contract for Freeway Towing Services. All City Towing, LLC. will be assigned to Freeway Sector 3 for Vehicle Weight Class 1 and Freeway Sectors 1-5 for Vehicle Weight Classes 2 & 3. DocuSign Envelope:

Was Board approval or passive review received prior to contract execution or contract amendment or extension?  Check one:

[X] If YES, attach and list Legistar File No. or Mental Health Board Agenda Item:  File No. 22-1128    Date Approved or Reviewed: 1/4/2023

[ ] If NO, why is Board approval not required?  *Please select from this dropdown list (or type another exemption).*

Does this contract require payment before services are rendered?  [ ] YES  [X] NO

*The County does not prepay for services. Draft the contract to require the Contractor to invoice the County once services are provided.*

Will this contract be fully signed before work is performed?  [ ] YES  [X] NO

Is Supplier certified as:  DBE? [ ] YES   MBE? [ ] YES   WBE? [ ] YES   SBE? [ ] YES

| William Lochemes | 12/01/22 | Fiscal & Budget Administrator |
|---|---|---|
| Prepared By | Date | Title |
| *Donna Brown-Martin* | 12/4/2022 | Director, Department of Transportation |
| Signature of person with signature card authority | Date | Title |

*Print this page as a pdf. Upload that pdf to DocuSign. Use DocuSign to obtain the Signature of the person with signature card authority.*



## Certificate Of Completion

Envelope Id: 278739976C5248FF8B60C2D6D1448A1C
Subject: Please DocuSign: 2023-2025 All City Towing, LLC Freeway Towing Services for Transportation
Source Envelope:
Document Pages: 76
Certificate Pages: 6
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-06:00) Central Time (US & Canada)

Status: Completed

Signatures: 9
Initials: 0

Envelope Originator:
Julie Esch
633 W. Wisconsin Ave.
Suite 901
Milwaukee, WI 53203
julie.esch@milwaukeecountywi.gov
IP Address: 204.194.251.5

## Record Tracking

Status: Original
12/1/2022 10:11:52 AM

Holder: Julie Esch
julie.esch@milwaukeecountywi.gov

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Donna Brown-Martin<br>Donna.BrownMartin@milwaukeecountywi.gov<br>Transportation Director<br>Security Level: Email, Account Authentication (None) | *Donna Brown-Martin*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 204.194.251.5 | Sent: 12/1/2022 10:20:36 AM<br>Viewed: 12/4/2022 6:21:36 PM<br>Signed: 12/4/2022 6:23:42 PM |
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |
| Lamont Robinson<br>lamont.robinson@milwaukeecountywi.gov<br>Director, CBDP<br>Milwaukee County<br>Signing Group: Community Business Development Partners<br>Security Level: Email, Account Authentication (None) | *Lamont Robinson*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 204.194.251.5 | Sent: 12/4/2022 6:23:49 PM<br>Viewed: 12/4/2022 6:49:15 PM<br>Signed: 12/4/2022 6:50:00 PM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 3/11/2022 11:45:06 AM<br>ID: be35eacc-f2fa-4b7c-8e88-b25355c2d517 | | |
| David Farwell<br>David.Farwell@milwaukeecountywi.gov<br>Assistant Corporation Counsel<br>Milwaukee County<br>Signing Group: Corporation Counsel<br>Security Level: Email, Account Authentication (None) | *David Farwell*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 204.194.251.3 | Sent: 12/4/2022 6:23:50 PM<br>Viewed: 12/19/2022 11:37:32 AM<br>Signed: 12/19/2022 11:37:38 AM |
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |
| Comptroller<br>comptrollersignature@milwaukeecountywi.gov<br>Comptroller<br>Milwaukee County<br>Security Level: Email, Account Authentication (None) | *[signature]*<br><br>Signature Adoption: Uploaded Signature Image<br>Using IP Address: 204.194.251.5 | Sent: 12/4/2022 6:23:51 PM<br>Viewed: 12/13/2022 2:44:39 PM<br>Signed: 12/13/2022 2:54:56 PM |
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Anthony Gatton<br>Anthony.Gatton@milwaukeecountywi.gov<br>Signing Group: Risk Management<br>Security Level: Email, Account Authentication (None) | *Anthony Gatton*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 204.194.251.5 | Sent: 12/4/2022 6:23:51 PM<br>Viewed: 12/8/2022 12:21:24 PM<br>Signed: 12/8/2022 12:21:29 PM |
| **Electronic Record and Signature Disclosure:**<br>      Not Offered via DocuSign | | |
| County Executive David Crowley<br>David.Crowley@milwaukeecountywi.gov<br>Milwaukee County Executive<br>Milwaukee County<br>Security Level: Email, Account Authentication (None) | Signature Adoption: Uploaded Signature Image<br>Using IP Address: 204.194.251.5 | Sent: 12/19/2022 11:37:48 AM<br>Viewed: 12/20/2022 10:14:59 AM<br>Signed: 12/20/2022 10:15:09 AM |
| **Electronic Record and Signature Disclosure:**<br>      Not Offered via DocuSign | | |
| David Farwell<br>David.Farwell@milwaukeecountywi.gov<br>Assistant Corporation Counsel<br>Milwaukee County<br>Signing Group: Corporation Counsel<br>Security Level: Email, Account Authentication (None) | *David Farwell*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 204.194.251.3 | Sent: 12/20/2022 10:15:19 AM<br>Viewed: 12/20/2022 10:40:54 AM<br>Signed: 12/20/2022 10:40:59 AM |
| **Electronic Record and Signature Disclosure:**<br>      Not Offered via DocuSign | | |
| Jeff Piller<br>jeff.allcity@yahoo.com<br>Owner<br>All City Towing<br>Security Level: Email, Account Authentication (None) | *Jeff Piller*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 173.89.61.144 | Sent: 12/20/2022 10:41:07 AM<br>Viewed: 12/20/2022 10:41:49 AM<br>Signed: 12/20/2022 10:49:41 AM |
| **Electronic Record and Signature Disclosure:**<br>      Accepted: 12/20/2022 10:41:49 AM<br>      ID: c8ae9a94-e75b-4c56-aac3-e1ed4f267a71 | | |
| Julie Esch (County Board File No. and Approval)<br>julie.esch@milwaukeecountywi.gov<br>Deputy Director of Department of Transportation<br>Milwaukee County<br>Security Level: Email, Account Authentication (None) | **Completed**<br><br>Using IP Address: 204.194.251.5 | Sent: 12/20/2022 10:49:51 AM<br>Viewed: 1/4/2023 6:34:23 AM<br>Signed: 1/4/2023 11:00:22 AM |
| **Electronic Record and Signature Disclosure:**<br>      Accepted: 5/2/2014 1:38:19 PM<br>      ID: 29bacf9d-55cd-44b5-929b-6daf951fc6ac | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| AP Copy<br>APcontracts@milwaukeecountywi.gov<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>    Accepted: 6/1/2021 5:49:55 AM<br>    ID: 277c9bf9-4872-4c44-b14a-76b235e8006d | COPIED | Sent: 12/20/2022 10:49:47 AM |
| Joseph Lamers<br>Joseph.Lamers@milwaukeecountywi.gov<br>Budget Director<br>Milwaukee County<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | COPIED | Sent: 12/20/2022 10:49:48 AM |
| Procurement<br>procurementapprovalrequest@milwaukeecountywi.gov<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | COPIED | Sent: 12/20/2022 10:49:48 AM |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 12/1/2022 10:20:36 AM |
| Certified Delivered | Security Checked | 1/4/2023 6:34:23 AM |
| Signing Complete | Security Checked | 1/4/2023 11:00:22 AM |
| Completed | Security Checked | 1/4/2023 11:00:22 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

