UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

All-City Towing LLC, *et al*[1]         Case No.: 26-20523-rmb

Debtors.        Chapter 11

**NOTICE OF DEBTOR'S MOTION TO ASSUME CONTRACT WITH MILWAUKEE COUNTY FOR FREEWAY TOWING SERVICES**

**PLEASE TAKE NOTICE** that the Debtor, All-City Towing, LLC, has filed a motion, pursuant to 11 U.S.C. § 365, requesting approval to assume its executory contract with Milwaukee County. A copy of the motion accompanies this notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve the motion, or if you would like the Court to consider your views on it, then you or your attorney must object no later than **March 20, 2026**, by filing a copy of your objection with the Clerk of the Bankruptcy Court, whose address is below, and serve a copy to the Debtor's attorneys.

Clerk, U.S. Bankruptcy Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room 149
Milwaukee, WI 53202

---

[1] Jointly administered with Bret's Towing LLC, (Case No. 26-20524-rmb), ACT RE LLC, (Case No. 26-20525-rmb), Bret's RE LLC (Case No. 26-20526-rmb), OMS Properties LLC (Case No. 26-20527-rmb), 5408 S 13th LLC (Case No. 26-20528-rmb), 5414 S 13th LLC (26-20529-rmb), Daddy Jeff LLC (Case No. 26-20530-rmb), Mactire Services LLC (Case No. 26-20531-rmb), and Jeffrey Piller and Candice Brecht (Case No. 26-20532-rmb). This document relates only to All-City Towing, LLC (Case No. 26-20523-rmb).

If you mail your objection to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

If you do not want the Court to approve the motion or if you would like the Court to consider your views on it, then **you or your attorney must also appear at any hearing that may be scheduled on your objection.** If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the motion and may enter an order approving it without further notice or hearing.

Dated: March 6, 2026.

                                                 */s/ Tyler M. Jones*
                                                 Evan P. Schmit
                                                 Tyler M. Jones
                                                 Kerkman & Dunn

                                                 Proposed Attorneys for Debtor

P.O. Address:

839 N. Jefferson St., Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: tjones@kerkmandunn.com