UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

**All-City Towing LLC,** *et al.*[1]

Debtors.

Case No. 26-20523-rmb
Chapter 11 (Subchapter V)

**SUPPLEMENT TO MOTION FOR APPROVAL OF USE OF CASH COLLATERAL AND PROVIDING ADEQUATE PROTECTION TO SECURED CREDITORS**

All-City Towing LLC ("All-City"), together with Bret's Towing LLC ("Bret's Towing"; collectively, All-City and Bret Towing's are referred to as the "Debtors") supplement the Debtors' Motion for Approval of Use of Cash Collateral and Providing Adequate Protection to Secured Creditors (the "Motion") as follows:

The Debtors filed their voluntary petitions for protection under chapter 11 of the Bankruptcy Code on February 1, 2026. The Motion was filed February 2, 2026, with a request for interim relief on an expedited basis. (Dkt. 14.)

The Court held a hearing on the request for interim approval on February 4, 2026. The Court entered an order approving use of cash collateral and granting adequate protection on an interim basis. (the "Interim Order" Dkt. 32.)

The Order required the Debtors to serve the Interim Order and the Motion on all creditors and parties in interest by February 6, 2026. Service was completed February 5, 2026. (Dkt. 41.)

---

[1] Jointly administered with Bret's Towing LLC (Case No. 26-20524-rmb), ACT RE LLC (Case No. 26-20525-rmb), Bret's RE LLC (Case No. 26-20526-rmb), OMS Properties LLC (Case No. 26-20527-rmb), 5408 S 13th LLC (Case No. 26-20528-rmb), 5414 S 13th LLC (26-20529-rmb), Daddy Jeff LLC (Case No. 26-20530-rmb), Mactire Services LLC (Case No. 26-20531-rmb), and Jeffrey Piller and Candice Brecht (Case No. 26-20532-rmb). This document relates only to All-City Towing LLC (Case No. 26-20523-rmb) and Bret's Towing LLC (Case No. 26-20524-rmb).

The Order required any creditors or parties in interest that opposed the Motion to file objections by February 25, 2026.

On February 25, 20226, Old National Bank and Old National Bank Equipment Finance (collectively "ONB") filed an objection to the Motion. (Dkt. 57.) No other objections were filed. The Debtor and ONB have resolved the objection through agreements embodied in the revised proposed order accompanying this supplement. The revisions are shown on Exhibit A filed with this supplement.[2]

The revisions to the proposed order do not negatively impact on other creditors or interested parties. The Debtors submit that reasonable notice of the Motion was provided. The Debtors request that the Court grant the Motion under the terms of the revised proposed order at the final hearing or upon the withdrawal of ONB's objection.

## Conclusion

Wherefore, the Debtors requests approval to use cash collateral and the granting of adequate protection on a final basis on the terms specified in the revised proposed order accompanying this supplement.

Dated: March 6, 2026.

                                                           */s/ Evan P. Schmit*
                                                          Evan P. Schmit

Contact Information:                    Kerkman & Dunn

839 N. Jefferson St., Suite 400       Proposed Attorneys for Debtors
Milwaukee, WI 53202
Phone: 414.277.8200
Email: eschmit@kerkmandunn.com

---

[2] Since the proposed order was filed the Court has granted the Debtors' request to jointly administer their cases with an approved caption. The tracked changes to the caption have been removed to make Exhibit A easier to read.