So Ordered.

Dated: August 19, 2026

Rachel M. Blise
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

In re:

All-City Towing LLC, *et al.*[1] Case No. 26-20523-rmb

Debtors. Chapter 11

---

ORDER GRANTING DEBTORS' THIRD MOTION TO EXTEND THE EXCLUSIVE PERIODS (1) TO FILE A PLAN OF REORGANIZATION AND (2) TO OBTAIN ACCEPTANCE OF A PLAN

---

This matter came before the Court on the Debtors' third motion (the "Motion") to extend the exclusive periods to file a plan of reorganization and obtain acceptance of a plan. The Debtors sought to extend the exclusive period to file a plan to September 25, 2026, and to obtain acceptance

[1] Jointly administered with Bret's Towing LLC (Case No. 26-20524-rmb), ACT RE LLC (Case No. 26-20525-rmb), Bret's RE LLC (Case No. 26-20526-rmb), OMS Properties LLC (Case No. 26-20527-rmb), 5408 S 13th LLC (Case No. 26-20528-rmb), 5414 S 13th LLC (Case No. 26-20529-rmb), Daddy Jeff LLC (Case No. 26-20530-rmb), Mactire Services LLC (Case No. 26-20531-rmb), and Jeffrey Piller and Candice Brecht (Case No. 26-20532-rmb).

Drafted By:
Evan P. Schmit
Kerkman & Dunn
839 N. Jefferson St., Suite 400
Milwaukee, WI 53202
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: eschmit@kerkmandunn.com

of a plan to November 18, 2026.

The Court has jurisdiction to hear the matter pursuant to 28 U.S.C. §§ 1334(a) and 157(a), and the order of reference filed in this district enter pursuant to § 157(a), and it is a core proceeding under 28 U.S.C. § 157(b)(1) because it concerns the administration of the Debtors' estates and matters pertaining to confirmation of a plan pursuant to § 157(b)(2)(A) and (L).

Notice was sufficient and no objections were filed or received. For the reasons stated in the Motion and based on the record in these proceedings,

IT IS ORDERED that:

1. The exclusive period for the Debtors to file a plan of reorganization is extended to September 25, 2026.

2. The exclusive period for the Debtors to obtain acceptance of a plan is extended to November 18, 2026.

# # # # #