**CONSUMER DISCLOSURE**

From time to time, Wisconsin Milwaukee County (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Wisconsin Milwaukee County:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: plee@milwcnty.com

**To advise Wisconsin Milwaukee County of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at plee@milwcnty.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To request paper copies from Wisconsin Milwaukee County**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail at plee@milwcnty.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.
**To withdraw your consent with Wisconsin Milwaukee County**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

      i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

      ii. send us an e-mail to plee@milwcnty.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows2000? or WindowsXP? |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0? or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0?, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | • Allow per session cookies<br>• Users accessing the internet behind a Proxy Server must enable HTTP |

| | 1.1 settings via proxy connection |
|---|---|

** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I Agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and
- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and
- Until or unless I notify Wisconsin Milwaukee County as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Wisconsin Milwaukee County during the course of my relationship with you.

# EXHIBIT B

----- Forwarded Message -----
**From:** Mark Tillman <mark.tillman@milwaukeecountywi.gov>
**To:** Jeff Piller <jeff.allcity@yahoo.com>; CANDICE BRECHT <candice.allcity@yahoo.com>
**Sent:** Tuesday, December 16, 2025 at 05:21:29 PM CST
**Subject:** RE: Milwaukee County Towing Contract - All City Towing

Thank you for confirming your continued participation with Milwaukee County.  This serves as written confirmation that All City Towing's contract is extended to cover the period from January 1, 2026 through December 31, 2026.

In regard to the CPI, the County has decided to maintain the existing contract rates for 2026.



**Mark Tillman** *(he, him, his)* | Sr. Executive Assistant
Milwaukee County Department of Transportation
10320 W. Watertown Plank Rd., 2ⁿᵈ Floor | Wauwatosa, WI 53226
(414) 257-5992 | county.milwaukee.gov
*By achieving racial equity, Milwaukee County is the healthiest county in Wisconsin.*

**From:** Jeff Piller <jeff.allcity@yahoo.com>
**Sent:** Monday, December 8, 2025 8:56 AM
**To:** CANDICE BRECHT <candice.allcity@yahoo.com>; Mark Tillman <Mark.Tillman@milwaukeecountywi.gov>
**Subject:** Re: Milwaukee County Towing Contract - All City Towing

> **Caution:** This email originated from outside of Milwaukee County. Use the Phish Alert Report button to have IMSD review this message if you think it is suspicious.

Mark -

I am in agreement to extend our contract. If the county is able to add the CPI increase it would be great but not necessary.

Thank you -

Jeff Piller

On Monday, November 24, 2025 at 03:30:09 PM CST, Mark Tillman <mark.tillman@milwaukeecountywi.gov> wrote:

Good afternoon,

I hope this message finds you well. The current contract between Milwaukee County and All City Towing is set to expire on December 31, 2025. Milwaukee County proposes to extend the contract for an additional year, covering the period from January 1, 2026, through December 31, 2026. This extension would represent the first of two optional one-year renewal.

Please confirm if you are in agreement with this extension. Should you require any additional information or have any questions, do not hesitate to contact me.

Thank you for your attention to this matter, and I look forward to your response.

**Mark Tillman** *(he, him, his)* | Sr. Executive Assistant
Milwaukee County Department of Transportation
10320 W. Watertown Plank Rd., 2nd Floor | Wauwatosa, WI 53226
(414) 257-5992 | county.milwaukee.gov
*By achieving racial equity, Milwaukee County is the healthiest county in Wisconsin.*

This message is intended for the sole use of the individual and entity to which it is addressed, and may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive messages on behalf of the intended addressee, you are hereby notified that you may not use, copy, disclose, or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message.